# EXHIBIT C
## to
## DECLARATION OF BRAD DAVIS
## IN SUPPORT OF MOTION FOR
## PRELIMINARY INJUNCTION

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM D

Notice of Exempt Offering of Securities

OMB Number: 3235-0076

### 1. Issuer's Identity

| | |
|---|---|
| CIK (Filer ID Number) | 0001947383 |
| Name of Issuer | ROXBERRY NATURALS, INC. |
| Jurisdiction of Incorporation | DELAWARE |
| Year of Incorporation | 2022 (Within Last Five Years) |
| Entity Type | Corporation |
| Previous Names | None |

### 2. Principal Place of Business and Contact Information

| | |
|---|---|
| Street Address | 1753 UPPER CHELSEA ROAD |
| City | COLUMBUS |
| State | OHIO |
| ZIP Code | 43212 |
| Phone Number | 614-937-3841 |

### 3. Related Persons

| Name | Address | Relationship |
|---|---|---|
| Andrew Sauer | 1753 Upper Chelsea Road Columbus, OH 43212 | Executive Officer, Director, Promoter |
| Grant Dabbelt | 1601 Oak Street Columbus, OH 43205 | Director |

### 4. Industry Group

Retailing

### 5. Issuer Size

Revenue Range: Decline to Disclose

### 6. Federal Exemption(s) and Exclusion(s) Claimed

Rule 506(b)

### 7. Type of Filing

| Filing Type | New Notice |
|---|---|
| Date of First Sale | 2022-09-13 |

## 8. Duration of Offering

Does the Issuer intend this offering to last more than one year? **No**

## 9. Type(s) of Securities Offered

Equity

## 10. Business Combination Transaction

Is this offering being made in connection with a business combination transaction? **No**

## 11. Minimum Investment

Minimum investment accepted from any outside investor: $0 USD

## 12. Sales Compensation

Recipient: None | Broker or Dealer: None | CRD Number: None

## 13. Offering and Sales Amounts

| Total Offering Amount | $1,000,000 USD |
|---|---|
| Total Amount Sold | $550,000 USD |
| Total Remaining to be Sold | $450,000 USD |

## 14. Investors

Total number of investors who already have invested in the offering: **3**

## 15. Sales Commissions & Finder's Fees Expenses

Sales Commissions: $0 USD | Finders' Fees: $0 USD

## 16. Use of Proceeds

Amount of gross proceeds used for payments to executive officers, directors or promoters: $0 USD

## Signature and Submission

| Issuer | Signature | Name | Title | Date |
|---|---|---|---|---|
| ROXBERRY NATURALS, INC. | /s/ Andrew Sauer | Andrew Sauer | President | 2022-09-28 |

Source: U.S. Securities and Exchange Commission, EDGAR Filing System
https://www.sec.gov/Archives/edgar/data/1947383/000194738322000001/xslFormDX01/primary_doc.xml
CIK: 0001947383 | Filed: September 28, 2022