# EXHIBIT G
## to
# DECLARATION OF BRAD DAVIS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

2/10/26, 11:16 AM                                                                 roxberry - Search

About 3,410 results

roxberry - Search

2/10/26, 11:16 AM

**Roxberry Juice Co.**
https://www.roxberryjuice.com

# Best in Utah Smoothies | Roxberry Juice Co.

There are a great number of food choices out there, but when it comes to fresh juices, smoothies, and açaí bowls, the best choice is Roxberry. From 100% natural juices to real fruits and veggies,...

**Menu**
No matter how crazy the day gets you ...
Download APP · Health & Safety

**BLOG**
BLOG - Best in Utah Smoothies | Roxberry Juice Co.

**Jobs**
Jobs - Best in Utah Smoothies | Roxberry Juice Co.

**FRANCHISING**
FRANCHISING - Best in Utah Smoothies | Roxberry Juice Co.

**LOCATIONS**
Each and every one of our locations are locally owned and operated in their ...

**INGREDIENT GUIDE**
View the Roxberry Juice Co. ingredient guide to discover the benefits of our ...

**EXPERIENCE US**
OUR MISSION is to provide our customers with the best quality smoothies and ...

**NUTRITIONAL INFORMATI...**
View the Roxberry Juice Co. ingredient guide to discover the benefits of our ...

See results only from roxberryjuice.com

People also search for

🔍 smoothie near me            🔍 smoothie delivery

🔍 fruit bowls near me         🔍 juices near me

🔍 berry smoothie              🔍 smoothie bowls

**getroxberry.com**
https://www.getroxberry.com

# Roxberry





See More

Roxberry offers fizzy drinks with natural ingredients, no artificial anything, and 40% less sugar than juice boxes. Kids love the fun flavors and parents love the nutritional benefits and eco-friendly packaging.

**Fast Company**
https://www.fastcompany.com › roxberry-soda

# Roxberry is a 'better-for-you' kids' soda. Its brand is a visual sugar ...

Jan 14, 2026 · Sauer's latest venture is a product called Roxberry, which he's dubbing the "first modern kids' soda."

2/10/26, 11:16 AM — roxberry - Search






Roxberry

Types: Chinese, Mexican, Thai, Indian, Italian, Japanese, American, Korean, Greek

Free Grubhub+ with Prime — Start Your Order Now
Red Lotus Bistro Delivery — Grubhub Food Delivery
Great Deals on Great Eats — Order Peru 51

doordash.com
https://www.doordash.com › roxberryjuice › delivery

**Roxberry Juice Delivery | Roxberry Juice on DoorDash®**
Sponsored · A world of food at your fingertips. Order from Roxberry Juice today! From fine-dining to fast food, DoorDash® delivers your favorite restaurants.
Types: Mexican, Chinese, Pizza, Thai, Healthy, Fast Food

Pickup & Takeout — Fast Food Delivery
Exclusive Food Deals — Become a Delivery Driver

Deep dive into roxberry

- roxberry menu
- roxberry juice
- roxberry tooele
- roxberry smoothie
- roxberry coupon
- roxberry gift card balance
- roxberry near me
- roxberry careers

1  2  3  >

Roxberry Juice Co. Drive Thru
3.5/5 (51) · Juice/smoothie bar
47 E 5900 S, Murray
Open · Closes 9 PM · (801) 261-9606
Dine-in · Takeout · Delivery

Roxberry Juice Co.
3.5/5 (34) · Juice/smoothie bar
28 S State St, Salt Lake City
Open · Closes 8 PM · (801) 363-2884
Takeout · Delivery

See more results >

PR Newswire
https://www.prnewswire.com › news-releases › roxberry...

**Roxberry Launches Nationwide in Walmart, Bringing ...**
Jan 13, 2026 · Designed specifically with kids in mind, Roxberry comes in 7.5oz cans that are easy for little hands to hold and just the right amount of ....

Grubhub
https://www.grubhub.com › grubhub › delivery

**Roxberry Delivery | Order Online**
Sponsored · $0 Delivery Fees On Your First Delivery of $15 or More, Terms And Add'l Fees Apply. Roxberry is Available for Delivery on Grubhub. See Menu & Order Now.
Fast & easy food delivery · Save with Grubhub+ · Food delivered in a dash · Late-night delivery

https://www.bing.com/search?q=roxberry&form=QBLH&sp=-1&ghc=1&lq=0&pq=roxberry&sc=12-8&qs=n&sk=&cvid=97ADC3B9915A4F53A6E4940C...  3/6

