# EXHIBIT H
## to
## DECLARATION OF BRAD DAVIS
## IN SUPPORT OF MOTION FOR
## PRELIMINARY INJUNCTION



**CHAD S. PEHRSON**
cpehrson@knh.law

Salt Lake: 801.939.3698   San Diego: 619-371-5511

**Date:** January 20, 2026

**Via Email and Certified Mail**

Roxberry Naturals, Inc.
1753 Upper Chelsea Road, Columbus, Ohio
info@roxberry.com
whitney@roxberry.com

KBHR Statutory Agent Corp.
PO BOX 361715
Columbus OH 43236

CC: Samantha Quimby, Frost Brown Todd LLP, Suite 2300, 10 West Broad Street, Columbus, OH 43215, squimby@fbtgibbons.com

Dear Roxberry Naturals, Inc.:

    We represent Roxberry Licensing, LLC, the owner and licensor of the ROXBERRY brand used continuously in U.S. commerce since at least 2008 in connection with fruit-based beverages, smoothies, and related products.

    It has come to our client's attention that Roxberry Naturals, Inc. is marketing and selling beverage products nationwide under the name ROXBERRY, including through mass retail channels and online commerce. Your company's use of ROXBERRY is unauthorized and infringes our client's trademark rights.

    We are not aware of disputes as to the key facts:
- Roxberry Licensing is the senior user of the ROXBERRY mark, with nearly two decades of continuous use.
- Your company did not begin use until September 2024.
- Your attempt to register the ROXBERRY word mark was refused by the USPTO on likelihood-of-confusion grounds and subsequently abandoned.
- Despite that refusal and notice, your company has proceeded with expanded nationwide use of the ROXBERRY name for beverages.

    Your continued use of ROXBERRY creates a likelihood of consumer confusion, dilutes our client's brand, and constitutes infringement under federal and state law, including the Lanham Act.

    Accordingly, Roxberry Licensing, LLC hereby demands that Roxberry Naturals, Inc.:
1. Immediately cease all use of the ROXBERRY name and any confusingly similar designation in connection with beverages or related products;

www.knh.law



**CHAD S. PEHRSON**
cpehrson@knh.law

Salt Lake: 801.939.3698　San Diego: 619-371-5511

2. Remove ROXBERRY from all product names, packaging, labels, marketing materials, websites, social media, and advertising;
3. Cease distribution and sale of any products bearing the ROXBERRY name;
4. Provide written confirmation within fourteen (14) days of the steps taken to comply with these demands.

We look forward to your prompt confirmation of compliance to avoid the need for further action. Nothing in this letter constitutes a waiver of any rights, claims, or remedies, all of which are expressly reserved.

Best Regards,

*Chad S. Pehrson*

 Outlook

## Cease and Desist Demand from Roxberry

**From** Chad Pehrson <cpehrson@knh.law>
**Date** Wed 1/21/2026 8:00 AM
**To**      whitney@roxberry.com <whitney@roxberry.com>; info@roxberry.com <info@roxberry.com>
**Cc**      squimby@fbtgibbons.com <squimby@fbtgibbons.com>; Andrea Coats <acoats@knh.law>

📎 1 attachment (187 KB)
2026.1.20 KNH C-D to Roxberry Naturals.pdf;

Please see attached correspondence re trademark infringement.

Best,



**CHAD S. PEHRSON**
Partner

Salt Lake: 801.939.3698
San Diego: 619-371-5511
knh.law

*"Perfection is achieved, not when there is nothing more to add, but when there is nothing left to take away."*

— Antoine de Saint-Exupéry, *Airman's Odyssey*

| | |
|---|---|
| From: | Mailform <support@mailform.io> |
| To: | "Andrea Coats" <acoats@knh.law> |
| Date: | 1/21/2026 6:27:22 PM |
| Subject: | You sent 1 envelope (2 pages) |

# Order #5c973552-7586-4325-978d-c675f3a7d735

| | |
|---|---|
| **Document Count:** | 1 |
| **Pages Mailed:** | 2 |
| **Recipients:** | 1 |
| **Return Address:** | Chad Pehrson<br><br>50 W Broadway 9th Floor<br>Salt Lake City, UT, 84101<br>United States |
| **Total:** | $16.36 |
| **Paid:** | $16.36 |

**View Receipt**

| Contents | Sent To: |
|---|---|
| 2026.1.20 KNH C-D to Roxberry Naturals.pdf | Samantha Quimby<br>Frost Brown Todd LLP<br>10 West Broad Street, Suite 2300<br>Columbus, OH, 43215<br>United States<br>`SINGLE SIDED` `COLOR` `CERTIFIED` `ELECTRONIC RETURN RECEIPT`<br>**Estimated Delivery:** January 27, 2026 |

Thank you for using Mailform: the easiest way to print and mail FedEx Standard Overnight, USPS Priority, Express & First Class Mail from your computer.

