# EXHIBIT I
## to
## DECLARATION OF BRAD DAVIS
## IN SUPPORT OF MOTION FOR
## PRELIMINARY INJUNCTION

 **Roxberry Webs...**  4:48 PM   ⋯
to braden, me ⌄

Form Response Notification

You've received the following form submission from the Contact Us form on the Header/Footer of your website - [https://www.roxberryjuice.com](https://www.roxberryjuice.com).
**Name:** Davina M Morris
**Email:** [davinamorris13@gmail.com](mailto:davinamorris13@gmail.com)
**Message:** I like your soda for kids. Its a healthier alternative. Thank you
Do you have coupons please

[Reply to customer](#)