# EXHIBIT A
## to
# DECLARATION OF BRAD DAVIS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION



## A smooth new Utah juice in face of daunting economic times

By Dawn House
The Salt Lake Tribune • November 4, 2008 12:00 am

> This is an archived article that was published on sltrib.com in 2008, and information in the article may be outdated. It is provided only for personal research purposes and may not be reprinted.

MURRAY - The man who helped expand the popular Utah-based chain of Rumbi Island Grill restaurants and Zuka Juice stores is starting his own brand of smoothies, even in the face of daunting economic times.

Brad Davis, who played a strategic role in growing the Zuka brand to 108 stores in eight Western states, recently opened a Roxberry Juice store in Murray.



Davis opened his first Roxberry outlet last March, at Hunter's Crossing Center in American Fork. The Murray store, at 5291 S. State St., is his first franchise. On Nov. 12, a second franchise is set to open in the Four Corners area of Highland, and two more are planned in Cottonwood Heights and Provo early next year.

Opening a store late in the season hasn't deterred Murray franchise owner Packer Morley nor partner Charles McHenry.

"We knew this is a great location, and we didn't want to loose it," said Morley. "Come spring, people will know we're here."



Despite the nation's economic difficulties, Davis is betting Roxberry Juice will become a national brand. "We all like small rewards, and a smoothie is a great reward at a

small cost. People may not be going out to dinner, but they'll still want to get a smoothie."

Davis will tempt customers to come back by using fresh-squeezed orange juice, other juices without added sugar or preservatives and quick-frozen fruits.

Stores also will offer white or wheat Roxi Rolls, along with toppings such as homemade honey butter and Roxberry's own line of jams and jellies made by a small Southern California company that's been in business for a hundred years. Local suppliers include Meadow Gold Dairy, which provides nonfat frozen yogurt and sherbet products, and Nutty Guys' dried fruit and snacks.



"I've been in the smoothie business for nearly 15 years, so I'm familiar with what other brands are putting in their smoothies," said Davis. "Our market position is to produce the highest-quality products."

Davis opened his first smoothie shop, Baluka Juice, in Rancho Santa Margarita, Calif., after graduating from law school in the mid-1990s. At the time, he was in contact with his childhood friend Dave Duffin, who also was launching a smoothie store in Provo, which he eventually called Zuka Juice. Duffin asked Davis, who attended BYU with him, to join Duffin in Utah as an executive.

Zuka soon grew into a strong regional brand, with more than $50 million in sales before it was sold to San Francisco-based Jamba Juice in 1999.



In 2000, Duffin created a second restaurant concept, Rumbi Island Grill, and Davis again became a partner, helping establish 23 restaurants in three Western states. But Davis said he felt the tug of his first passion - smoothies - and started putting together the Roxberry concept last year.

*dawn@sltrib.com*



**Roxberry Juice stores**

\* **Murray**, 5291 S. State St.

\* **American Fork**, 987 W. 500 North, Suite 101.

\* **Highland** outlet set to open Nov. 12 at State Road 92 and Alpine Highway.

\* **Cottonwood Heights, Provo** outlets to open early next year.

APPS

CONTACT US

ABOUT US

PRIVACY POLICY

LATEST                                                          SUPPORT

View Recipe

View Recipe                                                     Open

# The Salt Lake Tribune