# EXHIBIT F
## to
## DECLARATION OF BRAD DAVIS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Free shipping over $50

SHOP    STORE LOCATOR    PARENT MODE    Roxberry



# KIDS GO WILD FOR ROXBERRY!

A fizzy drink parents can FINALLY say YES to!

**SHOP ALL**

FRUITY FUEL FOR YOUR NEXT ADVENTURE

# OUR FIZZY FRUITRAGEOUS VEGETABULOUS FLAVORS

All of the yum, all from fruits and veggies shhh...don't tell the kiddos ;)





### GALAXY GULP CITRUS

Orange Citrus

ADD TO CART | $5.99



### PINK LAVA STRAWBERRY LEMONADE

Strawberry Lemonade

ADD TO CART | $5.99



### OCEAN POTION FRUIT PUNCH

Fruit Punch

ADD TO CART | $5.99









**KIDS CAN BE KIDS AND PARENTS CAN CHEER THEM ON.**

No parent likes to say no, but that's part of the job, isn't it? Saying no to all of the artificial, yet—let's face it—totally fun foods your kids love.

With Roxberry, you can say YES! We use entirely natural ingredients to make the fun stuff: delicious, nutrient-rich drinks and snacks that kids love and parents can encourage.

ONE MORE YES





Roxberry Fizz for Kids is a sparkling canned beverage flavor-powered with fruit and veggies. NO Artificial Flavors, Colors, or Sweeteners.

Saying no to fun food is hard these days. But Roxberry is an easy yes for kids and parents alike: Great taste, better-for-you, better-for the planet. They can drink it anytime, anywhere, and you can cheer them on.

We use entirely natural ingredients to make the fun stuff: delicious, low-sugar, and sustainable drinks for the kiddos. No refined sugars, no high-fructose syrups, no weird food additives or dyes.

**SHOP ROXBERRY**

Roxberry Fizz for Kids is a sparkling canned beverage flavor-powered with fruit and veggies. NO Artificial Flavors, Colors, or Sweeteners.

Saying no to fun food is hard these days. But Roxberry is an easy yes for kids and parents alike: Great taste, better-for-you, better-for the planet. They can drink it anytime, anywhere, and you can cheer them on.

We use entirely natural ingredients to make the fun stuff: delicious, low-sugar, and sustainable drinks for the kiddos. No refined sugars, no high-fructose syrups, no weird food additives or dyes.

**SHOP ROXBERRY**