# EXHIBIT G
## to
# DECLARATION OF BRAD DAVIS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

2/10/26, 11:16 AM                                                                 roxberry - Search

About 3,410 results

2/10/26, 11:16 AM                                                                 roxberry - Search

> Roxberry Juice Co.
> https://www.roxberryjuice.com

## Best in Utah Smoothies | Roxberry Juice Co.

There are a great number of food choices out there, but when it comes to fresh juices, smoothies, and açaí bowls, the best choice is Roxberry. From 100% natural juices to real fruits and veggies,...

**Menu**
No matter how crazy the day gets you ....
Download APP · Health & Safety

**BLOG**
BLOG - Best in Utah Smoothies | Roxberry Juice Co.

**Jobs**
Jobs - Best in Utah Smoothies | Roxberry Juice Co.

**FRANCHISING**
FRANCHISING - Best in Utah Smoothies | Roxberry Juice Co.

**LOCATIONS**
Each and every one of our locations are locally owned and operated in their ...

**INGREDIENT GUIDE**
View the Roxberry Juice Co. ingredient guide to discover the benefits of our ...

**EXPERIENCE US**
OUR MISSION is to provide our customers with the best quality smoothies and ...

**NUTRITIONAL INFORMATI...**
View the Roxberry Juice Co. ingredient guide to discover the benefits of our ...

See results only from roxberryjuice.com

### People also search for

- smoothie near me
- smoothie delivery
- fruit bowls near me
- juices near me
- berry smoothie
- smoothie bowls





See More

> getroxberry.com
> https://www.getroxberry.com :

## Roxberry

Roxberry offers fizzy drinks with natural ingredients, no artificial anything, and 40% less sugar than juice boxes. Kids love the fun flavors and parents love the nutritional benefits and eco-friendly packaging.

**FC** Fast Company
https://www.fastcompany.com › roxberry-soda

## Roxberry is a 'better-for-you' kids' soda. Its brand is a visual sugar ...

Jan 14, 2026 · Sauer's latest venture is a product called Roxberry, which he's dubbing the "first modern kids' soda."

2/10/26, 11:16 AM                                       roxberry - Search

Types: Chinese, Mexican, Thai, Indian, Italian, Japanese, American, Korean, Greek

| Free Grubhub+ with Prime | Start Your Order Now |
| Red Lotus Bistro Delivery | Grubhub Food Delivery |
| Great Deals on Great Eats | Order Peru 51 |

doordash.com
https://www.doordash.com › roxberryjuice › delivery :

**Roxberry Juice Delivery | Roxberry Juice on DoorDash®**
Sponsored A world of food at your fingertips. Order from Roxberry Juice today! From fine-dining to fast food, DoorDash® delivers your favorite restaurants.
Types: Mexican, Chinese, Pizza, Thai, Healthy, Fast Food

| Pickup & Takeout | Fast Food Delivery |
| Exclusive Food Deals | Become a Delivery Driver |

Deep dive into roxberry

| 🔍 roxberry menu | 🔍 roxberry juice |
| 🔍 roxberry tooele | 🔍 roxberry smoothie |
| 🔍 roxberry coupon | 🔍 roxberry gift card balance |
| 🔍 roxberry near me | 🔍 roxberry careers |

1   2   3   >

---

2/10/26, 11:16 AM                                       roxberry - Search

# Roxberry





Roxberry Juice Co. Drive Thru
⭐ 3.5/5 (51) · Juice/smoothie bar
47 E 5900 S, Murray
Open · Closes 9 PM · (801) 261-9606
✓ Dine-in · Takeout · Delivery

Roxberry Juice Co.
⭐ 3.5/5 (34) · Juice/smoothie bar
28 S State St, Salt Lake City
Open · Closes 8 PM · (801) 363-2884
Takeout · Delivery

See more results >

Feedback





PR Newswire
https://www.prnewswire.com › news-releases › roxberry...

**Roxberry Launches Nationwide in Walmart, Bringing ...**
Jan 13, 2026 · Designed specifically with kids in mind, Roxberry comes in 7.5oz cans that are easy for little hands to hold and just the right amount of ....

