# EXHIBIT I
## to
## DECLARATION OF BRAD DAVIS
## IN SUPPORT OF MOTION FOR
## PRELIMINARY INJUNCTION

 **Roxberry Webs...** 4:48 PM  
to braden, me

Form Response Notification

You've received the following form submission from the Contact Us form on the Header/Footer of your website - https://www.roxberryjuice.com.
**Name:** Davina M Morris
**Email:** davinamorris13@gmail.com
**Message:** I like your soda for kids. Its a healthier alternative. Thank you
Do you have coupons please

Reply to customer