# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| **ROXBERRY LICENSING, LLC, a Utah limited liability company,** )<br>)<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>)<br>**ROXBERRY NATURALS, INC., an Ohio corporation,** )<br>)<br>*Defendant* | Civil Action No. 2:26-cv-00126 |

## AFFIDAVIT OF SERVICE

I, Mike Ash, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Roxberry Naturals, Inc. in Franklin County, OH on February 13, 2026 at 2:03 pm at 1753 Upper Chelsea Rd, Columbus, OH 43212-1937 by leaving the following documents with Lauren Sauer who as Owner is authorized by appointment or by law to receive service of process for Roxberry Naturals, Inc..

SUMMONS IN A CIVIL ACTION
COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, DECEPTIVE TRADE PRACTICES, AND CANCELLATION OF TRADEMARK REGISTRATION
MOTION FOR PRELIMINARY INJUNCTION
FOR SERVICE - Dec of B Davis ISO Mtn for PI.pdf

Additional Description:
Lauren Sauer.
Race: White, Sex: Female, Est. Age: 35-44, Hair: Black, Glasses: N, Est. Weight: 120 lbs to 140 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=39.991855,-83.063096
Photograph: See Exhibit 1

Total Cost: $338.75

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in  Franklin County , OH on 2/13/2026 .

/s/ *Mike Ash*

Signature
Mike Ash
+1 (614) 404-5119



Exhibit 1a)

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | |
|---|---|
| **ROXBERRY LICENSING, LLC, a Utah limited liability company**<br><br>*Plaintiff*<br><br>v.<br><br>**Roxberry Naturals, Inc., an Ohio corporation**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:26-cv-00126<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Mike Ash, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Roxberry Naturals, Inc. in Franklin County, OH on February 13, 2026 at 1:36 pm at 65 E State St, Ste 1800, Columbus, OH 43215-4295 by leaving the following documents with Janet Yorre who as RECEPTIONIST is authorized by appointment or by law to receive service of process for Roxberry Naturals, Inc..

SUMMONS IN A CIVIL ACTION
COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, DECEPTIVE TRADE PRACTICES, AND CANCELLATION OF TRADEMARK REGISTRATION
MOTION FOR PRELIMINARY INJUNCTION
DECLARATION OF BRAD DAVIS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
Race: White, Sex: Female, Est. Age: 45-54, Hair: Blonde, Glasses: Y, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=39.9599603997,-82.9984867997
Photograph: See Exhibit 1


Total Cost: $207.75

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Franklin County  ,
  OH   on   2/16/2026  .

/s/ *Mike Ash*

Signature
Mike Ash
+1 (614) 404-5119



Exhibit 1a)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Utah

| | | |
|---|---|---|
| ROXBERRY LICENSING, LLC, a Utah limited liability company, | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | Civil Action No. 2:26-cv-00126 |
| v. | ) | |
| Roxberry Naturals, Inc., an Ohio corporation, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Roxberry Naturals, Inc.
1753 Upper Chelsea Road
Columbus, Ohio 43212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Chad Pherson
KNH LLP
50 W. Broadway 9th Floor
Salt Lake City, Utah 84101
(801) 994-4646
cpehrson@knh.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Gary P Serdar
*CLERK OF COURT*

Date: 02/12/2026 _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:26-cv-00126

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: