# EXHIBIT E

| | |
|---|---|
| **To:** | Roxberry Licensing, LLC (kmartin@fblglaw.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87470335 - ROXBERRY JUICE CO. - N/A |
| **Sent:** | 2/26/2018 8:36:58 AM |
| **Sent As:** | ECOM110@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**U.S. APPLICATION SERIAL NO.** 87470335

**MARK:** ROXBERRY JUICE CO.

\*87470335\*

**CORRESPONDENT ADDRESS:**
    KARA K MARTIN

    THE FRANCHISE & BUSINESS LAW GROUP

    57 WEST 200 SOUTH, STE 350

    SALT LAKE CITY, UT 84101

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/trademarks/index.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** Roxberry Licensing, LLC

**CORRESPONDENT'S REFERENCE/DOCKET NO:**
    N/A

**CORRESPONDENT E-MAIL ADDRESS:**
    kmartin@fblglaw.com

### SUSPENSION NOTICE: NO RESPONSE NEEDED

**ISSUE/MAILING DATE: 2/26/2018**

The trademark examining attorney is suspending action on the application for the reason(s) stated below.  *See* 37 C.F.R. §2.67; TMEP §§716 *et seq.*

The effective filing date of the pending application(s) identified below precedes the filing date of applicant's application.   If the mark in the referenced application(s) registers, applicant's mark may be refused registration under Section 2(d) because of a likelihood of confusion with that registered mark(s).  *See* 15 U.S.C. §1052(d); 37 C.F.R. §2.83; TMEP §§1208 *et seq.*  Therefore, action on this application is suspended until the earlier-filed referenced application(s) is either registered or abandoned.  37 C.F.R. §2.83(c).  A copy of information relevant to this referenced application(s) was sent previously.

  **- Application Serial No(s). 87249606 (NIGHT AT THE ROXBERRY)**

The USPTO will periodically conduct a status check of the application to determine whether suspension remains appropriate, and the trademark examining attorney will issue as needed an inquiry letter to applicant regarding the status of the matter on which suspension is based.  TMEP §§716.04, 716.05.  Applicant will be notified when suspension is no longer appropriate.  *See* TMEP §716.04.

No response to this notice is necessary; however, if applicant wants to respond, applicant should use the "Response to Suspension Inquiry or Letter of Suspension" form online at  http://teasroa.uspto.gov/rsi/rsi.

**Assistance:**

If applicant has questions regarding this Suspension please telephone or e-mail the assigned trademark examining attorney.  All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Suspension and will not extend the deadline for filing a proper response.  See 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.  Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Suspension, the trademark examining attorney may not provide legal advice or statements about applicant's rights.  See TMEP §§705.02, 709.06.

  /Eliana Torres/

  Examining Attorney

  Law Office 110

  (571) 272-6907

  Eliana.Torres@uspto.gov

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/.  Please keep a copy of the TSDR status screen.  If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the Trademark Electronic Application System (TEAS) form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

| | |
|---|---|
| **To:** | Roxberry Licensing, LLC (kmartin@fblglaw.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87470335 - ROXBERRY JUICE CO. - N/A |
| **Sent:** | 2/26/2018 8:36:59 AM |
| **Sent As:** | ECOM110@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## <u>IMPORTANT NOTICE REGARDING YOUR</u>
## <u>U.S. TRADEMARK APPLICATION</u>

USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED

ON **2/26/2018** FOR U.S. APPLICATION SERIAL NO.87470335

Please follow the instructions below:

**(1)  TO READ THE LETTER:**  Click on this  link  or go to  http://tsdr.uspto.gov/,  enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2)  QUESTIONS:**  For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney.  For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## <u>WARNING</u>

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:**  Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations.  These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document.  Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation.  All <u>official</u> USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov."  For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.