Chad Pehrson (Bar No. 12622)
**KNH LLP**
50 W. Broadway, 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
Email: cpehrson@knh.law

*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROXBERRY LICENSING, LLC, a Utah limited liability company,<br><br>        Plaintiff,<br><br>v.<br><br>ROXBERRY NATURALS, INC., an Ohio corporation,<br><br>        Defendant. | **NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION WITHOUT PREJUDICE**<br><br>Case No.  2:26-cv-00126-JPN<br><br>Judge Jill N. Parrish |

Plaintiff Roxberry Licensing, LLC hereby withdraws without prejudice its Motion for Preliminary Injunction filed on February 11, 2026, Docket No. 3 ("**Motion**").  No response to the Motion has been filed and no hearing on the Motion is currently scheduled.

DATED this 27th day of February, 2026.

**KNH LLP**


*/s/Chad Pehrson*
Chad Pehrson
*Attorneys for Plaintiff Roxberry Licensing, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2026, I caused a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION WITHOUT PREJUDICE** to be served upon all counsel of record via the Court's CM/ECF electronic filing system. The following have been served via electronic mail as follows:

Samantha M. Quimby squimby@fbtgibbons.com

Cance V. VanDrake vvandrake@fbtgibbons.com

abrogdon@fbtgibbons.com

*/s/Chad Pehrson*
Chad Pehrson

KNH LLP | cpehrson@knh.law