Chad Pehrson (12622)
Thomas D. Briscoe (10713)
**KNH LLP**
50 W. Broadway, 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
Email: cpehrson@knh.law
Email: tbriscoe@knh.law

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROXBERRY LICENSING, LLC, a Utah limited liability company,<br><br>  Plaintiff,<br><br>v.<br><br>ROXBERRY NATURALS, INC., an Ohio corporation,<br><br>  Defendant. | **NOTICE OF APPEARANCE OF THOMAS D. BRISCOE**<br><br>Case No.  2:26-cv-00126-JPN<br><br>Judge Jill N. Parrish |

**PLEASE TAKE NOTICE** that Thomas D. Briscoe with the firm KNH LLP hereby enters his appearance as additional counsel for Plaintiff Roxberry Licensing, LLC.  The undersigned hereby requests that copies of all further pleadings and papers filed in connection with the above-captioned action be served upon him using the contact information provided.

  DATED this 17th day of March 2026.

  **KNH LLP**

  */s/Thomas D. Briscoe*
  Thomas D. Briscoe
  Chad Pehrson
  *Attorneys for Plaintiff Roxberry Licensing, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March 2026, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL THOMAS D. BRISCOE** to be served upon all counsel of record via the Court's CM/ECF electronic filing system. The following have been served via electronic mail as follows:

Samantha M. Quimby squimby@fbtgibbons.com

Cance V. VanDrake vvandrake@fbtgibbons.com

abrogdon@fbtgibbons.com

*/s/Thomas D. Briscoe*
Thomas D. Briscoe

KNH LLP | cpehrson@knh.law

2