Chad Pehrson (12622)
Thomas D. Briscoe (10713)
Stephen Mouritsen (16523)
**KNH LLP**
50 W. Broadway, 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
Email: cpehrson@knh.law
Email: tbriscoe@knh.law
Email: smouritsen@knh.law

*Attorneys for Plaintiff*
*and Counter-Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROXBERRY LICENSING, LLC, a Utah limited liability company,<br><br>        Plaintiff and Counter-Defendant,<br><br>v.<br><br>ROXBERRY NATURALS, INC., an Ohio corporation,<br><br>        Defendant and Counter-Claimant. | **NOTICE OF APPEARANCE OF STEPHEN MOURITSEN**<br><br>Case No.  2:26-cv-00126-JPN<br><br>Judge Jill N. Parrish |

**PLEASE TAKE NOTICE** that Stephen Mouritsen with the firm KNH LLP hereby enters his appearance as additional counsel for Plaintiff and Counter-Defendant Roxberry Licensing, LLC.  The undersigned hereby requests that copies of all further pleadings and papers filed in

1

connection with the above-captioned action be served upon him using the contact information provided.

DATED this 17th day of March 2026.

**KNH LLP**

*/s/Stephen Mouritsen*
Chad Pehrson
Thomas D. Briscoe
Stephen Mouritsen
*Attorneys for Plaintiff and Counter-Defendant*
*Roxberry Licensing, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March 2026, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL STEPHEN MOURITSEN** to be served upon all counsel of record via the Court's CM/ECF electronic filing system. The following have been served via electronic mail as follows:

Samantha M. Quimby squimby@fbtgibbons.com

Cance V. VanDrake vvandrake@fbtgibbons.com

abrogdon@fbtgibbons.com


/s/Stephen Mouritsen
Stephen Mouritsen

KNH LLP | cpehrson@knh.law

3