# EXHIBIT E
# TO
# DECLARATION OF BRAD DAVIS
# IN SUPPORT OF MOTION FOR
# PRELIMINARY INJUNCTION

## Google Search Results Screenshots

Roxberry Juice Co.
https://www.roxberryjuice.com

## Best in Utah Smoothies | Roxberry Juice Co.

There are a great number of food choices out there, but when it comes to fresh juices, smoothies, and açaí bowls, the best choice is Roxberry. From 100% natural juices to real fruits and veggies. ...

**Menu**
No matter how crazy the day gets you ...
Download APP · Health & Safety

**BLOG**
BLOG - Best in Utah Smoothies | Roxberry Juice Co.

**Jobs**
Jobs - Best in Utah Smoothies | Roxberry Juice Co.

**FRANCHISING**
FRANCHISING - Best in Utah Smoothies | Roxberry Juice Co.

**LOCATIONS**
Each and every one of our locations are locally owned and operated in their ...

**INGREDIENT GUIDE**
View the Roxberry Juice Co. ingredient guide to discover the benefits of our ...

**EXPERIENCE US**
OUR MISSION is to provide our customers with the best quality smoothies and ...

**NUTRITIONAL INFORMATI...**
View the Roxberry Juice Co. ingredient guide to discover the benefits of our ...

See results only from roxberryjuice.com

People also search for      ✕

🔍 smoothie near me

🔍 smoothie delivery

🔍 fruit bowls near me

🔍 juices near me

🔍 berry smoothie

🔍 smoothie bowls

getroxberry.com
https://www.getroxberry.com ⋮

## Roxberry



Roxberry offers fizzy drinks with natural ingredients, no artificial anything, and 40% less sugar than juice boxes. Kids love the fun flavors and parents love the nutritional benefits and eco-friendly packaging.

FC   Fast Company
https://www.fastcompany.com › roxberry-soda

## Roxberry is a 'better-for-you' kids' soda. Its brand is a visual sugar ...

Jan 14, 2026 · Sauer's latest venture is a product called Roxberry, which he's dubbing the "first modern kids' soda."

# Roxberry





**Roxberry Juice Co. Drive Thru**
⭐ 3.5/5 (51) · Juice/smoothie bar
47 E 5900 S, Murray
Open · Closes 9 PM · (801) 261-9606
✓ Dine-in · Takeout · Delivery

🌐 Website      🔷 Directions

**Roxberry Juice Co.**
⭐ 3.5/5 (34) · Juice/smoothie bar
28 S State St, Salt Lake City
Open · Closes 8 PM · (801) 363-2884
Takeout · Delivery

🔷 Directions

**See more results >**

Feedback 👍 👎

**PR Newswire**
https://www.prnewswire.com › news-releases › roxberry...



### Roxberry Launches Nationwide in Walmart, Bringing ...
Jan 13, 2026 · Designed specifically with kids in mind, Roxberry comes in 7.5oz
cans that are easy for little hands to hold and just the right amount of ...

**Grubhub**
https://www.grubhub.com › grubhub › delivery ⋮

### Roxberry Delivery | Order Online
Sponsored $0 Delivery Fees On Your First Delivery of $15 or More. Terms And Add'l Fees Apply. Roxberry
is Available for Delivery on Grubhub. See Menu & Order Now.
Fast & easy food delivery · Save with Grubhub+ · Food delivered in a dash · Late-night delivery

---

Types: Chinese, Mexican, Thai, Indian, Italian, Japanese, American, Korean, Greek

Free Grubhub+ with Prime                Start Your Order Now

Red Lotus Bistro Delivery              Grubhub Food Delivery

Great Deals on Great Eats              Order Peru 51

**doordash.com**
⊘ https://www.doordash.com › roxberryjuice › delivery ⋮

### Roxberry Juice Delivery | Roxberry Juice on DoorDash®
Sponsored A world of food at your fingertips. Order from Roxberry Juice today! From fine-dining to fast
food, DoorDash® delivers your favorite restaurants.
Types: Mexican, Chinese, Pizza, Thai, Healthy, Fast Food

Pickup & Takeout                       Fast Food Delivery

Exclusive Food Deals                   Become a Delivery Driver

## Deep dive into roxberry

🔍 roxberry **menu**              🔍 roxberry **juice**

🔍 roxberry **tooele**            🔍 roxberry **smoothie**

🔍 roxberry **coupon**            🔍 roxberry **gift card balance**

🔍 roxberry **near me**           🔍 roxberry **careers**

1    2    3    >

Case 2:26-cv-00126-JNP-JCB    Document 17-5    Filed 03/20/26    PageID.528    Page 3 of 8

roxberry - Search

2/10/26, 11:16 AM

- roxberry menu
- roxberry juice
- roxberry tooele
- roxberry smoothie
- roxberry coupon
- roxberry gift card balance
- roxberry near me
- roxberry careers

Ask a follow-up

roxberry - Search

2/10/26, 11:16 AM

See Roxberry >

Sponsored

 

Roxberry Fruit & Veggie Fizz For...
$35.99
Walmart
★★★★★ 2

Roxberry Fruit & Veggie Fizz For...
$35.99
Walmart
★★★★★ 2

 

