# EXHIBIT G
# TO
# DECLARATION OF BRAD DAVIS
# IN SUPPORT OF MOTION FOR
# PRELIMINARY INJUNCTION

_____

## ConsumerInquiry
## Davina M. Morris
## (Redacted)

01/21/2026 4:48 PM

  

**Roxberry Webs...** 4:48 PM

to braden, me ˅

Form Response Notification

You've received the following form submission from the Contact Us form on the Header/Footer of your website – https://www.roxberryjuice.com.
**Name:** Davina M Morris
**Email:** davinamorris█████████
**Message:** I like your soda for kids. Its a healthier alternative. Thank you
Do you have coupons please

Reply to customer