# EXHIBIT A
# TO
# DECLARATION OF PHIL CASE
# IN SUPPORT OF MOTION FOR
# PRELIMINARY INJUNCTION

**Roxberry Digital Footprint Analysis**

# Roxberry Digital Footprint Analysis

Conducted by Max Connect Digital

February-March 2026



## Conventions and Methodologies

Green = Roxberry Juice Co.

Company: Roxberry Licensing, LLC est. 2008, Utah
Website: roxberryjuice.com

**Red = Roxberry Naturals, Inc.**

Company: Roxberry Naturals, Inc.  est. 2022, Ohio
Website: getroxberry.com

Analysis conducted using Google Search, Google AI
Mode, ChatGPT, Grok, Ahrefs SEO analytics, social media
platform research, and Google Trends data



MAX CONNECT
DIGITAL

# Google Search (AI Mode) – Search term "Roxberry" (March 6, 2026)



Google's AI Mode – search term "Roxberry" Search conducted from **Utah**, March 6, 2026.

Describes **Roxberry Juice Co., locations in Utah and Idaho**

and its menu offerings ...

[includes a new menu offering]

"Kids' Beverages:  A recently introduced better-for-you soda line called **Roxberry Fizz For Kids**, featuring natural ingredients and only 5g of sugar per can."

Citation: www.getroxberry.com
(Roxberry Naturals' website)

**Finding:  Google's AI Mode presents Roxberry Naturals' "Fizz for Kids" as a menu item of Roxberry Juice Co. — citing www.getroxberry.com as the source for what it describes as Roxberry Juice Co.'s product offerings.**

3



# Grok 4.2 Expert Mode - Search term "Roxberry" (Mar 12, 2026)

A consumer reading this response would believe that Roxberry Juice Co.'s stores sell Roxberry Naturals' fizzy beverages.

**Finding**: Grok 4.2 Expert Mode presents **Roxberry Juice Co.** and **Roxberry Naturals** as the **'Same brand family'** in a single continuous response — providing **Roxberry Juice Co.**'s physical store address in Provo, Utah alongside a description of **Roxberry Naturals' canned soda products**, and citing both **roxberryjuice.com** and **getroxberry.com** as sources.



MAX CONNECT
DIGITAL

## ChatGPT Search: "what is roxberry Juice"   (Search conducted March 3, 2026)

**ChatGPT** 5.2 Thinking ›

ChatGPT processed query for 7 seconds – indicating substantive analysis, not a cached result

what is roxberry juice

Thought for 7s ›

Roxberry Juice (often branded **Roxberry Juice Co.**) is a **Utah-based smoothie and fresh-pressed juice shop** that sells made-to-order **smoothies, açaí/fruit bowls, fresh juices, bites, and cleanses**, with locations listed in **Utah and Idaho.**  Roxberry Juice Co. +2

They position the brand around "real fruit and real vegetables" (i.e., not relying on syrups/powders), and they also offer franchising.  Roxberry Juice Co. +1

**Important note on the name:** the canned "kids" product you may have seen—**Roxberry (fizz for kids)**—appears to be a **separate consumer packaged beverage brand/site** (different domain and positioning) from Roxberry Juice Co.  Roxberry +1

Sources

| AI Platform | Search Response | Date |
|---|---|---|
| Google AI mode | Silent brand conflation - *4th menu item "Fizz for Kids"* | 3/6/26 |
| Grok 4.2 | Explicit brand conflation "same brand family" | 3/12/26 |
| Chat GPT 5.2 | Explicit warning "important note,,, different domain" | 3/3/26 |

**Findings:**

3 leading AI platforms using *different training data, algorithms, and architectures*

all reach the *same conclusion*: the two "Roxberry" brands are indistinguishable

bad to worse to worst:

1st\ AI gets it wrong silently

2nd gets it wrong explicitly

3rd AI recognizes the problem is so bad it must warn the consumer



# Google Search Engine Results Page Rankings – Outside Utah (Ohio)

1st = getroxberry.com

2nd = roxberryjuice.com

3rd = roxberryjuice.com

4th = getroxberry.com

5th = roxberryjuice.com

## Google's Knowledge Panel – Brand Conflation

**Roxberry Juice**
Company
**Roxberry**
Offers sparkling canned beverages for children

**Google Knowledge Panel** – the authoritative information box that consumers treat as verified — presents **'Roxberry Juice Company'** alongside 'Roxberry — Offers sparkling canned beverages for children,' conflating the two companies into a *single brand identity*. This is the most authoritative and damaging form of search confusion possible

## Findings:

*Outside Utah, Roxberry Naturals outranks Roxberry Juice Co. for the search term 'Roxberry.' Consumers in Roxberry Juice Co.'s expansion markets — Arizona, Nevada, Idaho, and Florida — are more likely to encounter Roxberry Naturals first when searching for 'Roxberry.' Search conducted from Ohio on March 3, 2026.*

Roxberry Juice Co. is actively marketing franchise opportunities in Arizona, Nevada, Idaho and Florida. A prospective franchisee in any of these states who searches for 'Roxberry' will find Roxberry Naturals first — and may conclude that the brand name is already taken.



