**EXHIBIT A**
**TO**
**DECLARATION OF CRAIG ROMNEY**
**IN SUPPORT OF MOTION FOR**
**PRELIMINARY INJUNCTION**

—————————————————

**Walmart MSN Advertisement Screenshot**
**and Craig Romney Email to Brad Davis**
**(February 25, 2026)**

**Walmart advertisement using the brand name "Roxberry" to promote Fruit & Veggie Fizz for Kids**

| | |
|---|---|
| **From:** | CRAIG ROMNEY |
| **To:** | Brad Davis |
| **Subject:** | Re: Roxberry Add |
| **Date:** | Wednesday, February 25, 2026 10:35:36 AM |
| **Attachments:** | IMG_4812.png |

I saw the ad on MSN.com and yes I thought it was a Roxberry Juice ad.



Craig
801-██████