**EXHIBIT B**
**TO**
**DECLARATION OF CRAIG ROMNEY**
**IN SUPPORT OF MOTION FOR**
**PRELIMINARY INJUNCTION**

**Craig Romney Follow-Up Email to Brad Davis**
**(February 27, 2026)**

**From:** CRAIG ROMNEY <jcromney@msn.com>
**Sent:** Friday, February 27, 2026 11:08 AM
**To:** Brad Davis <brad@roxberryjuice.com>
**Subject:** Roxberry Retail Add?

Brad I wanted to take a moment to recap my experience when I saw the Roxberry Fruit & Veggie Fizz ad from Walmart.  I was browsing MSN news on my phone, and this ad from Walmart came up with the Roxberry name on it and a picture of the product.  Since I have been helping you determine what would be the best product and avenue to get the Roxberry name in the retail market arena, this caught my attention and caused immediate confusion and question.  My understanding is that you own the rights to the Roxberry name and in my mind this company and advertisement is ultimately a determent to the image, customer perception, and market positioning of Roxberry particularly since they use similar color and ad formatting.

For purposes of creditability, my career was in the foodservice distribution industry in business development, product sourcing, customer consulting, and distribution contracting.  I worked for a few national foodservice distribution companies.  Since my retirement I have been in a supply chain advisement role and am currently advising Roxberry Juice Co.

Craig Romney
801-