**EXHIBIT C**
**TO**
**DECLARATION OF CRAIG ROMNEY**
**IN SUPPORT OF MOTION FOR**
**PRELIMINARY INJUNCTION**

---

**Side-By-Side Comparison of Roxberry Marketing**

**SIDE-BY-SIDE COMPARISON OF ROXBERRY MARKETING**

Comparison of Roxberry Juice Co. marketing & advertisement of later company's "Roxberry" drink  (Roxberry Naturals')

| **Roxberry Juice Co. Marketing** | **Ad for later company's "Roxberry" beverage** |
|---|---|
|  |  |
| Uses **ROXBERRY** brand for fruit beverages | Uses **ROXBERRY** brand for fruit-based soda |
| Uses hashtags **#superfood** and **#kidfriendly** | Advertises **"Roxberry Low Sugar Soda for Kids"** |
| Markets nutritious beverage products for children and families | Markets nutritious beverage products for children and families |