**EXHIBIT D**
**TO**
**DECLARATION OF CRAIG ROMNEY**
**IN SUPPORT OF PLAINTIFF'S MOTION**
**FOR PRELIMINARY INJUNCTION**

---

**Examples of Franchise Restaurant Brands**
**Expanding Into Retail Consumer Channels**
**(Chick-fil-A, Jamba Juice)**

These examples illustrate how franchise restaurant brands extend into consumer retail channels—including Walmart and Amazon—where consumers encounter the same branding across storefront and retail environments.

**Examples of Franchise Restaurant Brands Expanding Into Retail Consumer Channels (Including Walmart and Amazon)**

**Franchise Restaurant Brand**

 expansio

**Retail Product / Channel Presence**

**consumers encounter the same branding across storefront and retail environments**





**Example 1: expansion of Chick-fil-A franchise brand to Walmart retail channel (as encountered in local Walmart stores)**







**Example 2: expansion of Jamba franchise brand to Amazon retail channel (as purchased through online retail channels by local consumers)**