**EXHIBIT E**
**TO**
**DECLARATION OF CRAIG ROMNEY**
**IN SUPPORT OF PLAINTIFF'S MOTION**
**FOR PRELIMINARY INJUNCTION**

---

**Photograph of Roxberry-Branded Prototype Freezer Pop**
**("Roxypop")**



**Photograph of Roxberry-Branded Prototype Freezer Pop**