Thomas D. Briscoe (16788)
Stephen Mouritsen (16523)
Chad Pehrson (12622)
**KNH LLP**
50 W. Broadway 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
tbriscoe@knh.law
smouritsen@knh.law
cpehrson@knh.law

*Attorneys for Plaintiff and*
*Counter-Defendant*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROXBERRY LICENSING, LLC, a Utah limited liability company, | **NOTICE OF ACKNOWLEDGMENT OF STANDING ORDER IN CIVIL CASES** |
| Plaintiff and Counter-Defendant, | Case No.   2:26-cv-00126-JNP-JCB |
| v. | Judge Jill N. Parrish |
| ROXBERRY NATURALS, INC., a Delaware corporation, | Magistrate Judge Jared C. Bennett |
| Defendant and Counter-Claimant. | |

Plaintiff Roxberry Licensing, LLC, by and through undersigned counsel, hereby acknowledges the Court's Standing Order in Civil Cases (Dkt. 11), filed March 17, 2026.

Undersigned counsel certifies that counsel has reviewed the Standing Order in its entirety and will comply with its requirements, including:

- filing a single motion to dismiss or for summary judgment absent leave of Court;

1

- consolidating filings where appropriate;

- providing required courtesy copies and exhibit binders;

- conferring with opposing counsel before seeking extensions, overlength briefing, or leave to file a surreply, and disclosing such efforts;

- and complying with all applicable deadlines and procedural requirements set forth in the Standing Order.

DATED this 24th day of March 2026.

Respectfully submitted,

**KNH LLP**

*/s/Thomas D. Briscoe*
Thomas D. Briscoe
Stephen Mouritsen
Chad Pehrson

*Attorneys for Plaintiff*
*and Counter-Defendant*
*Roxberry Licensing, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2026, I caused to be filed a true and correct copy of the foregoing **NOTICE OF ACKNOWLEDGMENT OF STANDING ORDER IN CIVIL CASES** via the Court's CM/ECF system, which also effectuated service on all counsel of record. The following have been served via electronic mail as follows:

Aaron T. Brogdon abrogdon@fbtgibbons.com

Samantha M. Quimby squimby@fbtgibbons.com

Vance V. VanDrake vvandrake@fbtgibbons.com

*/s/Thoms D. Briscoe*