## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

ROXBERRY LICENSING, LLC,

     Plaintiff and Counter-Defendant,

vs.

ROXBERRY NATURALS, INC.,

     Defendant and Counter-Claimant.

CASE NO. 2:26-CV-00126-JNP

Judge Jill N. Parrish

---

## NOTICE OF ACKNOWLEDGEMENT OF STANDING ORDER IN CIVIL CASES

---

Plaintiff Roxberry Licensing, LLC, by and through its undersigned counsel, hereby acknowledges the Court's Standing Order in Civil Cases (Dkt. 11), filed March 17, 2026. In connection with this notice of acknowledgement, undersigned counsel certifies that counsel has reviewed the Standing Order in its entirety and will comply with its requirements, including:

- the filing of a single motion to dismiss or for summary judgment absent leave of Court;

- consolidation of filings where appropriate;

- providing required courtesy copies and exhibit binders;

- conferring with opposing counsel before seeking extensions, overlength briefing, or leave to file a surreply, and disclosing such efforts; and

- complying with all applicable deadlines and procedural requirements set forth in the Standing Order.

Respectfully submitted,

*/s/ Aaron T. Brogdon*
Aaron T. Brogdon (009796)
FBT Gibbons LLP
10 W. Broad St., Ste 2300
Columbus, Ohio 43215

Phone: 614-559-7262
Email: abrogdon@fbtgibbons.com

*Attorneys for Defendant and Counter-Claimant
Roxberry Naturals, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was filed via ECF and thereby served automatically on all counsel of record this 24th day of March, 2026.

*/s/ Aaron T. Brogdon*
Aaron T. Brogdon (009796)