Thomas D. Briscoe (16788)
Stephen Mouritsen (16523)
Chad Pehrson (12622)
**KNH LLP**
50 W. Broadway 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
tbriscoe@knh.law
smouritsen@knh.law
cpehrson@knh.law

*Attorneys for Plaintiff and*
*Counter-Defendant*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROXBERRY LICENSING, LLC, a Utah limited liability company,<br><br>      Plaintiff and Counter-Defendant,<br><br>   v.<br><br>ROXBERRY NATURALS, INC., a Delaware corporation,<br><br>      Defendant and Counter-Claimant. | **STIPULATION TO FILE FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, DECEPTIVE TRADE PRACTICES, AND CANCELLATION OF TRADEMARK REGISTRATION**<br><br>Case No.   2:26-cv-00126-JNP-JCB<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

The parties, through their respective counsel, hereby stipulate and agree as follows:

1.      Plaintiff Roxberry Licensing, LLC may file the attached First Amended Complaint (**Exhibit 1**) as the operative pleading in this action.

2.      Defendant Roxberry Naturals, Inc. shall have **twenty-one (21) days** from the date of filing of the First Amended Complaint to answer or otherwise respond and shall have until on

1

or before April 10, 2026, to file a response to Plaintiff's Motion for Preliminary Injunction [Dkt. 16].

3.      Defendant's existing Counterclaim [Dkt. 9] shall remain in full force and effect and need not be re-filed.

4.      This stipulation does not constitute a waiver of any party's claims, defenses, or objections, all of which are expressly preserved.

**IT IS SO STIPULATED.**

DATED this 1st day of April 2026.

**KNH LLP**

*/s/Thomas D. Briscoe*
Thomas D. Briscoe
Stephen Mouritsen
Chad Pehrson

*Attorneys for Plaintiff and*
*Counter-Defendant*
*Roxberry Licensing, LLC*

**FBT Gibbons LLP**

*/s/Aaron T. Brogdon\**
Aaron T. Brogdon

*Attorneys for Defendant and*
*Counter-Claimant*
*Roxberry Naturals, Inc.*

*(\*Signed with permission via email dated 04/01/2026)*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2026, I caused to be filed a true and correct copy of the foregoing **STIPULATION TO FILE FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, DECEPTIVE TRADE PRACTICES, AND CANCELLATION OF TRADEMARK REGISTRATION** via the Court's CM/ECF system, which also effectuated service on all counsel of record:

Aaron T. Brogdon — abrogdon@fbtgibbons.com

*/s/Thomas D. Briscoe*