See Roxberry >

Sponsored

Roxberry Fruit & Veggie Fizz For…
$35.99
Walmart
★★★★☆ 2

Roxberry Fruit & Veggie Fizz For…
$35.99
Walmart
★★★★☆ 2

Roxberry Fruit And Veggie…
$35.99
Walmart
★★★★☆ 2

$50 Roxberry Juice Giftly | Tex…
$50.00
Giftly
90-day returns

$100 Roxberry Creamery Giftly …
$100.00
Giftly
90-day returns

Screencraft Ceramic Roxber…
$34.97
eBay
Used

See more shopping results for **roxberry**

Deep dive into roxberry

- roxberry **menu**
- roxberry **juice**
- roxberry **tooele**
- roxberry **smoothie**
- roxberry **coupon**
- roxberry **gift card balance**
- roxberry **near me**
- roxberry **careers**

Ask a follow-up

roxberry



AI Mode    **All**    Images    Shopping    Videos    Maps    News    More    Tools

Results for **Salt Lake City, UT** · **Choose area**

Sponsored result

**Roxberry Juice Co.**
https://www.roxberryjuice.com

### Roxberry Juice Co

Acai Bowls — Smoothies Blended To Order, Every Single Time. The Best Quality Smoothies, Bowls, And Fresh-pressed Juices. Real Fruit & 100% Juice. Competitive Price. Best Customer Service.

**Menu**
Our Menu Includes Caribbean Cooler, Pina Colada & More.

**Locations**
Find a Roxberry Near You Fresh Smoothies Await

**Jobs**
Submit the Required Details To Apply For Jobs.

**Fresh Smoothies**
Real Fruit, Real Smoothies Freshly Blended Daily

**Nutritional Information**
View Our Available Nutritional Information For Smoothies & More.

Hide sponsored result ^

---

# Locations

   Order    Directions   

A  **Roxberry…**
28 State St …
Open · Close…
Dine-in ·





### Best in Utah Smoothies | Roxberry Juice Co.
Roxberry Juice Co.
https://www.roxberryjuice.com

From 100% natural juices to real fruits and veggies, **Roxberry** provides the best in quality products on the market.

| Menu > |
|---|
| FAVORITES · PASSION PARADISE · CITRUS BERRY ... |

| Location > |
|---|
| Feeling good again. Roxberry's Juice Cleanse is made day of in ... |

| Jobs > |
|---|
| CONTACT US. The Roxberry mission is simple: We aim to ... |

| Experience Us > |
|---|
| Our mission is to provide our customers with the best quality ... |

| Nutritional Information > |
|---|
| View ingredient guide. Contact us. The Roxberry mission is simple ... |

More results from roxberryjuice.com »

### Roxberry Juice Co. | Salt Lake City
City Creek
https://shopcitycreekcenter.com › stores › roxberry-juic...

**Roxberry** is a Utah-based company serving fresh juice smoothies and yogurt. City Creek Center is its first downtown Salt Lake City location. Read more


getroxberry.com
https://www.getroxberry.com

# Roxberry

We use entirely natural ingredients to make the fun stuff: delicious, nutrient-rich drinks and snacks that kids love and parents can encourage. Read more


Instagram · roxberryjuiceco
14.4K+ followers

# Roxberry Juice Company (@roxberryjuiceco)

Smoothies • Fresh Juices • Açaí Bowls • Bites · Some days just need something sweet Meet our Flavor of the Week: Simply Peach ✨ Made with peach juice, ... Read more

## Videos


0:07

**From smoothies to bites, stop by Roxberry and make your day ...**
Instagram · Roxberry Juice Company
1 month ago


0:14

**Proof that good things don't last forever… unless you savor ...**
Instagram · Roxberry Juice Company
1 month ago


0:09

**If Friday had a flavor… it would be this Fresh fruit. Real ...**
Instagram · Roxberry Juice Company
1 month ago

View all ›                           Feedback


Facebook · Roxberry Juice Co.
13.9K+ followers

# Roxberry Juice Co. (@roxberryjuice)

Some days just need something sweet Meet our Flavor of the Week: Simply Peach ✨ Made with peach juice, peaches, mango & strawberries for a light, fruity and ... Read more

## Sponsored result


Roxberry Juice Co.
https://www.roxberryjuice.com

### Roxberry Juice Co

Juice · 47 East 5900 South · Open · Closes 9 PM
Phone +1 801-261-9606 · Restaurant · Dessert · Breakfast · Dessert …

Fresh Juices — Smoothies Blended To Order, Every Single Time. The Best Quality Smoothies, Bowls, And…

- Website
- Directions
- Call us

Hide sponsored result

## People also search for

- Roxberry **menu**
- Roxberry **hours**
- Roxberry **near me**
- Roxberry **locations**
- Roxberry **recipes**
- Roxberry **St george**
- Roxberry **smoothie recipes**
- Roxberry **calories**



1  2  3  4  5  6  7  8  9  10    Next

● Salt Lake City, Utah - From your IP address - Update location

Help    Send feedback    Privacy    Terms