If you would like to make a change to your order and it is still within the cancellation window described **here**, please go to your receipt using the button above. You will be able to change the documents being mailed and the sender or recipient postal addresses. You may need to login to complete your changes. **If the buttons to change your order are not available on your receipt, then your order has already gone to print and cannot be cancelled..**

If you would like to cancel your order and it is still within the cancellation window described **here**, please go to your receipt using the button above and use the cancel button. You may need to login to cancel the order. **You will need to put a reason for your cancellation and once processed, you'll receive a full refund. If the button to cancel your order is not available on your receipt, then your order has already gone to print and cannot be cancelled.**

Please reach out to us if you have any questions or need additional help.

---

Mailform lets you send FedEx Standard Overnight, USPS Priority, Express & First Class Mail from your computer

Email: **support@mailform.io**
Phone: **1-805-395-9596**



**Company**

**About**

**Privacy**

**Terms of Service**

| | |
|---|---|
| From: | Mailform <support@mailform.io> |
| To: | "Andrea Coats" <acoats@knh.law> |
| Date: | 1/21/2026 6:18:30 PM |
| Subject: | You sent 1 envelope (2 pages) |

# Order #5c8b210c-0431-46e8-befc-3cf4bb267fba

| | |
|---|---|
| **Document Count:** | 1 |
| **Pages Mailed:** | 2 |
| **Recipients:** | 1 |
| **Return Address:** | Chad Pehrson<br><br>50 W Broadway 9th Floor<br>Salt Lake City, UT, 84101<br>United States |
| **Total:** | $16.36 |
| **Paid:** | $16.36 |

**View Receipt**

| Contents | Sent To: |
|---|---|
| 2026.1.20 KNH C-D to Roxberry Naturals.pdf | Whitney<br><br>1753 Upper Chelsea Road<br>Columbus, OH, 43212<br>United States<br>`SINGLE SIDED` `COLOR` `CERTIFIED` `ELECTRONIC RETURN RECEIPT`<br>**Estimated Delivery:** January 27, 2026 |

Thank you for using Mailform: the easiest way to print and mail FedEx Standard Overnight, USPS Priority, Express & First Class Mail from your computer.

If you would like to make a change to your order and it is still within the cancellation window described **here**, please go to your receipt using the button above. You will be able to change the documents being mailed and the sender or recipient postal addresses. You may need to login to complete your changes. **If the buttons to change your order are not available on your receipt, then your order has already gone to print and cannot be cancelled..**

If you would like to cancel your order and it is still within the cancellation window described **here**, please go to your receipt using the button above and use the cancel button. You may need to login to cancel the order. **You will need to put a reason for your cancellation and once processed, you'll receive a full refund. If the button to cancel your order is not available on your receipt, then your order has already gone to print and cannot be cancelled.**

Please reach out to us if you have any questions or need additional help.

---

Mailform lets you send FedEx Standard Overnight, USPS Priority, Express & First Class Mail from your computer

Email: **support@mailform.io**
Phone: **1-805-395-9596**



**Company**

**About**

**Privacy**

**Terms of Service**

| | |
|---|---|
| From: | Mailform <support@mailform.io> |
| To: | "Andrea Coats" <acoats@knh.law> |
| Date: | 1/21/2026 6:23:45 PM |
| Subject: | You sent 1 envelope (2 pages) |

# Order #6d600084-4616-4195-8415-3a9ace1de083

| | |
|---|---|
| **Document Count:** | 1 |
| **Pages Mailed:** | 2 |
| **Recipients:** | 1 |
| **Return Address:** | Chad Pehrson<br>KNH<br>50 W Broadway, 9th Floor<br>Salt Lake City, UT, 84101<br>United States |
| **Total:** | $16.36 |
| **Paid:** | $16.36 |

**View Receipt**

| Contents | Sent To: |
|---|---|
| 2026.1.20 KNH C-D to Roxberry Naturals.pdf | KBHR Statutory Agent Corp.<br>KBHR Statutory Agent Corp.<br>PO Box 361715<br>Columbus, OH, 43236<br>United States<br>`SINGLE SIDED` `COLOR` `CERTIFIED` `ELECTRONIC RETURN RECEIPT`<br>**Estimated Delivery:** January 27, 2026 |

Thank you for using Mailform: the easiest way to print and mail FedEx Standard Overnight, USPS Priority, Express & First Class Mail from your computer.

If you would like to make a change to your order and it is still within the cancellation window described **here**, please go to your receipt using the button above. You will be able to change the documents being mailed and the sender or recipient postal addresses. You may need to login to complete your changes. **If the buttons to change your order are not available on your receipt, then your order has already gone to print and cannot be cancelled..**

If you would like to cancel your order and it is still within the cancellation window described **here**, please go to your receipt using the button above and use the cancel button. You may need to login to cancel the order. **You will need to put a reason for your cancellation and once processed, you'll receive a full refund. If the button to cancel your order is not available on your receipt, then your order has already gone to print and cannot be cancelled.**

Please reach out to us if you have any questions or need additional help.

---

Mailform lets you send FedEx Standard Overnight, USPS Priority, Express & First Class Mail from your computer

Email: **support@mailform.io**
Phone: **1-805-395-9596**



**Company**

**About**

**Privacy**

**Terms of Service**