Grubhub
https://www.grubhub.com › grubhub › delivery :

**Roxberry Delivery | Order Online**
Sponsored $0 Delivery Fees On Your First Delivery of $15 or More, Terms And Add'l Fees Apply. Roxberry Is Available for Delivery on Grubhub. See Menu & Order Now.
Fast & easy food delivery · Save with Grubhub+ · Food delivered in a dash · Late-night delivery





- AI Mode
- **All**
- Images
- Shopping
- Videos
- Maps
- News
- More
- Tools

Results for **Salt Lake City, UT** · Choose area

# Sponsored result

Roxberry Juice Co.
https://www.roxberryjuice.com

## Roxberry Juice Co

Acai Bowls — Smoothies Blended To Order, Every Single Time. The Best Quality Smoothies, Bowls, And Fresh-pressed Juices. Real Fruit & 100% Juice. Competitive Price. Best Customer Service.

**Menu**
Our Menu Includes Caribbean Cooler, Pina Colada & More.

**Locations**
Find a Roxberry Near You Fresh Smoothies Await

**Jobs**
Submit the Required Details To Apply For Jobs.

**Fresh Smoothies**
Real Fruit, Real Smoothies Freshly Blended Daily

**Nutritional Information**
View Our Available Nutritional Information For Smoothies & More.

Hide sponsored result

# Locations



A **Roxberry…**
28 State St …
Open · Close…
Dine-in ·


Order


Directions


Open in Maps



Takeout

B ...
Order    Website    Directions

C ...
Order    Website    Directions

More locations

Map data ©2026    Terms



**Roxberry Juice Co.**
https://www.roxberryjuice.com

### Best in Utah Smoothies | Roxberry Juice Co.

From 100% natural juices to real fruits and veggies, **Roxberry** provides the best in quality products on the market.

**Menu**
FAVORITES · PASSION PARADISE · CITRUS BERRY ...

**Location**
Feeling good again. Roxberry's Juice Cleanse is made day of in ...

**Jobs**
CONTACT US. The Roxberry mission is simple: We aim to ...

**Experience Us**
Our mission is to provide our customers with the best quality ...

**Nutritional Information**
View ingredient guide. Contact us. The Roxberry mission is simple ...

More results from roxberryjuice.com »



**City Creek**
https://shopcitycreekcenter.com › stores › roxberry-juic...

### Roxberry Juice Co. | Salt Lake City



**Roxberry** is a Utah-based company serving fresh juice smoothies and yogurt. City Creek Center is its first downtown Salt Lake City location. Read more


getroxberry.com
https://www.getroxberry.com

## Roxberry

We use entirely natural ingredients to make the fun stuff: delicious, nutrient-rich drinks and snacks that kids love and parents can encourage. Read more


Instagram · roxberryjuiceco
14.4K+ followers

## Roxberry Juice Company (@roxberryjuiceco)

Smoothies • Fresh Juices • Açaí Bowls • Bites · Some days just need something sweet Meet our Flavor of the Week: Simply Peach ✨ Made with peach juice, ... Read more

## Videos


0:07

From smoothies to bites, stop by Roxberry and make your day ...

Instagram · Roxberry Juice Company
1 month ago


0:14

Proof that good things don't last forever… unless you savor ...

Instagram · Roxberry Juice Company
1 month ago


0:09

If Friday had a flavor… it would be this Fresh fruit. Real ...

Instagram · Roxberry Juice Company
1 month ago

View all  >                                      Feedback


Facebook · Roxberry Juice Co.
13.9K+ followers

## Roxberry Juice Co. (@roxberryjuice)

Some days just need something sweet Meet our Flavor of the Week: Simply Peach ✨ Made with peach juice, peaches, mango & strawberries for a light, fruity and ... Read more

## Sponsored result


Roxberry Juice Co.
https://www.roxberryjuice.com



Roxberry Juice Co

Juice · 47 East 5900 South · Open · Closes 9 PM
Phone +1 801-261-9606 · Restaurant · Dessert · Breakfast · Dessert …
Fresh Juices — Smoothies Blended To Order, Every Single Time. The Best Quality Smoothies, Bowls, And…

- Website
- Directions
- Call us

Hide sponsored result

## People also search for

| Roxberry menu | Roxberry hours |
| --- | --- |
| Roxberry near me | Roxberry locations |
| Roxberry recipes | Roxberry St george |
| Roxberry smoothie recipes | Roxberry calories |



1  2  3  4  5  6  7  8  9  10     Next

● Salt Lake City, Utah - From your IP address - Update location

Help     Send feedback     Privacy     Terms