$50 Roxberry Juice Gifty | Tex...
$50.00
Gifty
90-day returns

Roxberry Fruit And Veggie...
$35.99
Walmart
★★★★★ 2

 

Screencraft Ceramic Roxber...
$34.97
eBay
Used

$100 Roxberry Creamery Gifty...
$100.00
Gifty
90-day returns

See more shopping results for roxberry

Deep dive into roxberry



roxberry ✕ 🎤 📷 🔍          ⚙️  ⠿  **Sign in**

AI Mode   **All**   Images   Shopping   Videos   Maps   News   More ▾   Tools ▾

Results for **Salt Lake City, UT** · **Choose area**   ⋮

## Sponsored result

  Roxberry Juice Co.
https://www.roxberryjuice.com  ⋮

### Roxberry Juice Co

Acai Bowls — Smoothies Blended To Order, Every Single Time. The Best Quality Smoothies, Bowls, And Fresh-pressed Juices. Real Fruit & 100% Juice. Competitive Price. Best Customer Service.

| | |
|---|---|
| **Menu**<br>Our Menu Includes Caribbean Cooler, Pina Colada & More. | › |
| **Locations**<br>Find a Roxberry Near You Fresh Smoothies Await | › |
| **Jobs**<br>Submit the Required Details To Apply For Jobs. | › |
| **Fresh Smoothies**<br>Real Fruit, Real Smoothies Freshly Blended Daily | › |
| **Nutritional Information**<br>View Our Available Nutritional Information For Smoothies & More. | › |

Hide sponsored result  ⌃

## Locations



**A** Roxberry...
28 State St ...
Open · Close...
Dine-in ·

 Order     Directions





Takeout

B



Order        Website        Directions

C

Order        Website        Directions

More locations  >

Map data ©2026    Terms

Roxberry Juice Co.
https://www.roxberryjuice.com

# Best in Utah Smoothies | Roxberry Juice Co.

From 100% natural juices to real fruits and veggies, **Roxberry** provides the best in quality products on the market.

## Menu    >
FAVORITES · PASSION PARADISE · CITRUS BERRY ...

## Location    >
Feeling good again. Roxberry's Juice Cleanse is made day of in ...

## Jobs    >
CONTACT US. The Roxberry mission is simple: We aim to ...

## Experience Us    >
Our mission is to provide our customers with the best quality ...

## Nutritional Information    >
View ingredient guide. Contact us. The Roxberry mission is simple ...

More results from roxberryjuice.com »

City Creek
https://shopcitycreekcenter.com › stores › roxberry-juic...



# Roxberry Juice Co. | Salt Lake City

**Roxberry** is a Utah-based company serving fresh juice smoothies and yogurt. City Creek Center is its first downtown Salt Lake City location. Read more


getroxberry.com
https://www.getroxberry.com

## Roxberry

We use entirely natural ingredients to make the fun stuff: delicious, nutrient-rich drinks and snacks that kids love and parents can encourage. Read more


Instagram · roxberryjuiceco
14.4K+ followers

## Roxberry Juice Company (@roxberryjuiceco)

Smoothies · Fresh Juices · Açaí Bowls · Bites · Some days just need something sweet Meet our Flavor of the Week: Simply Peach 🍑 Made with peach juice, ... Read more

## Videos

From smoothies to bites, stop by Roxberry and make your day ...
Instagram · **Roxberry Juice Company**
1 month ago

Proof that good things don't last forever… unless you savor ...
Instagram · **Roxberry Juice Company**
1 month ago

If Friday had a flavor… it would be this Fresh fruit. Real ...
Instagram · **Roxberry Juice Company**
1 month ago

View all >    Feedback


Facebook · Roxberry Juice Co.
13.9K+ followers

## Roxberry Juice Co. (@roxberryjuice)

Some days just need something sweet Meet our Flavor of the Week: Simply Peach 🍑 Made with peach juice, peaches, mango & strawberries for a light, fruity and ... Read more

## Sponsored result


Roxberry Juice Co.
https://www.roxberryjuice.com

2/10/26, 11:06 AM

Case 2:26-cv-00126-JNP-JCB

Document 17-5

roxberry - Google Search

Filed 03/20/26

PageID.533

Page 8 of 8

## Roxberry Juice Co

Juice · 47 East 5900 South · Open · Closes 9 PM

Phone +1 801-261-9606 · Restaurant · Dessert · Breakfast · Dessert ...

Fresh Juices — Smoothies Blended To Order, Every Single Time. The Best Quality Smoothies, Bowls, And...

🌐 Website     ➡ Directions     📞 Call us

Hide sponsored result    ⌃

## People also search for

| Roxberry **menu** 🔍 | Roxberry **hours** 🔍 |
|---|---|
| Roxberry **near me** 🔍 | Roxberry **locations** 🔍 |
| Roxberry **recipes** 🔍 | Roxberry **St george** 🔍 |
| Roxberry **smoothie recipes** 🔍 | Roxberry **calories** 🔍 |



Gooooooooooogle ›

1  2  3  4  5  6  7  8  9  10    Next

⬤ **Salt Lake City, Utah -** From your IP address - Update location

Help     Send feedback     Privacy     Terms