MAX CONNECT DIGITAL

# Amazon marketplace - search terms 'roxberry' and 'roxberry juice'

**Amazon.com**

world's largest e-commerce marketplace

searches conducted March 4, 2026 for "**roxberry**"  and "**roxberry juice**"

return exclusively

**Roxberry Naturals'** products

with *sponsored* ad placement above high-ranking search results

## Findings:

A consumer searching Amazon for '**roxberry**' or '**roxberry juice**' — **Roxberry Juice Co.'s exact trade name** since 2008 — finds only **Roxberry Naturals'** canned soda.

As **Roxberry Juice Co.**, actively pursues retail and e-commerce expansion, **Roxberry Naturals** has already effectively claimed the 'roxberry juice' brand name in this channel.



MAX CONNECT
DIGITAL

# SEO Analysis — Quantitative Digital Footprint

**Analysis shows that, over the years, Roxberry Juice Co.** has built a digital footprint that is:

**500 times larger** than **Roxberry Naturals** by *keyword count*



**5.7 times stronger** than **Roxberry Naturals** by *domain rating*



**7+ times more referenced** than **Roxberry Naturals** by *backlinks*



**Findings:**

Despite this massive disparity, **Roxberry Naturals** now appears prominently in Roxberry Juice Co.'s search results.



MAX CONNECT
DIGITAL

# SEO Analysis — Parasitic Search Visibility



**Brand Keyword Overlap**

1) roxberry

2) roxberry juice

3) roxberry juice menu

4) roxberry menu

**Roxberry Juice** ranks #1 for all 4 terms.

Both **Roxberry Juice** brands and **Roxberry Naturals** brands appear in the same results

Users searching for the brand encounter both simultaneously.

**Findings:**

Roxberry Naturals' visibility is entirely dependent on the word "Roxberry," not on any independent product category presence.

Roxberry Naturals does not rank for "smoothies near me," "juice near me," or "kids soda"
It only ranks because it uses the word ROXBERRY



MAX CONNECT
DIGITAL

# SEO Analysis — Media Amplification

**Roxberry Juice Co.** has 679 backlinks from 269 referring domains about 7X more than **Roxberry Naturals** 95 backlinks from 28 referring domains

Despite this disparity, the commercially generated editorial backlinks from Yahoo, Fast Company, and PR Newswire carry disproportionate algorithmic weight because of the high domain authority of these sources. A single backlink from Yahoo carries more algorithmic weight than dozens of backlinks from local directories.

**Roxberry Naturals'** Walmart announcement was made less than two months after its 'ROXBERRY' word mark application was abandoned following the USPTO's likelihood-of-confusion refusal.

Editorial links to getroxberry.com generated by Roxberry Naturals' January 13, 2026 announcement of nationwide expansion into 2,200 Walmart

**GetRoxberry.com** 🔗

| Source | Backlink Source | Type | Impact |
|---|---|---|---|
| **yahoo!** | Press Announcement → GetRoxberry.com 🔗 ⟶ | Major News Portal | • Massive Audience Reach<br>• High Domain Authority |
| **PR Newswire** | Press Announcement → GetRoxberry.com 🔗 ⟶ | Press Release Distribution | • National Media Distribution<br>• Generates Secondary Coverage |
| **FAST COMPANY** | Press Announcement → GetRoxberry.com 🔗 ⟶ | National Business Publication | • High Credibility<br>• Reaches Decision-Makers & Investors |
| **TrendHunter** | Press Announcement → GetRoxberry.com 🔗 ⟶ | Trend/Innovation Publication | • Early Adopter Audience<br>• Influencer Engagement |

🔗 **Result:** High-Authority Media Coverage Driving Traffic & Credibility to **GetRoxberry.com**

Each editorial mention of '**Roxberry Naturals**' in national media deepens the algorithmic link between the two brands, making it progressively harder and more expensive for **Roxberry Juice Co.** to reclaim its distinct digital identity."



**MAX CONNECT DIGITAL**

# Social Media Influencers



Tennessee

Brie || Toddler Mama    2024-11-06

Making the switch to healthier choices for my kids with Roxberry! Full of real fruits and veggies, it's a delicious way to fuel their day with the good stuff. 🌱 🍓 #HealthyKids #BetterChoices #RoxberryRefresh #drink #toddler #toddlersoftiktok #health #healthyliving #healthylifestyle #nutrition #wellness #roxberry #roxberryjuice #fizz #fruit #veggies #kidsoftiktok #kidfriendly

*(enlarged verbatim text overlay)*



*(enlarged photo portion)*

**Findings:**

TikTok post is consistent with paid influencer engagement based on profile, content, tone, product placement and hashtag structure

Influencer used #roxberry and #roxberryjuice (**Roxberry Juice Co.'s** established hashtags) but did NOT use #getroxberry (Roxberry Naturals' own brand identifier). Even when promoting Roxberry Naturals' products, the influencer defaulted to Roxberry Juice Co.'s brand language.

MAX CONNECT DIGITAL