Thomas D. Briscoe (16788)
Stephen Mouritsen (16523)
Chad Pehrson (12622)
**KNH LLP**
50 W. Broadway 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
tbriscoe@knh.law
smouritsen@knh.law
cpehrson@knh.law

*Attorneys for Plaintiff and*
*Counter-Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROXBERRY LICENSING, LLC, a Utah limited liability company,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>ROXBERRY NATURALS, INC., a Delaware corporation,<br><br>Defendant and Counter-Claimant. | **FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, DECEPTIVE TRADE PRACTICES, AND CANCELLATION OF TRADEMARK REGISTRATION**<br><br>Case No.  2:26-cv-00126-JNP-JCB<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

Plaintiff Roxberry Licensing, LLC **("Plaintiff"** or **"Roxberry Juice Co."),** by and through its undersigned counsel, brings this Complaint against Defendant Roxberry Naturals, Inc. **("Defendant"** or **"Roxberry Naturals"),** and alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for federal trademark infringement, including reverse confusion,

1

under Section 32 of the Lanham Act, 15 U.S.C. § 1114; federal unfair competition and false designation of origin under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); common law trademark infringement; unfair competition under the Utah Unfair Competition Act, Utah Code Ann. § 13-5a-101 *et seq.;* deceptive trade practices under the Utah Truth in Advertising Act, Utah Code Ann. § 13-1la-1 *et seq.;* and cancellation of Defendant's federal trademark registration. Plaintiff also seeks injunctive relief, damages, and all other relief to which it may be entitled.

2.      Plaintiff Roxberry Licensing, LLC is the owner and licensor of the ROXBERRY mark, which has been used continuously in United States commerce since at least March 2008 in connection with smoothies, fresh-pressed juices, açai bowls, and related healthy food and beverage products. Plaintiff owns a federal trademark registration for its ROXBERRY JUICE CO. design mark, U.S. Trademark Registration No. 5,495,492 registered on the Principal Register of the United States Patent and Trademark Office ("**USPTO**").

3.      Defendant Roxberry Naturals, Inc. is a Delaware corporation that began marketing and selling carbonated beverages under the virtually identical mark "ROXBERRY" in or about September 2024-more than sixteen (16) years after Plaintiffs first use in commerce. Defendant's infringement is not merely accidental; it is willful and deliberate. Despite actual knowledge of Plaintiffs prior rights, including a USPTO Office Action refusing registration of Defendant's "ROXBERRY" word mark based on a likelihood of confusion with Plaintiffs registration, Defendant has aggressively expanded its use of the infringing mark into more than 2,200 Walmart stores across all 50 states, 450 Kroger locations, 273 Meijer locations, and 262 Harris Teeter locations as of January 2026.

4.  Defendant's unauthorized and infringing use of the ROXBERRY mark is causing and will continue to cause irreparable harm to Plaintiff through likelihood of confusion, loss of goodwill, and damage to Plaintiffs business and reputation, warranting immediate injunctive and monetary relief. Defendant's overwhelming nationwide market presence — spanning more than 3,000 retail locations across all 50 states, backed by the resources of a $200 million beverage enterprise — has created a classic reverse confusion dynamic in which consumers, commercial actors, and digital platforms now mistakenly believe that Plaintiff, the senior user of the ROXBERRY mark since 2008, is affiliated with, subordinate to, or derived from Defendant, the junior user. Rather than diverting Plaintiff's customers, Defendant's saturation of the market is erasing Plaintiff's brand identity: the goodwill Plaintiff built over nearly two decades now flows backward, and Plaintiff is losing the ability to control, license, or expand its own name. This reverse confusion is the hallmark injury recognized by the Tenth Circuit in *Big O Tire Dealers, Inc. v. Goodyear Tire & Rubber Co.*, 561 F.2d 1365, 1372 (10th Cir. 1977), where the court held that it "would be anomalous to foreclose a remedy to a senior user against a junior user who has overwhelmed the senior user's mark through massive advertising."

## **PARTIES**

5.  Plaintiff Roxberry Licensing, LLC is a Utah limited liability company with its principal place of business at 10975 S. State Street, Sandy, Utah 84070. Plaintiff is the owner and licensor of the ROXBERRY brand and related trademarks, and operates and franchises Roxberry Juice Co. retail locations offering smoothies, fresh-pressed juices, açai bowls, and related healthy food and beverage products.

6.  Defendant Roxberry Naturals, Inc. is a corporation organized and existing under

the laws of the State of Delaware, with its principal place of business at 1753 Upper Chelsea Road, Columbus, Ohio 43212. Defendant was incorporated in 2022 and is engaged in the manufacture, marketing, distribution, and sale of carbonated beverages under the "ROXBERRY" name, including products branded as "Roxberry Fizz for Kids."

7.      Upon information and belief, Defendant's co-founders and principals include Andy Sauer (President), Lauren Sauer, and Dan Haugen (Co-Founder and COO). Upon information and belief, Andy Sauer is also the CEO of Garage Beer, a beverage company valued at approximately $200 million.

## JURISDICTION AND VENUE

8.      This Court has subject matter jurisdiction over Plaintiffs federal trademark claims pursuant to 28 U.S.C. §§ 1331 and 1338(a), as this action arises under the Trademark Act of 1946 (the Lanham Act), 15 U.S.C. § 1051 *et seq.*

9.      This Court has supplemental jurisdiction over Plaintiffs state law claims pursuant to 28 U.S.C. § 1367, as those claims are so related to the federal claims as to form part of the same case or controversy.

10.      This Court has personal jurisdiction over Defendant because Defendant has purposefully directed its activities toward the State of Utah by selling its products bearing the infringing ROXBERRY mark in Walmart, Kroger, and other retail stores located in Utah; by causing confusion with Plaintiffs ROXBERRY mark among Utah consumers; by advertising and promoting its ROXBERRY-branded products through nationwide internet advertising accessible to and targeting Utah consumers, including sponsored search advertising for the term "ROXBERRY" that appears to consumers in Utah; and by deriving revenue from the sale of

4

infringing products within the State of Utah. Defendant's nationwide distribution and advertising campaign constitutes the transaction of business within this state, and Plaintiffs claims arise from these contacts.  Specifically, Utah consumers' actual confusion (described below) arises directly from these contacts.

11.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c) because a substantial part of the events giving rise to Plaintiffs claims occurred in this District, Plaintiff maintains its principal place of business in this District, Plaintiffs goodwill in the ROXBERRY mark is concentrated in this District, and Defendant's infringing products are sold in retail stores located in this District.

## FACTUAL ALLEGATIONS

12.    Plaintiffs founder, Brad Davis, is an attorney, entrepreneur, and veteran of the juice and restaurant industry with more than two decades of experience building successful food and beverage brands. Davis holds a Doctor of Law degree from Western State College of Law and a degree in International Relations and Affairs from Brigham Young University. Before founding Roxberry, Davis served as a partner and executive at Zuka Juice, a Utah-based smoothie chain he helped grow to 108 stores in eight Western states with more than $50 million in annual sales before Zuka Juice was acquired by Jamba Juice in 1999. Davis subsequently served as General Counsel and Vice President of Development at Rumbi Island Grill, General Counsel at Blendtec, and President of Abundant Brands, a Utah-based restaurant development company that served as a Development Agent for Subway Sandwiches and the largest franchise partner of Costa Vida Mexican Grill.

13.    Drawing on this extensive industry experience and driven by a commitment to

5

providing consumers with healthier beverage options made from real fruits and vegetables-without reliance on artificial syrups, purees, powders, or preservatives-Davis founded Roxberry Juice Co. in Utah in 2008. In March 2008, Davis opened the first Roxberry Juice Co. corporate store at Hunter's Crossing Center in American Fork, Utah, establishing the "first use in commerce" date for the ROXBERRY mark. This founding was documented contemporaneously in a November 4, 2008 article in The Salt Lake Tribune, which reported on Davis's new venture and his prior success in growing the Zuka Juice brand.

14.    Roxberry Juice Co. is a family-owned and family-operated business. Davis's son, Braden Davis, is actively involved in the company's leadership and operations. Each Roxberry franchise location is locally owned and operated, reflecting the company's deep roots in the communities it serves and its commitment to local entrepreneurship.

15.    The Roxberry franchise rapidly expanded from its inception. The first franchised location-the Murray, Utah store at 5291 S. State Street-opened in Fall 2008, followed by the Highland, Utah franchise on November 12, 2008. Since March 2008, Plaintiff and its franchise network have continuously and extensively used the ROXBERRY mark in commerce in connection with smoothies, fresh-pressed juices, açai bowls, and related healthy food and beverage products. Plaintiff has operated over twenty franchise locations across Utah, Idaho, and Virginia. The Virginia location opened in December 2018 as the brand's first East Coast operation, though it subsequently closed during the COVID-19 pandemic. As of the date of this Complaint, Plaintiffs franchise network continues to operate locations across Utah and Idaho.

16.    Through nearly two decades of continuous use, substantial advertising and promotion, sales of millions of units, and the delivery of high-quality products and services,

Plaintiff has developed strong secondary meaning, significant goodwill, and widespread consumer recognition in the ROXBERRY mark, particularly in the States of Utah and Idaho. Roxberry Juice Co. has received multiple "Best of State" awards in Utah for its smoothies, healthy food, and fruit bowls, further attesting to the brand's strong consumer recognition and reputation for quality.

17.    In or about 2017, Plaintiff applied to register its ROXBERRY JUICE CO. design mark with the USPTO. The mark was subsequently registered on the Principal Register as Registration No. 5,495,492.

18.    Plaintiffs federal registration covers goods and services including smoothies, fresh-pressed juices, açai bowls, and related healthy food and beverage products. The registration is valid and subsisting. A true and correct copy of the registration certificate is attached hereto as **Exhibit A.**

19.    The dominant and distinctive portion of Plaintiffs Registered Mark is the term ROXBERRY, which consumers use to identify and distinguish Plaintiffs products. By virtue of its federal registration, Plaintiff has nationwide constructive notice of its claim of ownership of the ROXBERRY mark under 15 U.S.C. § 1072, and its registration constitutes prima facie evidence of the validity of the mark and of Plaintiffs exclusive right to use the mark in commerce under 15 U.S.C. § 1115(a).

20.    Roxberry Naturals, Inc. was incorporated in the State of Delaware in 2022. On September 28, 2022, Defendant filed an SEC Form D under Rule 506(b), disclosing that it had raised $550,000 in equity funding. Defendant's SEC filing (CIK No. 0001947383) lists its corporate address as 1753 Upper Chelsea Road, Columbus, Ohio 43212.

21.     Defendant markets and sells carbonated canned beverages under the brand names "ROXBERRY" and "Roxberry Fizz for Kids." Defendant's products include flavors branded as "Galaxy Gulp Citrus," "Ocean Potion Fruit Punch," and "Pink Lava Strawberry Lemonade," sold in 7.5 fl. oz. cans and positioned as healthier alternatives to traditional sodas with purported lower sugar content.

22.     Defendant's claimed first use in commerce of the "ROXBERRY" mark is September 23, 2024-more than sixteen (16) years after Plaintiffs first use in March 2008.

23.     Like Plaintiffs products, Defendant's products are beverages marketed to health-conscious consumers, including families with children. Both parties' products are sold in overlapping and closely related trade channels, including retail stores, online marketplaces, and channels serving health-conscious family consumers. Plaintiff has actively explored expansion into grocery retail channels under the ROXBERRY brand, placing Defendant's products squarely within Plaintiffs zone of natural expansion. Defendant's use of "ROXBERRY" is identical in sight, sound, and commercial impression to Plaintiffs mark. The goods are directly related within the meaning of trademark law-both are consumable fruit-based beverages positioned for health-conscious consumers. The following side-by-side comparison illustrates the similarities:

| Plaintiff | Defendant |
|---|---|



24.    On February 2, 2023, Defendant filed an Intent-to-Use application with the USPTO for a design/logo mark featuring the "ROXBERRY" name in connection with dietary supplemental drinks. The application was published for opposition on December 12, 2023. The one-month opposition period closed on or about January 12, 2024.

25.    On February 6, 2024, the USPTO issued a Notice of Allowance for Defendant's logo mark application, and Defendant filed a Statement of Use on November 20, 2024. The logo/design mark was registered on March 25, 2025.

26.    On November 20, 2024, Defendant separately filed U.S. Trademark Application Serial No. 98/863,067, seeking to register the standard character word mark "ROXBERRY" with the USPTO for dietary supplemental drinks.

27.    On May 21, 2025, the USPTO examining attorney issued an Office Action refusing registration of Defendant's "ROXBERRY" word mark application under Section 2(d) of the Lanham Act, 15 U.S.C. § 1052(d), based on a finding of likelihood of confusion with Plaintiffs existing federal registration (Serial No. 87/470,335). A copy of the USPTO Office Action is attached hereto as **Exhibit B.**

28.    Defendant failed to respond to the Office Action within the required six-month deadline. As a result, Defendant's "ROXBERRY" word mark application was abandoned on November 24, 2025.

29.    The issuance of the Office Action provided Defendant with actual notice and knowledge of Plaintiffs prior trademark rights. Defendant's failure to respond, combined with its continued and expanded use of the ROXBERRY mark thereafter, constitutes evidence of willful infringement and bad faith.

10

30.    Rather than respecting Plaintiffs established rights and the USPTO's formal determination, Defendant did not cease or curtail its use of the ROXBERRY mark. To the contrary, Defendant aggressively and dramatically expanded its distribution and use of the infringing mark in distinct disregard of Plaintiffs rights.

31.    On or about January 13, 2026-less than two months after its "ROXBERRY" word mark application was abandoned following the USPTO's likelihood-of-confusion refusal-Defendant publicly announced a nationwide expansion into 2,200 Walmart stores across all 50 states, positioning its ROXBERRY-branded products in Walmart's "Modem Soda" aisle. This announcement was disseminated through PR Newswire and reported by multiple national trade publications including Fast Company, BevNET, and Prepared Foods. Defendant's decision to dramatically expand its use of the infringing mark immediately after the USPTO told it "no" reflects a deliberate strategy of doubling down on infringement in bad faith.

32.    Upon information and belief, in addition to 2,200 Walmart stores, Defendant's products are also distributed in approximately 450 Kroger locations, 273 Meijer locations, and 262 Harris Teeter locations nationwide.

33.    Defendant's products are also available for purchase online through Amazon.com, Walmart.com, and Defendant's own website at www.getroxberry.com, making them accessible to consumers nationwide, including consumers in Plaintiffs core Utah and Idaho markets.

34.    Defendant operates sponsored search advertising for the term "Roxberry," which causes Defendant's products to appear prominently-and in some cases ahead of Plaintiff-in internet search results for the ROXBERRY name. This practice further exacerbates consumer confusion and diverts Plaintiffs prospective customers.

11

35.     Plaintiff, through its counsel, sent Defendant a cease and desist letter demanding that Defendant cease all use of the ROXBERRY mark. That correspondence is attached hereto as **Exhibit C.** Defendant has failed to respond to or comply with the cease and desist demand, further demonstrating its willful disregard for Plaintiffs trademark rights.

36.     Defendant's infringing activities have caused and continue to cause irreparable harm to Plaintiff, including but not limited to: (a) likelihood of confusion among consumers as to the source, sponsorship, or affiliation of Defendant's products with Plaintiff; (b) actual confusion, as evidenced by consumer inquiries directed to Plaintiff regarding Defendant's products; (c) damage to Plaintiffs goodwill and reputation; (d) impairment of Plaintiffs ability to expand its franchise network, as existing and potential franchisees may question Plaintiffs exclusive rights in the ROXBERRY name; and (e) impairment of Plaintiffs ability to pursue grocery retail products under the ROXBERRY brand, a market that Plaintiff was actively exploring at the time Defendant's infringement was discovered.

37.     Plaintiff has received consumer communications, including through its website contact form at www.roxberryjuice.com, from consumers who have confused Defendant's "Roxberry Fizz for Kids" products with Plaintiffs Roxberry Juice Co. brand, demonstrating actual marketplace confusion.

38.     The harm to Plaintiff is ongoing, substantial, and accelerating with each day that Defendant continues to expand its use of the ROXBERRY mark in nationwide commerce.

**Reverse Confusion**

39.     In addition to traditional forward confusion — where consumers mistakenly believe the junior user's products originate from the senior user — Defendant's conduct has

12

caused and continues to cause reverse confusion, where the junior user's overwhelming market presence causes consumers to mistakenly believe that the senior user's products originate from, are affiliated with, or are subordinate to the junior user. The Tenth Circuit has recognized reverse confusion as a distinct and actionable theory of trademark infringement since *Big O Tire Dealers, Inc. v. Goodyear Tire & Rubber Co.,* 561 F.2d 1365, 1372 (10th Cir. 1977), and has reaffirmed the doctrine in *1-800 Contacts, Inc. v. Lens.com, Inc.,* 722 F.3d 1229 (10th Cir. 2013), and *Australian Gold, Inc. v. Hatfield, 436 F.3d 1228, 1238* (10th Cir. 2006).

40.    The reverse confusion in this case is driven by a stark and growing disparity in market presence. Plaintiff operates approximately 25 franchise locations in Utah and Idaho. Defendant, backed by the resources of its president Andy Sauer's approximately $200 million Garage Beer enterprise, has expanded into more than 3,000 retail locations nationwide — including more than 2,200 Walmart stores across all 50 states, approximately 450 Kroger locations, 273 Meijer locations, and 262 Harris Teeter locations — as well as Amazon.com, Walmart.com, and its own website at www.getroxberry.com. The ratio of Defendant's retail presence to Plaintiff's is approximately 120 to 1. Defendant admits these facts. (Answer ¶¶ 3, 7, 32, 33.)

41.    As a direct result of Defendant's reverse confusion, consumers who encounter Plaintiff's ROXBERRY brand now mistakenly believe that Plaintiff is affiliated with, licensed by, or subordinate to Defendant's national "ROXBERRY" brand. This dynamic has been documented across multiple levels:

a.    **Consumer reverse confusion**. On or about January 21, 2026, a consumer named Davina M. Morris wrote to Plaintiff through its website: "I like your soda for kids.

13

It's a healthier alternative. Thank you. Do you have coupons please." Plaintiff does not sell sodas. This consumer encountered Defendant's mass-market product and attributed it to Plaintiff — believing that the senior user was the source of the junior user's product.

b. **Commercial reverse confusion.** A NASCAR representative contacted a Roxberry franchise partner to inquire about sponsoring a race team — based on the assumption that Plaintiff's franchise was the same company selling Roxberry-branded beverages nationwide through Walmart. This sophisticated commercial actor assumed Plaintiff's local franchise was part of Defendant's national operation — not the other way around.

c. **Professional reverse confusion**. Craig Romney, a supply chain consultant with over forty years of foodservice distribution experience, saw a Walmart advertisement for Defendant's product on the MSN news feed and immediately believed Plaintiff had launched a retail product. Mr. Romney subsequently wrote: "I saw the ad on MSN.com and yes, I thought it was a Roxberry Juice ad." If a sophisticated professional with deep industry knowledge and a direct consulting relationship with Plaintiff can be confused in this manner, the average consumer certainly will be.

d. **Digital and AI reverse confusion.** Major artificial intelligence platforms and search engines now conflate Plaintiff's brand with Defendant's products. Google's AI Mode attributes Defendant's "Roxberry Fizz for Kids" to Plaintiff's brand, presenting it as a menu item of Plaintiff's business and citing Defendant's website (www.getroxberry.com) as the source. Grok merges both companies into a single entity, presenting them as the "same brand family." ChatGPT provides an express warning that

14

the brands "appear to be separate entities" — an acknowledgment that the confusion is so pervasive that the AI itself must flag it. On Amazon, searches for "roxberry" and "roxberry juice" — Plaintiff's exact trade name since 2008 — return exclusively Defendant's products. Paid influencers engaged by Defendant use the hashtag #roxberryjuice — Plaintiff's trade name — in their Instagram posts promoting Defendant's products. This systematic digital conflation is compounding daily as algorithms increasingly associate the ROXBERRY name with Defendant's national retail presence rather than Plaintiff's eighteen-year-old franchise brand.

42.    Defendant's reverse confusion has blocked Plaintiff's planned expansion into grocery retail channels. Plaintiff had been actively developing expansion plans Roxberry-branded retail products — including a freezer pop referred to as the "Roxberry Roxypop," frozen smoothie mixes, and healthy fruit-flavored gummy snacks for kids and families — when Defendant's infringement was discovered. Plaintiff's supply chain consultant, Craig Romney, has advised that retail buyers manage limited shelf space and typically will not stock products from two different companies using the same brand name. Mr. Romney has further advised that "shelf space and brand positions tend to stay in place once they are established" and that "once a retailer allocates shelf space to a particular brand name, that brand identity can remain associated with that product in the retailer's assortment for extended periods of time." Defendant's first-mover occupation of grocery retail shelf space under the ROXBERRY name has effectively blocked Plaintiff from entering those channels under its own name.

43.    The harm from reverse confusion is distinct from the harm caused by traditional forward confusion. In forward confusion, the junior user diverts the senior user's customers. In

15

reverse confusion, the junior user erases the senior user's identity. Plaintiff's nearly two decades of brand building are being inverted: consumers now associate the ROXBERRY name primarily with Defendant's national retail presence, not with Plaintiff's franchise brand. The goodwill flows backward. And Plaintiff loses the ability to control, license, or expand its own name.

44.    Defendant's conduct satisfies the "swamping" prerequisite for reverse confusion recognized in the Tenth Circuit. A "reverse confusion case is proven only if the evidence shows that the junior user was able to swamp the reputation of the senior user with a relatively much larger advertising campaign." J. Thomas McCarthy, MCCARTHY ON TRADEMARKS AND UNFAIR COMPETITION § 23:10 (5th ed.). Defendant's 3,000+ retail locations, $200 million financial backing, nationwide e-commerce presence, sponsored search advertising, and influencer marketing campaigns have created a market presence that overwhelms Plaintiff's 25-store franchise footprint. Unlike cases where the senior user has no presence in the junior user's market, here Defendant's products are sold in Walmart stores located within miles of Plaintiff's franchise locations, in the same geographic markets, to the same health-conscious family consumers, under the identical fanciful mark.

45.    Defendant's reverse confusion is willful. Defendant received the USPTO Office Action refusing its word mark on likelihood-of-confusion grounds in May 2025. (Answer ¶ 27 — admitted.) Defendant abandoned the application in November 2025. (Answer ¶ 28 — admitted.) Defendant received Plaintiff's cease-and-desist letter in January 2026. (Answer ¶ 35 — admitted.) After each of these warnings, Defendant accelerated its nationwide expansion. This pattern of expansion despite explicit notice constitutes, at a minimum, careless and culpable conduct in selecting and continuing to use the allegedly infringing name — the standard for

intent in reverse confusion cases. *See Equitable Nat'l Life Ins. Co. v. AXA Equitable Life Ins. Co.*, 434 F. Supp. 3d 1227, 1248 n.133 (D. Utah 2020) (Shelby, C.J.) (recognizing that in reverse confusion cases, "the appropriate intent inquiry is whether defendant acted carelessly or otherwise culpably in selecting the allegedly infringing name").

46.    The reverse confusion caused by Defendant's conduct is ongoing, compounding, and irreparable. Every day that Defendant's products remain in the market under the ROXBERRY name, the algorithms, consumer perceptions, and retail shelf-space allocations increasingly associate ROXBERRY with Defendant's national brand rather than Plaintiff's senior mark. This harm cannot be adequately remedied by money damages alone.

## COUNT I

### FEDERAL TRADEMARK INFRINGEMENT
*(Violation of 15 U.S.C. § 1114)*

1.    Plaintiff incorporates by reference and re-alleges each and every allegation set forth in the foregoing paragraphs as though fully set forth herein.

2.    Plaintiff is the owner of valid and subsisting U.S. Trademark Registration No. 5,495,492 for the ROXBERRY JUICE CO. design mark, covering fruit and vegetable juice drinks.

3.    Without Plaintiffs consent or authorization, Defendant has used and continues to use in interstate commerce the mark ROXBERRY and variations thereof-which are identical or confusingly similar to Plaintiffs registered ROXBERRY mark-in connection with the advertising, promotion, distribution, and sale of beverages.

4.    Defendant's use of the ROXBERRY mark in connection with beverages is likely to cause confusion, mistake, or deception among consumers as to the source, origin, sponsorship,

17

or affiliation of Defendant's products with Plaintiff, in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114. This confusion includes reverse confusion, in which Defendant's overwhelming nationwide market presence causes consumers to mistakenly believe that Plaintiff's products originate from, are affiliated with, or are subordinate to Defendant, the junior user.

5. Defendant's infringement has been willful and deliberate, as evidenced by: (a) the USPTO's Office Action citing likelihood of confusion with Plaintiffs registration; (b) Defendant's subsequent abandonment of its word mark application; (c) Defendant's continued and expanded use of the ROXBERRY mark despite actual notice of Plaintiffs prior rights; (d) Defendant's aggressive nationwide expansion into 2,200 Walmart stores less than two months after its word mark was abandoned; and (e) Defendant's failure to respond to Plaintiffs cease and desist demand.

6. As a direct and proximate result of Defendant's infringement, Plaintiff has suffered and will continue to suffer irreparable injury to its goodwill and reputation, for which there is no adequate remedy at law.

## COUNT II

**FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN**
*(Violation of 15 U.S.C. § 1125(a))*

7. Plaintiff incorporates by reference and re-alleges each and every allegation set forth in the foregoing paragraphs as though fully set forth herein.

8. Defendant's use of the ROXBERRY mark in connection with the advertising, promotion, distribution, and sale of beverages constitutes a false designation of origin and a false or misleading representation of fact that is likely to cause confusion, mistake, or deception as to

the origin, sponsorship, or approval of Defendant's products, or as to the affiliation, connection, or association of Defendant with Plaintiff, in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). This includes reverse confusion, in which Defendant's massive retail footprint and nationwide marketing presence have drowned out Plaintiff's senior mark, causing the public to believe that Plaintiff is the junior user or is affiliated with or subordinate to Defendant.

9. Defendant's conduct is willful and undertaken in bad faith, with full knowledge of Plaintiffs superior rights in the ROXBERRY mark.

10. As a direct and proximate result of Defendant's unfair competition, Plaintiff has suffered and will continue to suffer irreparable injury to its goodwill and reputation, for which there is no adequate remedy at law.

**COUNT III**

**COMMON LAW TRADEMARK INFRINGEMENT**

11. Plaintiff incorporates by reference and re-alleges each and every allegation set forth in the foregoing paragraphs as though fully set forth herein.

12. Since at least March 2008, Plaintiff has acquired common law trademark rights in the ROXBERRY mark through continuous, extensive, and exclusive use in commerce in connection with smoothies, fresh-pressed juices, açai bowls, and related healthy food and beverage products.

13. Defendant's unauthorized use of the identical ROXBERRY mark in connection with beverages constitutes infringement of Plaintiffs common law trademark rights.

14. Defendant's infringement has been willful and deliberate, and is likely to cause

19

confusion, mistake, or deception among consumers as to the source, origin, sponsorship, or affiliation of Defendant's products with Plaintiff.

15.    As a direct and proximate result of Defendant's common law trademark infringement, Plaintiff has suffered and will continue to suffer irreparable injury, for which there is no adequate remedy at law.

## COUNT IV

### UNFAIR COMPETITION UNDER STATE LAW
*(Utah Unfair Competition Act, Utah Code Ann.§ 13-Sa-101 et seq.)*

16.    Plaintiff incorporates by reference and re-alleges each and every allegation set forth in the foregoing paragraphs as though fully set forth herein.

17.    Defendant's adoption and use of the ROXBERRY mark constitutes intentional business acts or practices that harm the value of Plaintiffs intellectual property, specifically Plaintiffs trademark and trade name rights in the ROXBERRY mark, in violation of the Utah Unfair Competition Act, Utah Code Ann. § 13-5a-101 *et seq.*

18.    Defendant's unfair competition has caused material diminution in the value of Plaintiffs ROXBERRY mark and related intellectual property.

19.    As a direct and proximate result of Defendant's unfair competition, Plaintiff has suffered and will continue to suffer damages.

## COUNT V

### DECEPTIVE TRADE PRACTICES
*(Utah Truth in Advertising Act, Utah Code Ann.§ 13-lla-1 et seq.)*

20.    Plaintiff incorporates by reference and re-alleges each and every allegation set forth in the foregoing paragraphs as though fully set forth herein.

21.     Defendant's use of the ROXBERRY mark in the advertising, promotion, and sale of its beverage products constitutes deceptive trade practices under the Utah Truth in Advertising Act, Utah Code Ann. § 13-1 la-3, including but not limited to: (a) passing off goods as those of another; (b) causing likelihood of confusion or misunderstanding as to the source, sponsorship, approval, or certification of goods; and (c) causing likelihood of confusion or misunderstanding as to affiliation, connection, or association with Plaintiff.

22.     Plaintiff provided Defendant with notice of its alleged violations as required under Utah Code Ann. § 13-1 la-4(5) through its cease and desist letter. Defendant failed to promulgate any correction within ten days of receipt or at any time thereafter.

23.     As a direct and proximate result of Defendant's deceptive trade practices, Plaintiff has suffered and will continue to suffer damages, and is entitled to injunctive relief, actual damages or the statutory amounts (whichever is greater), attorneys' fees, and corrective advertising as provided by statute.

## COUNT VI

### CANCELLATION OF DEFENDANT'S TRADEMARK REGISTRATION
### *(15 U.S.C. § 1119)*

24.     Plaintiff incorporates by reference and re-alleges each and every allegation set forth in the foregoing paragraphs as though fully set forth herein.

25.     Defendant obtained registration of its Roxberry logo/design mark on March 25, 2025. This registration was obtained despite Plaintiffs prior and superior rights in the ROXBERRY mark, which have existed since at least March 2008.

26.     Plaintiffs prior rights in the ROXBERRY mark and the likelihood of confusion between the parties' marks establish that Defendant's registration was improperly granted and

21

should be cancelled.

27.    Under 15 U.S.C. § 1119, this Court has the power to order cancellation of Defendant's trademark registration. Cancellation is warranted because: (a) Plaintiff has priority of use dating to March 2008; (b) the marks are virtually identical in their dominant word element; (c) the goods are directly related (beverages in the health/wellness category); (d) the USPTO itself found likelihood of confusion when it refused Defendant's word mark application; and (e) Defendant's continued use of the mark after the Office Action constitutes bad faith.

28.    Plaintiff requests that the Court order the Director of the USPTO to cancel Defendant's Roxberry logo/design mark registration issued March 25, 2025.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Roxberry Licensing, LLC respectfully requests that this Court enter judgment against Defendant Roxberry Naturals, Inc. as follows:

A.    A preliminary and permanent injunction enjoining Defendant, its officers, directors, agents, employees, attorneys, successors, assigns, affiliates, and all persons acting in concert or participation with Defendant, from: (a) using the mark ROXBERRY or any other mark confusingly similar to Plaintiff's ROXBERRY mark in connection with the advertising, promotion, distribution, sale, or offering for sale of any goods or services; (b) using any trade name, trademark, service mark, domain name, social media identifier, or other designation that is identical or confusingly similar to Plaintiff's ROXBERRY mark; and (c) otherwise unfairly competing with Plaintiff;

B.    An order directing the cancellation of Defendant's Roxberry logo/design mark registration issued by the USPTO on March 25, 2025, pursuant to 15 U.S.C. § 1119;

C.       An order requiring Defendant to file with this Court and serve on Plaintiff, within thirty (30) days of entry of judgment, a report in writing and under oath setting forth in detail the manner and form in which Defendant has complied with the injunction;

D.       An accounting and disgorgement of all profits earned by Defendant attributable to the use of the ROXBERRY mark, pursuant to 15 U.S.C. § 1117(a);

E.       An award of actual damages sustained by Plaintiff as a result of Defendant's infringing and unfair conduct, or the statutory amounts, whichever is greater, as provided under the Utah Truth in Advertising Act;

F.       An order trebling Defendant's profits and/or Plaintiffs damages pursuant to 15 U.S.C. § 1117(a) and (b) based on Defendant's willful infringement;

G.       An award of Plaintiffs reasonable attorneys' fees and costs pursuant to 15 U.S.C. § 1117(a), this being an exceptional case;

H.       An award of prejudgment and post-judgment interest;

I.       An order requiring Defendant to destroy all products, packaging, labels, signs, prints, advertisements, and other materials in Defendant's possession or control bearing the ROXBERRY mark or any confusingly similar mark, pursuant to 15 U.S.C. § 1118;

J.       An order requiring Defendant to transfer to Plaintiff any domain names incorporating the ROXBERRY mark, including but not limited to getroxberry.com;

K.       An award of corrective advertising and digital remediation costs necessary to restore Plaintiff's brand identity, repair algorithmic and AI-platform conflation, and remedy the reverse confusion caused by Defendant's nationwide saturation of the ROXBERRY mark;

L.       Such other and further relief as this Court deems just and proper.

23

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

DATED this 31st day of March 2026.

Respectfully submitted,

**KNH LLP**

*/s/Thomas D Briscoe*
Thomas D. Briscoe
Stephen Mouritsen
Chad Pehrson

*Attorneys for Plaintiff and*
*Counter-Defendant*
*Roxberry Licensing, LLC*

# EXHIBIT A

## to

## First Amended Complaint for Trademark Infringement, Unfair Competition, Deceptive Trade Practices, and Cancellation of Trademark Registration



**Reg. No. 5,495,492**

**Registered Jun. 19, 2018**

**Int. Cl.: 32**

**Trademark**

**Principal Register**

Roxberry Licensing, LLC  (UTAH LIMITED LIABILITY COMPANY)
10822 S. Starburst Circle
Sandy, UTAH 84094

CLASS 32: Fruit and vegetable juice drinks, namely, fruit, vegetable and grass drinks and smoothies; non-alcoholic beverages containing fruit juices; organic smoothies; smoothies containing grains and oats

FIRST USE 1-1-2006; IN COMMERCE 7-1-2006

The mark consists of The stylized word "Roxberry" with a partial fleur de lis next to the "y" and the words "Juice Co." under "Roxberry".

No claim is made to the exclusive right to use the following apart from the mark as shown: "JUICE CO."

SER. NO. 87-470,335, FILED 05-31-2017



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for  maintaining  registrations  are  subject  to  change.  Please  check  the USPTO  website  for  further  information.  With  the  exception  of  renewal  applications  for  registered extensions of protection, you can file the registration maintenance documents referenced above online at** h ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders  who  authorize  e-mail  communication  and  maintain  a  current  e-mail  address  with  the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application  System  (TEAS)  Correspondence  Address  and  Change  of  Owner  Address  Forms available at** http://www.uspto.gov.

# EXHIBIT B

## to

## First Amended Complaint for Trademark Infringement, Unfair Competition, Deceptive Trade Practices, and Cancellation of Trademark Registration

| To: | Samantha M. Quimby(trademarks@fbtlaw.com) |
|---|---|
| **Subject:** | U.S. Trademark Application Serial No. 98863067 - ROXBERRY - - 0773407 |
| **Sent:** | May 21, 2025 07:29:16 PM EDT |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

5495492
4105171
5386808
7560778
4735745
4367713
6037084
7626804
6616018
6654481
5615344
7122890
5980990
screencapture-www-merriam-webster-com-dictionary-roxberry-17478522881221
screencapture-www-whitepages-com-name-Roxbury-17478525976311
screencapture-www-whitepages-com-name-Roxbury-17478526555871
LEXIS Surname_ROXBERRY_98863067_Page_1.jpg
LEXIS Surname_ROXBERRY_98863067_Page_2.jpg
LEXIS Surname_ROXBERRY_98863067_Page_3.jpg
LEXIS Surname_ROXBERRY_98863067_Page_4.jpg
LEXIS Surname_ROXBERRY_98863067_Page_5.jpg
LEXIS Surname_ROXBERRY_98863067_Page_6.jpg

## United States Patent and Trademark Office (USPTO)
### Office Action (Official Letter) About Applicant's Trademark Application

**U.S. Application Serial No.** 98863067

**Mark:** ROXBERRY

**Correspondence Address:**
Samantha M. Quimby
Frost Brown Todd LLP
10 West Broad Street
Suite 2300
Columbus OH 43215
United States

**Applicant:** Roxberry Naturals Inc.

**Reference/Docket No.** 0773407

**Correspondence Email Address:** trademarks@fbtlaw.com

# NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** May 21, 2025

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

## SUMMARY OF ISSUES:

- Section 2(d) refusal - Likelihood of confusion
- Section 2(e)(4) refusal - Primarily merely a surname

## SECTION 2(d) REFUSAL - LIKELIHOOD OF CONFUSION

Registration of the applied-for mark is refused because of a likelihood of confusion with the mark in U.S. Registration No. 5495492. Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.* See the attached registration.

In this case, applicant seeks to register ROXBERRY for "Dietary supplemental drinks; Dietary and nutritional supplements" in International Class 5.  The registered mark is ROXBERRY JUICE CO. and design for "Fruit and vegetable juice drinks, namely, fruit, vegetable and grass drinks and smoothies; non-alcoholic beverages containing fruit juices; organic smoothies; smoothies containing grains and oats" in International Class 32.

Trademark Act Section 2(d) bars registration of an applied-for mark that is so similar to a registered mark that it is likely consumers would be confused, mistaken, or deceived as to the commercial source of the goods and/or services of the parties. *See* 15 U.S.C. §1052(d). Likelihood of confusion is determined on a case-by-case basis by applying the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973) (called the "*du Pont* factors"). *In re i.am.symbolic, llc*, 866 F.3d 1315, 1322, 123 USPQ2d 1744, 1747 (Fed. Cir. 2017). Any evidence of record related to those factors need be considered; however, "not all of the *DuPont* factors are relevant or of similar weight in every case." *In re Guild Mortg. Co.*, 912 F.3d 1376, 1379, 129 USPQ2d 1160, 1162 (Fed. Cir. 2019) (quoting *In re Dixie Rests., Inc.*, 105 F.3d 1405, 1406, 41 USPQ2d 1531, 1533 (Fed. Cir. 1997)).

Although not all *du Pont* factors may be relevant, there are generally two key considerations in any likelihood of confusion analysis: (1) the similarities between the compared marks and (2) the relatedness of the compared goods and/or services. *See In re i.am.symbolic, llc*, 866 F.3d at 1322, 123 USPQ2d at 1747 (quoting *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1164-65, 64 USPQ2d 1375, 1380 (Fed. Cir. 2002)); *Federated Foods, Inc. v. Fort Howard Paper Co.*, 544 F.2d 1098, 1103, 192 USPQ 24, 29 (C.C.P.A. 1976) ("The fundamental inquiry mandated by [Section] 2(d) goes to the cumulative effect of differences in the essential characteristics of the goods [or services] and differences in the marks."); TMEP §1207.01.

<u>*Comparison of the Marks*</u>

In this case, applicant's mark is ROXBERRY (in standard characters).  The registered mark is ROXBERRY JUICE CO. and design.

Applicant's mark creates a similar commercial impression to the registrant's mark because both marks include the term "ROXBERRY."  Marks may be confusingly similar in appearance where similar terms or similar parts of terms appear in the compared marks and create a similar overall commercial impression. *See Crocker Nat'l Bank v. Canadian Imperial Bank of Com.*, 228 USPQ 689, 690-91 (TTAB 1986) (holding COMMCASH and COMMUNICASH confusingly similar), *aff'd sub nom. Canadian Imperial Bank of Com. v. Wells Fargo Bank, N.A.*, 811 F.2d 1490, 1492, 1495, 1 USPQ2d 1813, 1814-15, 1817 (Fed. Cir. 1987); *In re Corning Glass Works*, 229 USPQ 65, 66 (TTAB 1985) (holding CONFIRM and CONFIRMCELLS confusingly similar); *In re Pellerin Milnor Corp.*, 221 USPQ 558, 560 (TTAB 1983) (holding MILTRON and MILLTRONICS confusingly similar); *Sun Elec. Corp. v. Sun Oil Co.*, 196 USPQ 450, 452 (TTAB 1977) (holding SUNELECT and SUN ELECTRIC confusingly similar); *In re BASF Aktiengesellschaft*, 189 USPQ 424, 424 (TTAB 1976) (holding LUTEX and LUTEXAL confusingly similar); TMEP §1207.01(b)(ii)-(iii).

Although marks are compared in their entireties, one feature of a mark may be more significant or dominant in creating a commercial impression. *See In re Detroit Athletic Co.*, 903 F.3d 1297, 1305, 128 USPQ2d 1047, 1050 (Fed. Cir. 2018) (citing *In re Dixie Rests.*, 105 F.3d 1405, 1407, 41 USPQ2d 1531, 1533-34 (Fed. Cir. 1997)); TMEP §1207.01(b)(viii), (c)(ii). Greater weight is often given to this dominant feature when determining whether marks are confusingly similar. *See In re Detroit Athletic Co.*, 903 F.3d at 1305, 128 USPQ2d at 1050 (citing *In re Dixie Rests.*, 105 F.3d at 1407, 41 USPQ2d at 1533-34).

In this case, the term "ROXBERRY" is the dominant part of the registrant's mark for the following reasons.

First, the additional wording in the registrant's mark, "JUICE CO.," is highly descriptive (if not generic) as applied to the registrant's goods and has, therefore, been disclaimed. Disclaimed matter that is descriptive of or generic for a party's goods and/or services is typically less significant or less dominant when comparing marks.  *See In re Detroit Athletic Co.*, 903 F.3d 1297, 1305, 128 USPQ2d 1047, 1050 (Fed. Cir. 2018) (citing *In re Dixie Rests., Inc.*, 105 F.3d 1405, 1407, 41 USPQ2d 1531, 1533-34 (Fed. Cir. 1997)); *Made in Nature, LLC v. Pharmavite LLC*, 2022 USPQ2d 557, at *41 (TTAB 2022); TMEP §1207.01(b)(viii), (c)(ii).

Second, "ROXBERRY" is the first wording in the registrant's mark. Consumers are generally more inclined to focus on and remember the first word, prefix, or syllable in a mark.  *See Palm Bay Imps.,*

*Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1372, 73 USPQ2d 1689, 1692 (Fed. Cir. 2005) (finding similarity between VEUVE ROYALE and two VEUVE CLICQUOT marks in part because "VEUVE . . . remains a 'prominent feature' as the first word in the mark and the first word to appear on the label"); *Century 21 Real Estate Corp. v. Century Life of Am.*, 970 F.2d 874, 876, 23 USPQ2d 1698, 1700 (Fed Cir. 1992) (finding similarity between CENTURY 21 and CENTURY LIFE OF AMERICA in part because "consumers must first notice th[e] identical lead word"); *Sage Therapeutics, Inc. v. SageForth Psych. Servs., LLC*, Opp. No. 91270181, 2024 TTAB LEXIS 139, at *14-15 (2024) (finding similarity between SAGEFORTH and SAGE CENTRAL, in part because the "common 'sage' element" was dominant in both marks" as "the first elements"); TMEP §1207.01(b)(viii).

Third, while the registrant's mark includes a design element, when evaluating a composite mark consisting of words and a design, the word portion is normally accorded greater weight because it is likely to make a greater impression upon purchasers, be remembered by them, and be used by them to refer to or request the goods and/or services. *In re Viterra Inc.*, 671 F.3d 1358, 1362, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012) (quoting *CBS Inc. v. Morrow*, 708 F.2d 1579, 1581-82, 218 USPQ 198, 200 (Fed. Cir. 1983)); *Made in Nature, LLC v. Pharmavite LLC*, 2022 USPQ2d 557, at *41 (TTAB 2022) (quoting *Sabhnani v. Mirage Brands, LLC*, 2021 USPQ2d 1241, at *31 (TTAB 2021)); TMEP §1207.01(c)(ii). Thus, although marks must be compared in their entireties, the word portion is often considered the dominant feature and is accorded greater weight in determining whether marks are confusingly similar, even where the word portion has been disclaimed. *In re Viterra Inc.*, 671 F.3d at 1366-67, 101 USPQ2d at 1911 (citing *Giant Food, Inc. v. Nation's Foodservice, Inc.*, 710 F.2d 1565, 1570-71, 218 USPQ2d 390, 395 (Fed. Cir. 1983)).

Thus, applicant's mark ROXBERRY is identical in sound, connotation, meaning and commercial impression to the dominant element in the registrant's mark, "ROXBERRY." Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression. *In re Charger Ventures LLC*, 64 F.4th 1375, 1380, 2023 USPQ2d 451, at *3 (Fed. Cir. 2023) (citing *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1368, 101 USPQ2d 1713, 1720 (Fed. Cir. 2012); *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1371-72, 73 USPQ2d 1689, 1692 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v). "Similarity in any one of these elements may be sufficient to find the marks confusingly similar." *In re Inn at St. John's, LLC*, 126 USPQ2d 1742, 1746 (TTAB 2018) (citing *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014)), *aff'd per curiam*, 777 F. App'x 516, 2019 BL 343921 (Fed. Cir. 2019); TMEP §1207.01(b).

That applicant's mark merely deletes or omits wording from the registrant's mark does not obviate the confusing similarity between the marks. Although applicant's mark does not contain the entirety of the registered mark, applicant's mark is likely to appear to prospective purchasers as a shortened form of registrant's mark. *See In re Mighty Leaf Tea*, 601 F.3d 1342, 1348, 94 USPQ2d 1257, 1260 (Fed. Cir. 2010) (quoting *United States Shoe Corp.*, 229 USPQ 707, 709 (TTAB 1985)). Thus, merely omitting some of the wording from a registered mark may not overcome a likelihood of confusion. *See In re Mighty Leaf Tea*, 601 F.3d 1342, 94 USPQ2d 1257; *In re Optica Int'l*, 196 USPQ 775, 778 (TTAB 1977); TMEP §1207.01(b)(ii)-(iii). In this case, applicant's mark does not create a distinct commercial impression from the registered mark because it contains some of the wording in the registered mark and does not add any wording that would distinguish it from that mark.

Finally, applicant should note that where the goods and/or services of an applicant and registrant are "similar in kind and/or closely related," as is the case here, the degree of similarity between the marks required to support a finding of likelihood of confusion is not as great as in the case of diverse goods

and/or services. *In re J.M. Originals Inc.*, 6 USPQ2d 1393, 1394 (TTAB 1987); *see Shen Mfg. Co. v. Ritz Hotel Ltd.*, 393 F.3d 1238, 1242, 73 USPQ2d 1350, 1354 (Fed. Cir. 2004); TMEP §1207.01(b).

For all of the foregoing reasons, applicant's mark creates a similar overall commercial impression to the registrant's mark, and confusion is likely.

*Comparison of the Goods*

The compared goods and/or services need not be identical or even competitive to find a likelihood of confusion. *See On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton*, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000); TMEP §1207.01(a)(i). They need only be "related in some manner and/or if the circumstances surrounding their marketing are such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source." *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler*, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i); *see Made in Nature, LLC v. Pharmavite LLC*, 2022 USPQ2d 557, at *44 (TTAB 2022) (quoting *In re Jump Designs LLC*, 80 USPQ2d 1370, 1374 (TTAB 2006)).

Moreover, relatedness need not be established for each and every good or service listed in applicant's identification. It is sufficient for a finding of likelihood of confusion if relatedness is established for any item encompassed by the identification of goods or services in a particular class in the application. *See SquirtCo v. Tomy Corp.*, 697 F.2d 1038, 216 USPQ 937, 938-39 (Fed. Cir. 1983) (holding that a single good from among several may sustain a finding of likelihood of confusion); *Tuxedo Monopoly, Inc. v. Gen. Mills Fun Grp.*, 648 F.2d 1335, 209 USPQ 986, 988 (CCPA 1981) (likelihood of confusion must be found if there is likely to be confusion with respect to any item that comes within the identification of goods in the application); *Double Coin Holdings Ltd. v. Tru Dev.*, 2019 USPQ2d 377409, *6 (TTAB 2019); *In re Aquamar, Inc.*, 115 USPQ2d 1122, 1126, n.5 (TTAB 2015).

In this case, applicant seeks to register its mark for "Dietary supplemental drinks; Dietary and nutritional supplements" in International Class 5. The registrant uses its mark for "Fruit and vegetable juice drinks, namely, fruit, vegetable and grass drinks and smoothies; non-alcoholic beverages containing fruit juices; organic smoothies; smoothies containing grains and oats" in International Class 32.

Applicant's and registrant's goods are substantially related in that they are the types of goods commonly produced and sold by a single entity under the same mark and would be found in the same channels of trade. As such, the goods would be sold to the same class of purchasers and encountered under circumstances leading one to mistakenly believe the goods originate from a common source.

The trademark examining attorney has attached evidence from the USPTO's XSearch database consisting of a number of third-party marks registered for use in connection with the same or similar goods as those of both applicant and registrant in this case. This evidence shows that the goods listed therein, namely dietary supplement drinks, dietary and nutritional supplements, fruit and vegetable drinks and smoothies and/or non-alcoholic beverages containing fruit juices, are of a kind that may emanate from a single source under a single mark. *See In re I-Coat Co.*, 126 USPQ2d 1730, 1737 (TTAB 2018) (citing *In re Infinity Broad. Corp.*, 60 USPQ2d 1214, 1217-18 (TTAB 2001); *In re Albert Trostel & Sons Co.*, 29 USPQ2d 1783, 1785-86 (TTAB 1993); *In re Mucky Duck Mustard Co.*, 6 USPQ2d 1467, 1470 n.6 (TTAB 1988)); TMEP §1207.01(d)(iii).

*See* U.S. Registration Nos. 4105171, 4367713, 4735745, 5386808, 5615344, 5980990, 6037084, 6616018, 6654481, 7122890, 7560778, and 7626804.

Since the marks are similar and the goods are substantially related, there is a likelihood of confusion as to the source of applicant's goods. Accordingly, applicant's mark is refused registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d); TMEP §1207.01 *et seq.* because applicant's mark so resembles the mark in U.S. Registration No. 5495492 as to be likely to cause confusion when used on or in connection with the goods identified in the application.

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.

Applicant should note the following additional ground for refusal.

## SECTION 2(e)(4) REFUSAL - PRIMARILY MERELY A SURNAME

Registration is refused because the applied-for mark is primarily merely a surname. Trademark Act Section 2(e)(4), 15 U.S.C. §1052(e)(4); *see* TMEP §1211.

An applicant's mark is primarily merely a surname if the surname, when viewed in connection with the applicant's recited goods and/or services, "'is the primary significance of the mark as a whole to the purchasing public.'" *Earnhardt v. Kerry Earnhardt, Inc.*, 864 F.3d 1374, 1377, 123 USPQ2d 1411, 1413 (Fed. Cir. 2017) (quoting *In re Hutchinson Tech. Inc.*, 852 F.2d 552, 554, 7 USPQ2d 1490, 1492 (Fed. Cir. 1988)); TMEP §1211.01.

The following five inquiries are often used to determine the public's perception of a term's primary significance:

      (1)      Whether the surname is rare;

      (2)      Whether anyone connected with applicant uses the term as a surname;

      (3)      Whether the term has any recognized meaning other than as a surname;

      (4)      Whether the term has the structure and pronunciation of a surname; and

      (5)      Whether the term is sufficiently stylized to remove its primary significance from that of a surname.

*In re Colors in Optics, Ltd.*, 2020 USPQ2d 53784, at \*1-2 (TTAB 2020) (citing *In re Benthin Mgmt. GmbH*, 37 USPQ2d 1332, 1333-34 (TTAB 1995) for the *Benthin* inquiries); TMEP §1211.01; *see also In re Etablissements Darty et Fils*, 759 F.2d 15, 16-18, 225 USPQ 652, 653 (Fed. Cir. 1985).

These inquiries are not exclusive, and any of these circumstances – singly or in combination – and any other relevant circumstances may be considered when making this determination. *In re Six Continents Ltd.*, 2022 USPQ2d 135, at \*5 (TTAB 2022) (citing *In re tapio GmbH*, 2020 USPQ2d 11387, at \*9 (TTAB 2020); *In re Olin Corp.*, 124 USPQ2d 1327, 1330 (TTAB 2017); *Azeka Bldg. Corp. v. Azeka*, 122 USPQ2d 1477, 1480 (TTAB 2017); *In re Integrated Embedded*, 120 USPQ2d 1504, 1506 n.4

(TTAB 2016)); TMEP §1211.01. For example, when the applied-for mark is not stylized, it is unnecessary to consider the fifth inquiry. *In re Yeley*, 85 USPQ2d 1150, 1151 (TTAB 2007); TMEP §1211.01.

Here, the following factors are most relevant and will be discussed in turn: whether the surname is rare, whether anyone connected with the applicant uses the term as a surname, whether the term has any recognized meaning other than as a surname, whether the term has the structure and pronunciation of a surname, and whether the term is sufficiently stylized.

Applicant has applied to register the mark ROXBERRY for use in connection with "Dietary supplemental drinks; Dietary and nutritional supplements" in Class 5.

### Surname Significance

The evidence attached from the *Lexis+®* surname database establishes that the term ROXBERRY is a surname. *See* attached evidence. In particular, this evidence shows the surname in the applied-for mark appearing over 300 times as a surname in the Lexis+® surname database, which is a weekly updated directory of cell phone and other phone numbers (such as voice over IP) from various data providers. Based on this evidence, the surname ROXBERRY appears to be rare. however, the statute makes no distinction between rare and commonplace surnames and even a rare surname may be unregistrable under Trademark Act Section 2(e)(4) if its primary significance to purchasers is that of a surname. *See In re Etablissements Darty et Fils*, 759 F.2d 15, 16-18, 225 USPQ 652, 653 (Fed. Cir. 1985); *In re Beds & Bars Ltd.*, 122 USPQ2d 1546, 1551 (TTAB 2017); *In re Eximius Coffee, LLC*, 120 USPQ2d 1276, 1281 (TTAB 2016) (citing *In re E. Martinoni Co.*, 189 USPQ 589, 590-91 (TTAB 1975)); TMEP §1211.01(a)(v). There is no minimum amount of evidence needed to establish that a mark is primarily merely a surname. *See In re Etablissements Darty et Fils*, 759 F.2d at 17, 225 USPQ at 653; *In re Beds & Bars Ltd.*, 122 USPQ2d at 1548; TMEP §1211.02(b)(i).

**This factor weighs in favor of finding "ROXBERRY" to be primarily merely a surname.**

### Surname Association with Applicant

A term that is the surname of an individual applicant or that of an officer, founder, owner, or principal of applicant's business is probative evidence of the term's surname significance. TMEP §1211.02(b)(iv); *see, e.g.*, *In re Etablissements Darty et Fils*, 759 F.2d 15, 16, 225 USPQ 652, 653 (Fed. Cir. 1985) (holding DARTY primarily merely a surname where "Darty" was the surname of applicant's corporate president); *In re Eximius Coffee, LLC*, 120 USPQ2d 1276, 1278-80 (TTAB 2016) (holding ALDECOA primarily merely a surname where ALDECOA was the surname of the founder and individuals continuously involved in the business); *In re Integrated Embedded*, 120 USPQ2d 1504, 1507 (TTAB 2016) (holding BARR GROUP primarily merely a surname where BARR was the surname of the co-founder and applicant's corporate officer and GROUP was found "incapable of lending source-identifying significance to the mark"); *Miller v. Miller*, 105 USPQ2d 1615, 1620, 1622-23 (TTAB 2013) (holding MILLER LAW GROUP primarily merely a surname where "Miller" was the surname of the applicant and the term "law group" was found generic).

Here, there is no evidence of record that anyone connected with the Applicant has the ROXBERRY surname. However, the absence of a person connected with the applicant that has this surname is a neutral factor. *See In re Thermo LabSystems Inc.,* 85 USPQ2d 1285, 1287 (TTAB 2007).

**This factor is neutral.**

### Non-Surname Significance

Evidence that a term has no recognized meaning or significance other than as a surname is relevant to determining whether the term would be perceived as primarily merely a surname. *See In re Six Continents Ltd.*, 2022 USPQ2d 135, at *10-11 (TTAB 2022); *In re tapio GmbH*, 2020 USPQ2d 11387, at *11 (TTAB 2020); *In re Weiss Watch Co.*, 123 USPQ2d 1200, 1203 (TTAB 2017); TMEP §1211.02(b)(vi). The attached evidence from *Merriam-Webster* online dictionary shows that "ROXBERRY" does not appear in the dictionary. Thus, this term appears to have no recognized meaning or significance other than as a surname.

**This factor weighs in favor of finding "ROXBERRY" to be primarily merely a surname.**

### Structure and Pronunciation

The structure and pronunciation factor "is decidedly subjective in nature." *In re Benthin Mgmt. GmbH*, 37 USPQ2d 1332, 1333 (TTAB 1995); *see also In re Eximius Coffee*, 120 USPQ2d at 1280 (whether a term has the structure and pronunciation of a surname is a "decidedly subjective" inquiry). In this case, the term ROXBERRY has the structure and pronunciation of a surname. Indeed, it is highly similar to the surname Roxbury, which is not an uncommon surname. *See* attached evidence from WhitePages.com. Evidence that a term has the structure and pronunciation of a surname may contribute to a finding that the primary significance of the term is that of a surname. *In re tapio GmbH*, 2020 USPQ2d 11387, at *12 (TTAB 2020) (citing *In re Giger*, 78 USPQ2d 1405, 1409 (TTAB 2006)); *In re Eximius Coffee, LLC*, 120 USPQ2d 1276, 1280 (TTAB 2016); *see*; TMEP §1211.01(a)(vi).

**This factor weighs in favor of finding "ROXBERRY" to be primarily merely a surname.**

### Stylization of the Mark

Here, the mark is in standard character form, lacking any stylization which would remove its primary significance from that of a surname. Thus, the absence of stylization is a neutral factor in this analysis.

**This factor is neutral.**

Ultimately, based on the inquiries relevant herein, when purchasers encounter applicant's goods using the mark "ROXBERRY," they will immediately understand the primary significance of the mark as that of a surname. Therefore, registration is refused pursuant to Section 2(e)(4) of the Trademark Act.

AMENDMENT TO SUPPLEMENTAL REGISTER SUGGESTED

Although he applied-for mark has been refused registration on the Principal Register, applicant may respond to the refusal by submitting evidence and arguments in support of registration and/or by amending the application to seek registration on the Supplemental Register. *See* 15 U.S.C. §1091(c); 37 C.F.R. §§2.47, 2.75(a); TMEP §§801.02(b), 816. Amending to the Supplemental Register does not preclude applicant from submitting evidence and arguments against the refusal(s). TMEP §816.04.

*Benefits of Supplemental Registration*
Although registration on the Supplemental Register does not afford all the benefits of registration on

the Principal Register, it does provide the following advantages to the registrant:

(1)      Use of the registration symbol ® with the registered mark in connection with the designated goods and/or services, which provides public notice of the registration and potentially deters third parties from using confusingly similar marks.

(2)      Inclusion of the registered mark in the USPTO's database of registered and pending marks, which will (a) make it easier for third parties to find it in trademark search reports, (b) provide public notice of the registration, and thus (c) potentially deter third parties from using confusingly similar marks.

(3)      Use of the registration by a USPTO trademark examining attorney as a bar to registering confusingly similar marks in applications filed by third parties.

(4)      Use of the registration as a basis to bring suit for trademark infringement in federal court, which, although more costly than state court, means judges with more trademark experience, often faster adjudications, and the opportunity to seek an injunction, actual damages, and attorneys' fees and costs.

(5)      Use of the registration as a filing basis for a trademark application for registration in certain foreign countries, in accordance with international treaties.

*See* 15 U.S.C. §§1052(d), 1091(c), 1094; J. Thomas McCarthy, *McCarthy on Trademarks & Unfair Competition* §§19:33, 19:37 (rev. 4th ed. Supp. 2017).

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.

If applicant responds to the above refusal(s), applicant must also respond to the requirement(s) set forth below.

## RESPONSE GUIDELINES

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** File a **response form to this nonfinal Office action** or file a **request form for an extension of time to file a response**.

/Amy Kertgate/
Amy Kertgate
Examining Attorney
LO113--LAW OFFICE 113
(571) 272-1943
amy.kertgate@USPTO.GOV

## RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

**5495492**



| | |
|---|---|
| **Word Mark** | ROXBERRY JUICE CO. |
| **Goods/Services** | IC 032 US 045 048 046<br>Fruit and vegetable juice drinks, namely, fruit, vegetable and grass drinks and smoothies; non-alcoholic beverages containing fruit juices; organic smoothies; smoothies containing grains and oats<br>FIRST USE: 2006-01-01. FIRST USE IN COMMERCE: 2006-07-01. |
| **Register** | PRINCIPAL |
| **Serial Number** | 87470335 |
| **Filing Date** | 2017-05-31T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2018-04-03 |
| **Registration Number** | 5495492 |
| **Date Registered** | 2018-06-19 |
| **Owner** | (REGISTRANT) Roxberry Licensing, LLC (LIMITED LIABILITY COMPANY; UTAH, USA); 10975 South State Street, Sandy, Utah 84070, UNITED STATES |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 050503 |
| **Description of Mark** | • Color is not claimed as a feature of the mark.<br>• The mark consists of The stylized word "Roxberry" with a partial fleur de lis |

next to the "y" and the words "Juice Co." under "Roxberry".

**Disclaimer**          "JUICE CO."

**Live Dead Indicator**  LIVE

**Status**              SECTION 8 & 15-ACCEPTED AND ACKNOWLEDGED

**Attorney of Record**   Kara K Martin


**Print:** May 21, 2025 1:55 PM

**4105171**

# MONAVIE ACTIVE

| | |
|---|---|
| **Word Mark** | MONAVIE ACTIVE |
| **Goods/Services** | IC 005 US 044 051 052 006 046 005 018<br>Dietary and nutritional supplements; Dietary and nutritional supplements containing acai berry [; Nutritional supplements in the form of drinkable gels ]<br>FIRST USE: 2007-11-30. FIRST USE IN COMMERCE: 2007-11-30.<br><br>IC 032 US 045 048 046<br>Fruit juices and fruit drinks; Mixed fruit juice; Non-alcoholic beverages containing fruit juices<br>FIRST USE: 2006-08-31. FIRST USE IN COMMERCE: 2006-08-31. |
| **Register** | PRINCIPAL |
| **Serial Number** | 85357556 |
| **Filing Date** | 2011-06-27T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2011-12-13 |
| **Registration Number** | 4105171 |
| **Date Registered** | 2012-02-28 |
| **Owner** | • (REGISTRANT) MONAVIE LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 10855 S. River Front Parkway, Suite 100, South Jordan, UTAH 84095, UNITED STATES<br>• (LAST LISTED OWNER) JEUNESSE GLOBAL HOLDINGS, LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 701 International Parkway, Lake Mary, FLORIDA 32746, UNITED STATES |
| **Type of Mark** | TRADEMARK |

| | |
|---|---|
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Disclaimer** | "ACTIVE" |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED AND RENEWED |
| **Attorney of Record** | Jeffery M. Lillywhite |

**Print:** May 21, 2025 2:19 PM

**5386808**



| | |
|---|---|
| **Word Mark** | POM |

**Goods/Services**

IC 001 US 001 010 026 006 046 005
Botanical extracts, including pomegranate extracts, for use in the preparation of pharmaceutical products and preparations
FIRST USE: 2007-05-31. FIRST USE IN COMMERCE: 2007-05-31.

IC 005 US 044 051 006 052 046 018
Food, dietary and nutritional supplements, including antioxidant supplements and supplements derived from and containing pomegranate extracts and plant extracts, including powders, liquids, capsules, and pills; nutraceuticals for use as a dietary supplement, including powders, liquids, capsules, and pills; nutritional additives for use in foods, including antioxidant additives and additives derived from and containing pomegranate extracts and plant extracts, including powders, liquids, capsules, and pills
FIRST USE: 2007-05-31. FIRST USE IN COMMERCE: 2007-05-31.

(CANCELLED) IC 029 US 046
[ [ Frozen fruits ] ]
FIRST USE: 2006-06-30. FIRST USE IN COMMERCE: 2006-06-30.

IC 030 US 046
Iced tea and tea-based beverages with fruit flavorings
FIRST USE: 2006-02-01. FIRST USE IN COMMERCE: 2006-03-06.

IC 032 US 045 048 046
Non-alcoholic fruit extracts used in the preparation of beverages; preparations for making fruit drinks; fruit flavored beverages; non-alcoholic beverages containing fruit juices; smoothies
FIRST USE: 2004-06-30. FIRST USE IN COMMERCE: 2004-06-30.

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Serial Number** | 78626155 |
| **Filing Date** | 2005-05-09T00:00:00 |
| **Original Filing Basis** | 1b |

| | |
|---|---|
| **Current Filing Basis** | 1a |
| **Publication Date** | 2009-11-17 |
| **Registration Number** | 5386808 |
| **Date Registered** | 2018-01-23 |
| **Owner** | (REGISTRANT) The Wonderful Company LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 11444 West Olympic Blvd., 10th Floor, Los Angeles, CALIFORNIA 90064, UNITED STATES |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 021101, 270305 |
| **Description of Mark** | • Color is not claimed as a feature of the mark.<br>• The mark contains the word "POM" with a heart design in place of the letter "O". |
| **Live Dead Indicator** | LIVE |
| **Status** | PARTIAL SECTION 8 & 15 ACCEPTED AND ACKNOWLEDGED |
| **Attorney of Record** | Danielle M. Criona, Esq. |

**Print:** May 21, 2025 2:19 PM

**7560778**

BOOSTFUL⁺

| | |
|---|---|
| **Word Mark** | BOOSTFUL |

**Goods/Services**

IC 005 US 044 051 006 046 052 005 018
Dietary supplements; Nutritional supplements; Protein dietary supplements
FIRST USE: 2024-08-01. FIRST USE IN COMMERCE: 2024-08-01.

IC 032 US 045 048 046
Aloe juice drinks; Aloe vera juices; Aloe vera drinks; Aloe vera drinks, non-alcoholic; Carbonated beverages, non-alcoholic; Coconut-based beverages not being milk substitutes; Coconut juice; Coconut water; Coconut water as beverage; Flavored water; Fruit drinks; Fruit nectars; Fruit punch; Ginger juice beverages; Herbal juices; Honey-based beverages, non-alcoholic; Protein-enriched sports beverages; Protein-enriched sports drinks; Punch, non-alcoholic; Smoothies; Sports drinks; Vegetable drinks; Vegetable juice; Water beverages; Whey beverages; Drinking water with vitamins; Drinking waters; Fruit juice; Non-alcoholic cocktails; Non-alcoholic fruit juice beverages containing milk; Non-alcoholic beverages flavored with coffee; Non-alcoholic beverages flavored with tea; Non-alcoholic beverages flavoured with coffee; Non-alcoholic beverages containing ginger juice; Non-alcoholic beverages containing ginseng juice; Non-alcoholic drinks containing ginger juice; Non-alcoholic drinks, namely, energy shots
FIRST USE: 2024-08-01. FIRST USE IN COMMERCE: 2024-08-01.

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Serial Number** | 98003490 |
| **Filing Date** | 2023-05-18T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2024-03-19 |
| **Registration Number** | 7560778 |
| **Date Registered** | 2024-11-05 |

| | |
|---|---|
| **Owner** | (REGISTRANT) BOOSTFUL NUTRITION INC. (CORPORATION; NORTH CAROLINA, USA); 113 Indian Branch Drive, Morrisville, NORTH CAROLINA 27560, UNITED STATES |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 241706 |
| **Description of Mark** | • Color is not claimed as a feature of the mark.<br>• The mark consists of the stylized word "BOOSTFUL" with a plus sign on the upper right hand side of the letter "L". |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED |
| **Attorney of Record** | Justin Brown |

**Print:** May 21, 2025 2:19 PM

**4735745**

# PURPS

| | |
|---|---|
| **Word Mark** | PURPS |
| **Goods/Services** | IC 005 US 044 051 006 052 046 018<br>DIETARY AND NUTRITIONAL SUPPLEMENTS; DIETARY SUPPLEMENTAL DRINKS; VITAMIN ENHANCED FLAVORED WATER AND BEVERAGES<br>FIRST USE: 2014-04-16. FIRST USE IN COMMERCE: 2014-04-16.<br><br>IC 032 US 045 048 046<br>NON-ALCOHOLIC FRUIT FLAVORED BEVERAGES; FRUIT JUICES; FRUIT DRINKS; ENERGY DRINKS; NON-ALCOHOLIC ENERGY SHOTS; FRUIT FLAVORED WATERS; SPORTS DRINKS<br>FIRST USE: 2014-04-16. FIRST USE IN COMMERCE: 2014-04-16. |
| **Register** | PRINCIPAL |
| **Serial Number** | 85848287 |
| **Filing Date** | 2013-02-12T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2013-09-03 |
| **Registration Number** | 4735745 |
| **Date Registered** | 2015-05-12 |
| **Owner** | • (REGISTRANT) PURPLE LIFE LABORATORIES, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 864 PRODUCTION PLACE, NEWPORT BEACH, CALIFORNIA 92663, UNITED STATES<br>• (LAST LISTED OWNER) PURPS LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 864 PRODUCTION PLACE, |

NEWPORT BEACH, CALIFORNIA 92663, UNITED STATES

**Type of Mark**          TRADEMARK

**Mark Drawing Code**     (4) STANDARD CHARACTER MARK

**Translation**           The wording "PURPS" has no meaning in a foreign language.

**Live Dead Indicator**   LIVE

**Status**                SECTION 8 & 15-ACCEPTED AND ACKNOWLEDGED

**Attorney of Record**    Jeremiah Reynolds

**Print:** May 21, 2025 2:19 PM

**4367713**



| | |
|---|---|
| **Word Mark** | NINGXIA RED |
| **Goods/Services** | IC 005 US 044 051 052 006 046 018<br>Dietary and nutritional supplements<br>FIRST USE: 2012-10-31. FIRST USE IN COMMERCE: 2012-10-31.<br><br>IC 032 US 045 048 046<br>Fruit juices and fruit drinks<br>FIRST USE: 2012-10-31. FIRST USE IN COMMERCE: 2012-10-31. |
| **Register** | PRINCIPAL-2(F) |
| **Serial Number** | 85775088 |
| **Filing Date** | 2012-11-08T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2013-04-30 |
| **Registration Number** | 4367713 |
| **Date Registered** | 2013-07-16 |
| **Owner** | (REGISTRANT) Young Living Essential Oils, LC (LIMITED LIABILITY COMPANY; UTAH, USA); Legal Department, 1538 West Sandalwood Drive, Lehi, UTAH 84043, UNITED STATES |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 261702, 261706 |

| | |
|---|---|
| **Description of Mark** | • Color is not claimed as a feature of the mark. |
| | • The mark consists of the stylized word "NINGXIA RED". |

**Live Dead Indicator**     LIVE

**Status**                  REGISTERED AND RENEWED

**Attorney of Record**      Chris Patterson

**Print:** May 21, 2025 2:19 PM

**6037084**



| | |
|---|---|
| **Word Mark** | M |
| **Goods/Services** | IC 005 US 044 051 046 006 052 018<br>Dietary supplements; Nutritional supplements<br>FIRST USE: 2019-07-10. FIRST USE IN COMMERCE: 2019-07-10.<br><br>IC 032 US 045 048 046<br>Fruit juice beverages; Fruit-based beverages; Non-alcoholic beverages containing fruit juices<br>FIRST USE: 2019-07-10. FIRST USE IN COMMERCE: 2019-07-10. |
| **Register** | PRINCIPAL |
| **Serial Number** | 88631097 |
| **Filing Date** | 2019-09-25T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2020-02-04 |
| **Registration Number** | 6037084 |
| **Date Registered** | 2020-04-21 |
| **Owner** | (REGISTRANT) Jeunesse Global Holdings, LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 701 International Parkway, Lake Mary, FLORIDA 32746, UNITED STATES |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Description of Mark** | • Color is not claimed as a feature of the mark. |

- The mark consists of a stylized letter "M".

**Live Dead Indicator**      LIVE

**Status**      REGISTERED

**Attorney of Record**      Jeffery M. Lillywhite

**Print:** May 21, 2025 2:19 PM

**7626804**

# MAKE TIME

| | |
|---|---|
| **Word Mark** | MAKE TIME |
| **Goods/Services** | IC 005 US 044 051 006 046 052 005 018<br>Protein dietary supplements formed and packaged as bars; Protein supplements formed and packaged as bars; Calcium supplements; Dietary supplements; Dietary and nutritional supplements; Food supplements; Herbal supplements; Homeopathic supplements; Nutritional supplement shakes; Nutritional supplements; Powdered nutritional supplement drink mix and concentrate; Probiotic supplements; Protein supplement shakes; Vitamin supplements<br>FIRST USE: 2023-05-31. FIRST USE IN COMMERCE: 2023-05-31.<br><br>IC 032 US 045 048 046<br>Drinking water with vitamins; Smoothies; Beauty beverages, namely, fruit juices and energy drinks containing nutritional supplements; Frozen fruit-based beverages; Fruit beverages; Fruit smoothies; Fruit juice beverages; Fruit juices and fruit drinks; Isotonic beverages; Powders used in the preparation of fruit-based beverages; Vegetable smoothies; Vegetable juices; Water beverages<br>FIRST USE: 2023-05-31. FIRST USE IN COMMERCE: 2023-05-31. |
| **Register** | PRINCIPAL |
| **Serial Number** | 90981085 |
| **Filing Date** | 2021-03-18T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2021-11-30 |
| **Registration Number** | 7626804 |
| **Date Registered** | 2024-12-24 |
| **Owner** | (REGISTRANT) Coco Baba, Inc. (CORPORATION; NEW YORK, USA);<br>ML Mgmt 888 7th Avenue- 4th Floor, New York, New York 10106, UNITED |

STATES

**Type of Mark**            TRADEMARK

**Mark Drawing Code**       (4) STANDARD CHARACTER MARK

**Live Dead Indicator**     LIVE

**Status**                  REGISTERED

**Attorney of Record**      Keith Cooper

**Print:** May 21, 2025 2:19 PM

**6616018**

# MITO

| | |
|---|---|
| **Word Mark** | MITO |
| **Goods/Services** | IC 005 US 044 051 006 046 052 005 018<br>Dietary supplemental drinks; Dietary supplemental drinks in the nature of vitamin and mineral beverages<br>FIRST USE: 2020-03-02. FIRST USE IN COMMERCE: 2021-05-21.<br><br>IC 032 US 045 048 046<br>Energy drinks; Non-alcoholic beverages containing fruit juices; Non-carbonated soft drinks<br>FIRST USE: 2020-03-02. FIRST USE IN COMMERCE: 2021-05-21. |
| **Register** | PRINCIPAL |
| **Serial Number** | 88829966 |
| **Filing Date** | 2020-03-11T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2020-07-21 |
| **Registration Number** | 6616018 |
| **Date Registered** | 2022-01-11 |
| **Owner** | (REGISTRANT) Progressive Brands, Inc. (CORPORATION; DELAWARE, USA); 6067 Olivas Park Drive, Suite A, Ventura, CALIFORNIA 93003, UNITED STATES |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |

**Status**                    REGISTERED

**Attorney of Record**        Joseph P. Schilleci, Jr.

**Print:** May 21, 2025 2:19 PM

**6654481**

# NUTRASIDE

| | |
|---|---|
| **Word Mark** | NUTRASIDE |
| **Goods/Services** | IC 005 US 006 005 018 046 052 044 051<br>Dietary and nutritional supplements<br>FIRST USE: 2021-05-25. FIRST USE IN COMMERCE: 2021-05-25.<br><br>IC 032 US 045 048 046<br>Aerated fruit juices; Beauty beverages, namely, fruit juices and energy drinks containing nutritional supplements; Fruit beverages; Fruit drinks and juices; Fruit juices; Non-alcoholic beverages containing fruit juices<br>FIRST USE: 2021-05-25. FIRST USE IN COMMERCE: 2021-05-25. |
| **Register** | PRINCIPAL |
| **Serial Number** | 88949950 |
| **Filing Date** | 2020-06-05T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2020-10-20 |
| **Registration Number** | 6654481 |
| **Date Registered** | 2022-02-22 |
| **Owner** | (REGISTRANT) Nuñez Romero, Mario (INDIVIDUAL; MEXICO); Ciruelos 13, Residencial San Martinito S. A. Cholula, Puebla, 72810, MEXICO |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED |

**Print:** May 21, 2025 2:19 PM

**5615344**

# SHOT X

| | |
|---|---|
| **Word Mark** | SHOT X |
| **Goods/Services** | IC 005 US 044 051 006 052 046 018<br>Electrolyte drinks for medical purposes; Electrolyte replacement solutions; Electrolytes for medical use; Dietary supplement drink mixes; Dietary supplemental drinks; Dietary supplemental drinks in the nature of vitamin and mineral beverages; Medicinal drinks; Nutritional supplement in the nature of a nutrient-dense, protein-based drink mix; Powdered fruit-flavored dietary supplement drink mix; Powdered nutritional supplement drink mix; Powdered nutritional supplement drink mix and concentrate<br>FIRST USE: 2017-09-08. FIRST USE IN COMMERCE: 2017-09-08.<br><br>IC 032 US 045 048 046<br>Beer; Fruit drinks and fruit juices; Mineral and aerated water; Non-alcoholic drinks, namely, energy shots; Carbonated non-alcoholic drinks; Isotonic non-alcoholic drinks; Isotonic beverages; Mixed fruit juice; Prepared entrees consisting of fruit drinks and fruit juices, fruit-based beverages, non-alcoholic beverages containing fruit juices, non-alcoholic fruit extracts used in the preparation of beverages, non-alcoholic fruit juice beverages, vegetable juices, vegetable-fruit juices and smoothies; Sports drinks<br>FIRST USE: 2017-09-08. FIRST USE IN COMMERCE: 2017-09-08. |
| **Register** | PRINCIPAL |
| **Serial Number** | 87850096 |
| **Filing Date** | 2018-03-26T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2018-09-11 |
| **Registration Number** | 5615344 |
| **Date Registered** | 2018-11-27 |

**Owner**                    (REGISTRANT) TIRUPATI LIFESCIENCES (PARTNERSHIP; INDIA); VILLAGE - SURAJPUR, NAHAN ROAD, POANTA SAHIB, DISTT. SIRMOUR, H.P., 173025, INDIA

**Type of Mark**             TRADEMARK

**Mark Drawing Code**        (4) STANDARD CHARACTER MARK

**Disclaimer**               "SHOT"

**Live Dead Indicator**      LIVE

**Status**                   REGISTERED


**Print:** May 21, 2025 2:19 PM

**7122890**

# S'MOSSIES

| | |
|---|---|
| **Word Mark** | S'MOSSIES |
| **Goods/Services** | IC 005 US 044 051 006 046 052 005 018<br>Nutritional dietary supplemental drinks; Powdered nutritional supplement drink mix and concentrate<br>FIRST USE: 2023-03-26. FIRST USE IN COMMERCE: 2023-03-26.<br><br>IC 032 US 045 048 046<br>Nutritional sports drinks; Nutritional fruit and vegetable drinks; fruit and vegetable juices, drinks and smoothies<br>FIRST USE: 2023-03-26. FIRST USE IN COMMERCE: 2023-03-26. |
| **Register** | PRINCIPAL |
| **Serial Number** | 97151664 |
| **Filing Date** | 2021-12-01T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2022-11-08 |
| **Registration Number** | 7122890 |
| **Date Registered** | 2023-07-25 |
| **Owner** | (REGISTRANT) Kinshasa, Jomo A. (INDIVIDUAL; USA) DBA Mr. Seamoss Brands; 8504 Firesstone Blvd, #473, Downey, CALIFORNIA 90241, UNITED STATES |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |

**Status**                                    REGISTERED

**Print:** May 21, 2025 2:19 PM

**5980990**



| | |
|---|---|
| **Word Mark** | OCEAN SPRAY |

**Goods/Services**

IC 005 US 044 051 006 052 046 018
Dietary supplements; nutritional supplements; beverages containing vitamins, minerals, probiotics, prebiotics, fiber, caffeine, amino acids, herbs, or neutraceuticals for use as a dietary supplement
FIRST USE: 2016-09-01. FIRST USE IN COMMERCE: 2016-09-01.

IC 029 US 046
Fruit purees; drinkable fruit purees; fruit-based snack food; organic fruit-based food snacks; candied fruit snacks; dried fruit, dried fruit-based snacks; dehydrated fruit snacks; dried fruit-based snack bars; fruit-based snack foods, namely, fruit bites and fruit clusters; fruit cups comprised of processed fruits; sugar infused dried cranberries; snack food mixes consisting primarily of processed nuts, roasted nuts, dried fruits
FIRST USE: 1965-12-01. FIRST USE IN COMMERCE: 1965-12-01.

IC 030 US 046
Tea; iced tea; fruit teas; tea-based beverages; sparkling tea-based beverages; fruit sauces; drinkable fruit sauces; frozen confections, namely, fruit pops; granola; fruit-based sauces; tea-based drinks flavored with fruit; sparkling tea-based drinks flavored with fruit
FIRST USE: 1965-12-01. FIRST USE IN COMMERCE: 1965-12-01.

IC 031 US 001 046
Fresh fruit
FIRST USE: 1965-12-01. FIRST USE IN COMMERCE: 1965-12-01.

IC 032 US 045 048 046
Fruit juices and fruit drinks; non-alcoholic sparkling fruit juice beverages and fruit drinks; smoothies; 100% fruit juices; sports drinks; sports drinks containing fruit juice; fruit-flavored drinking water; sparkling fruit-flavored drinking water; bottled water; sparkling water; flavored water; sparkling flavored water; drinking water; non-carbonated non-alcoholic drinks fortified with vitamins and minerals; sparkling non-alcoholic drinks fortified with vitamins and minerals; fruit-based drinks flavored with tea; sparkling fruit-based drinks flavored with tea; juice based energy drinks; cranberry extract

sold as an integral ingredient in a water beverage; cranberry extract sold as an integral ingredient in a fruit beverage; cranberry extract sold as an integral ingredient in a fruit drink and juice; cranberry extract sold as an integral ingredient in a non-alcoholic carbonated beverage; beverages, namely, fruit juices, fruit drinks, non-alcoholic sparkling fruit juice beverages, sports drinks, fruit flavored drinking water, drinking water, sparkling water, sparkling flavored water, and energy drinks containing nutritional supplements
FIRST USE: 1964-10-31. FIRST USE IN COMMERCE: 1964-10-31.

IC 041 US 100 101 107
Entertainment services, namely, conducting contests and sweepstakes to promote food products, entertaining tips and party planning
FIRST USE: 2007-12-31. FIRST USE IN COMMERCE: 2007-12-31.

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Serial Number** | 88280287 |
| **Filing Date** | 2019-01-29T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2019-11-26 |
| **Registration Number** | 5980990 |
| **Date Registered** | 2020-02-11 |
| **Owner** | (REGISTRANT) Ocean Spray Cranberries, Inc. (CORPORATION; DELAWARE, USA); Legal Department, One Ocean Spray Drive, Lakeville-Middleboro, MASSACHUSETTS 02349, UNITED STATES |
| **Type of Mark** | • TRADEMARK<br>• SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 060303, 260321 |
| **Description of Mark** | • The color(s) dark blue, white and light blue is/are claimed as a feature of the mark.<br>• The mark consists of the wording "OCEAN SPRAY" appearing in white inside a dark blue oval with a wave in the color light blue appearing at the right side of the oval and outlined in white at the crest. A light-blue-tinted white curved band appears on the wave to the right of the word "SPRAY" and on the crests of the wave. |
| **Live Dead Indicator** | LIVE |

**Status**                REGISTERED

**Attorney of Record**    Julia Anne Matheson

**Print:** May 21, 2025 2:19 PM

https://www.merriam-webster.com/dictionary/roxberry                                                                at 02:31:33, 05/21/2025







# "roxberry"

The word you've entered isn't in the dictionary. Click on a spelling suggestion below or try again using the search bar above.

## Dictionary

| | | |
|---|---|---|
| rockberry | boxberry | rougeberry |
| foxberry | raspberry | oxberry |
| Rosebery | crowberry | Roxburgh |
| cowberry | rockberries | Dogberry |

ADVERTISEMENT

## Thesaurus

| | | |
|---|---|---|
| raspberry | moxieberry | ferry |
| merry | remarry | sorry |
| wherry | worry | |

| | | |
|---|---|---|
| merry | remarry | sorry |
| wherry | worry | |



WORD OF THE DAY

hapless

See Definitions and Examples »

Get Word of the Day daily email!

Your email addres:   SUBSCRIBE

TEST YOUR VOCABULARY

Fashionable Words

See Definitions and Examples »

Get Word of the Day daily email!

Your email addres:   SUBSCRIBE

TEST YOUR VOCABULARY

Fashionable Words

Which of these items is named for a deadly weapon?

Fedora hat    Brogue shoes
Stiletto heel    Henley shirt

Test your knowledge - and maybe learn something along the way.
TAKE THE QUIZ »

Pick the best words!
PLAY »

ADVERTISEMENT



https://www.whitepages.com/name/Roxbury?fs=1&searchedName=roxbury

at 02:36:53, 05/21/2025



**Roxbury** 1000+ people found

Find Roxbury's current address, phone number and email. Contact information for people named **Roxbury** found in Michic ... more

AGE 65+ **Winifred S Roxbury**
Bronx, NY (West Bronx)

**View Full Report**

| | |
|---|---|
| MAY GO BY | Winifred S Robury |
| ADDRESSES | Bronx, NY • New York, NY |
| RELATED TO | Leonard B Roxbury • Silvina W Roxbury • Michelle Roxbury |
| EMAIL | jo____@yahoo.com |

Phone | Address | Email

AGE 50s **Michelle Roxbury**
Bronx, NY (West Bronx)

**View Full Report**

| | |
|---|---|
| ADDRESSES | Bronx, NY • Jersey City, NJ • Farmingdale, NY |
| RELATED TO | Winifred S Roxbury • Leonard B Roxbury • Silvina W Roxbury |
| EMAIL | mi____@hotmail.com |

Phone | Address | Email

Powered by Whitepages Premium

AGE 40s **Andre O Roxbury**
Brooklyn, NY (Northern Brooklyn)

**View Details**

| | |
|---|---|
| ADDRESSES | Brooklyn, NY • Brooklyn, NY • Ridgewood, NY |
| MAY GO BY | Andre A Roxbury • Andre Roxbury • Andre A Roxbury Junior • Andre Roxbury Jr |
| RELATED TO | Mia Bobe • Roxbury Lenise Harris • Sabrina C Perez-Lopez |
| EMAIL | ar____@sovereignbank.com |
| PHONE NUMBER | (718) ____ |

**View Cell Phone Numbers**

AGE 65+ **Andre O Roxbury**
Nanuet, NY (Clarkstown)

**View Details**

| | |
|---|---|
| ADDRESSES | Nanuet, NY • Nanuet, NY • Spring Valley, NY • Brooklyn, NY • Pearl River, NY |
| MAY GO BY | Andre O Roxbury Sr • Andre Roxbury • Andre O Roxbury Senior |
| RELATED TO | Roxbury Lenise Harris • Angelo Ortiz Roxbury • Eugene Jackie Roxbury |
| EMAIL | ro____@aol.com |
| PHONE NUMBER | (845) ____ |

Get The Whitepages App:

Reverse Phone

Reverse Address

Background Checks

Whitepages for Business

VIVAIA
Your Bunion's Bestie
The BFF shoes you've been waiting for.
SHOP NOW

VIVAIA
Your Bunion's Bestie
The BFF shoes you've been waiting for.





View Cell Phone Numbers

AGE 65+ **Joseph P Roxbury**
Bridgewater, NJ

View Details

ADDRESSES  Bridgewater, NJ • Metuchen, NJ
MAY GO BY  Jp Roxbury
RELATED TO  Madilyn Ense Roxbury • Christopher R Roxbury • Barbara J Roxbury
EMAIL  cr___@yahoo.com
PHONE NUMBER  (908) _____

View Cell Phone Numbers

AGE 50s **Jacqueline M Roxbury**
South Plainfield, NJ

View Details

ADDRESSES  South Plainfield, NJ • Rahway, NJ • Avenel, NJ
WORK  Workers Compensation Coordinator at Coworx Staffing Services
MAY GO BY  Jackie M Roxbury • Jacquel Roxbury • Jacqueline M Metroka
RELATED TO  Daniel R Metroka • Craig J Roxbury • Sandra L Madurski • Joan M Metroka
EMAIL  jr___@gmail.com
PHONE NUMBER  (908) _____

View Cell Phone Numbers

AGE 65+ **Theodore T Roxbury**
Brooklyn, NY (Southwestern Brooklyn)

View Details

ADDRESSES  Brooklyn, NY • Studio City, CA • Rego Park, NY • Norwalk, CT • New York, NY
MAY GO BY  Ted T Roxbury • Theodore Boxbury
RELATED TO  Jennifer L Roxbury • Yessenia T Roxbury
EMAIL  ca___@hotmail.com
PHONE NUMBER  (718) _____

View Cell Phone Numbers

**Birth, Death, and Divorce Records for Roxbury**
Sponsored by Ancestry.com

| Roxbury | Roxbury | Roxbury |
|---|---|---|
| **View Birth Records** | **View Death Records** | **View Divorce Records** |

AGE 50s **Antoinette C Roxbury**
Lanoka Harbor, NJ

View Details

Reverse Phone

Reverse Address

Background Checks

Whitepages for Business

ADDRESSES    Lanoka Harbor, NJ • Mastic, NY • Plainsboro, NJ • Barnegat, NJ

WORK    None at Wfh

MAY GO BY    Toni J Roxbury • Antoine Roxbury • Antoinett J Roxbury • Antoinett E Roxbury

RELATED TO    Stephanie K Cavanaugh • Kenneth G Roxbury • Donna M Mutford

EMAIL    kr        @comcast.net

PHONE NUMBER    (609)

View Cell Phone Numbers

AGE 65+    **Eugene Jackie Roxbury**
Nanuet, NY (Clarkstown)    View Details

ADDRESSES    Nanuet, NY • Philadelphia, PA • New Castle, DE • Salisbury, MD • Wilmington, DE

RELATED TO    Andre O Roxbury • Gabriel Dandre Roxbury • Angelo O Roxbury

EMAIL    g7        @hotmail.com

PHONE NUMBER    (215)

View Cell Phone Numbers

AGE 65+    **John E Roxbury**
Orangeburg, NY (Orangetown)    View Details

ADDRESSES    Orangeburg, NY • Moonachie, NJ • Westwood, NJ

RELATED TO    Diane L Roxbury • Mary Jane Roxbury • Joseph E Biase • Helen R Roxbury

EMAIL    an        @meredith.com

PHONE NUMBER    (845)

View Cell Phone Numbers

AGE 65+    **Patricia A Roxbury**
New York, NY (Upper Manhattan)    View Details

ADDRESSES    New York, NY • Glen Head, NY

MAY GO BY    Patricia Roxbury Sorensen • Per Sorensen • Per Sorenson

EMAIL    ja        @gmail.com

PHONE NUMBER    (212)

View Cell Phone Numbers

Get The Whitepages App:

App Store    Google Play

Reverse Phone

Reverse Address

Background Checks

Whitepages for Business

AGE 65+    **Leonard B Roxbury**
Bronx, NY (West Bronx)    View Details

ADDRESSES    Bronx, NY • Byron Center, MI • Bethpage, NY • Mc Lean, VA

RELATED TO    James Joseph Roxbury • Susanne J Roxbury • Winifred S Roxbury

EMAIL    mi        @gmail.com

PHONE NUMBER    (718)



VIVAIA

Your Bunion's Bestie

The BFF shoes you've been waiting for.

SHOP NOW

VIVAIA



Get The Whitepages App:

Reverse Phone

Reverse Address

Background Checks

Whitepages for Business

**Michelle T Roxbury**
AGE 50s
Stewartsville, NJ (Greenwich)

ADDRESSES    Stewartsville, NJ • Nazareth, PA • Phillipsburg, NJ • High Bridge, NJ
MAY GO BY    Michele Roxbury • Michelle T Vibbert
RELATED TO    Blake Roxbury • Marissa Nicole Roxbury • James H Roxbury • Lindsay M Roxbury
EMAIL    mi___@yahoo.com
PHONE NUMBER    (610) ___

View Cell Phone Numbers

View Details

**Todd G Roxbury**
AGE 50s
Downingtown, PA

ADDRESSES    Downingtown, PA • Haymarket, VA • West Chester, PA • Manassas, VA
MAY GO BY    Todd Glenn Roxbury • Roxbury Todd
RELATED TO    Janice D Roxbury • Jason E Roxbury • Glenn H Roxbury • Melanie A Reetz
EMAIL    ac___@gmail.com
PHONE NUMBER    (407) ___

View Cell Phone Numbers

View Details

**Bernard J Roxbury**
AGE 50s
New York, NY (Downtown Manhattan)

ADDRESSES    New York, NY
RELATED TO    Karen K Roxbury
EMAIL    be___@hotmail.com
PHONE NUMBER    (212) ___

View Cell Phone Numbers

View Details

**Daniel E Roxbury**
AGE 30s
Warwick, RI (Cowesett)

ADDRESSES    Warwick, RI • Bethlehem, PA • Somerville, NJ • Flemington, NJ • Menlo Park, CA
WORK    Associate Professor of Chemical Engineering at University Of Rhode Island
MAY GO BY    Daniel Edward Roxbury
RELATED TO    Julie D Roxbury • Amanda Rachel Cooney • Susan D Roxbury • Jeffrey J Roxbury
EMAIL    da___@gmail.com
PHONE NUMBER    (908) ___

View Cell Phone Numbers

View Details

Your Bunion's Bestie
The BFF shoes you've been waiting for.
SHOP NOW

VIVAIA
Your Bunion's Bestie
The BFF shoes you've been waiting for.
SHOP NOW



Get The Whitepages App:
App Store · Google Play

Reverse Phone
Reverse Address
Background Checks
Whitepages for Business

AGE 40s
**Jason E Roxbury**
Haymarket, VA

View Details

| | |
|---|---|
| ADDRESSES | Haymarket, VA • Cross Junction, VA |
| MAY GO BY | Jason Earl Roxbury |
| RELATED TO | Janice D Roxbury • Todd G Roxbury • Glenn H Roxbury • Melanie A Reetz |
| PHONE NUMBER | (540) |

View Cell Phone Numbers

AGE 40s
**Andre O Roxbury**
Brooklyn, NY (Northern Brooklyn)

View Details

| | |
|---|---|
| ADDRESSES | Brooklyn, NY • Ridgewood, NY |
| MAY GO BY | Andre A Roxbury Junior |
| RELATED TO | Lenise F Roxbury • Sabrina P Lopez |
| EMAIL | ar___@sovereignbank.com |
| PHONE NUMBER | (718) |

View Cell Phone Numbers

AGE 65+
**Susanne M Roxbury**
Montauk, NY (The Hamptons)

View Details

| | |
|---|---|
| ADDRESSES | Montauk, NY • Gainesville, FL • Wainscott, NY • North Bellmore, NY |
| WORK | Lawyer at Susanne M Roxbury Esq P.C |
| MAY GO BY | Susane M Roxbury • Susanne Marie Roxbury |
| RELATED TO | Catherine T Enck • Brigham P Enck • James Patrick Roxbury |
| EMAIL | ju___@aol.com |
| PHONE NUMBER | (717) |

View Cell Phone Numbers

AGE 65+
**Rhea Jean Roxbury**
Butler, PA

View Details

| | |
|---|---|
| ADDRESSES | Butler, PA |
| MAY GO BY | Rheajean Jean Roxbury • Rheajean Roxberry • Rheajean Foxbury • Roxbury Rhea |
| RELATED TO | Tiffany Marie Roxbury • Lynsie S Roxbury • Mark T Roxbury • Timothy A Roxbury |
| EMAIL | bu___@gmail.com |
| PHONE NUMBER | (724) |

View Cell Phone Numbers

Get The Whitepages App:
App Store · Google Play

Reverse Phone
Reverse Address
Background Checks

AGE 65+
**Lorraine E Roxbury**
Bradenton, FL (Cortez)

View Details

| | |
|---|---|
| ADDRESSES | Bradenton, FL • Larchmont, NY • Maspeth, NY • Bracey, VA |

VIVAIA
Your Bunion's Bestie
The BFF shoes you've been waiting for.
SHOP NOW

VIVAIA

Background Checks

Whitepages for Business

MAY GO BY          Lorraine E Robury

RELATED TO         Roberta J Lorch • Kenneth G Roxbury • James W Roxbury • Joan K Roxbury

EMAIL              be██████@att.net

PHONE NUMBER       (941) ████████

View Cell Phone Numbers

---

AGE 65+    **Edward A Roxbury**
           Hudson, OH

**View Details**

ADDRESSES          Hudson, OH • Cuyahoga Falls, OH

MAY GO BY          Ed Allyn Roxbury • Edward Allyn Roxbury

RELATED TO         Bonita L Roxbury • Jennifer A Roxbury • Amy R Petersen • Scott Allen Roxbury

EMAIL              cr██████@yahoo.com

PHONE NUMBER       (330) ████████

View Cell Phone Numbers

---

AGE 65+    **Silvina W Roxbury**
           Bronx, NY (West Bronx)

**View Details**

ADDRESSES          Bronx, NY • New York, NY

RELATED TO         Winifred S Roxbury • Leonard B Roxbury • Michelle Roxbury

PHONE NUMBER       (718) ████████

View Cell Phone Numbers

Get The Whitepages App:

App Store   Google Play

Reverse Phone

Reverse Address

Background Checks

Whitepages for Business

---

AGE 50s    **Daniel E Roxbury**
           Chesterland, OH

**View Details**

ADDRESSES          Chesterland, OH • Cleveland, OH • Meriden, CT • Wallingford, CT • Prospect, PA

MAY GO BY          Dan Eugene Roxbury • Dan K Roxbury • Daniel Eugene Roxbury • Daniel Robury

RELATED TO         Ronald J Roxbury • Leigh Ann Beck • Pamela Ruth Roxbury • Jacob Roxbury

PHONE NUMBER       (216) ████████

View Cell Phone Numbers

---

AGE 65+    **James W Roxbury**
           Boca Raton, FL (Boca Golf And Tennis Club)

**View Details**

ADDRESSES          Boca Raton, FL • Ossining, NY • Lighthouse Point, FL • Darien, CT • Longwood, FL

WORK               Senior Vice President, Group Account Director at Zimmerman Advertising

MAY GO BY          James Walter Roxbury

RELATED TO         Kenneth G Roxbury • Kenneth James Roxbury • Joan K Roxbury

EMAIL              jw██████@yahoo.com

PHONE NUMBER       (407) ████████

VIVAIA

Your Bunion's Bestie
The BFF shoes you've been waiting for.

SHOP NOW

VIVAIA

Your Bunion's Bestie



Get The Whitepapers App:
App Store    Google Play

Reverse Phone

Reverse Address

Background Checks

Whitepages for Business

View Cell Phone Numbers

**Maria Tuah Roxbury**
AGE 40s
Baltimore, MD (Northeastern Baltimore)

| | |
|---|---|
| ADDRESSES | Baltimore, MD • Washington, DC • Silver Spring, MD • Inglewood, CA |
| MAY GO BY | Marta C Tuah |
| RELATED TO | Craig Stanford Roxbury • Anthony M Tuah • Carroll Cedric Roxbury |
| EMAIL | an____@hotmail.com |
| PHONE NUMBER | (410) _____ |

View Cell Phone Numbers

View Details

**Christopher R Roxbury**
AGE 30s
Cleveland, OH (Fernway)

| | |
|---|---|
| ADDRESSES | Cleveland, OH • Chicago, IL • Bridgewater, NJ • Baltimore, MD |
| WORK | Associate Professor at The University Of Chicago Medicine |
| MAY GO BY | Chris Roxbury |
| RELATED TO | Joseph P Roxbury • Madilyn Ense Roxbury • Barbara J Roxbury |
| EMAIL | cr____@yahoo.com |
| PHONE NUMBER | (908) _____ |

View Cell Phone Numbers

View Details

‹ Previous    Page 1 ˅ of 5    Next ›

Find more contact information for **Roxbury**
PREMIUM

**Winifred S Roxbury**
Bronx, NY • (718) 543-5723  View More
Phone | Current Address | Public Records | Criminal Records

View Full Report

**Michelle Roxbury**
Bronx, NY • (866) 639-5087  View More
Phone | Current Address | Public Records | Criminal Records

View Full Report

**Joseph P Roxbury**
Bridgewater, NJ • (908) 704-1385  View More

View Full Report

VIVAIA

Your Bunion's Bestie
The BFF shoes you've been waiting for.
SHOP NOW

Get The Whitepages App:


Reverse Phone

Reverse Address

Background Checks

Whitepages for Business

Phone | Current Address | Public Records | Criminal Records

**FAQs about our top result for people named Roxbury**

**What is Roxbury's phone number?**
Roxbury's phone number is (718) 543-5723. Roxbury's mobile phone area codes include 347 and 917. Michelle of 290 W 232nd St Apt 1C's home number is (866) 639-5087, and their cell phone starts with 917. We found 5 phone numbers for Roxbury of Bronx. Additional landline phone numbers for people named Roxbury include (908) 704-1385, (908) 222-2863, and (718) 674-6717.

**How can I contact Winifred Roxbury?**
You can contact them using a current cell phone number found in the Whitepages phone book directory. As of 2025, we found 5 phone numbers linked to Winifred Roxbury in Bronx, with service from major U.S. carriers like Verizon, AT&T, or T-Mobile.

**What is Roxbury's address?**
Winifred Roxbury's home address is 290 W 232nd St Apt 21A in Bronx, NY. View all 6 addresses for Winifred.

**What is Roxbury's email address?**
Winifred Roxbury's email address ends in @yahoo.com. We found 5 active emails for Winifred Roxbury.

**Who are Roxbury's relatives?**
Their family members include Leonard Roxbury, Silvina Roxbury, and Michelle Roxbury.

**What age is Roxbury?**
Winifred Roxbury is in their 65+. Learn how old they are and when they were born with Whitepages Premium.

**Does Roxbury go by other names or aliases?**
Yes, this person is also known as Winifred S Robury. This alias may include their birth name, married name, maiden name, or nickname.

**Where can I find Winifred Roxbury's public records and property records?**
Winifred Roxbury's public and property records can be found in a Whitepages background check.

**Does Winifred Roxbury have any criminal records?**
A Whitepages background report will check for any criminal and arrest records for Winifred Roxbury.

VIVAIA

Your Bunion's Bestie
The BFF shoes you've been waiting for.
SHOP NOW

Get The Whitepages App:
Whitepages for Business






Your Bunion's Bestie
The BFF shoes you've been waiting for.
SHOP NOW

People Search > R > Roxbury > Roxbury



**Find**
People Search
Reverse Phone Lookup
Reverse Address Lookup
Background Checks
Email Search

**Your Whitepages**
Help
Privacy Policy
Terms of Use

**More**
White Pages
411.com
Peoplesearch.com
Property Intel

Get The Whitepages App:

ea Codes  |  Phone Numbers  |  Last Name Directory: A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

Background Checks  |  Whitepages for Business  |  Analyze & Compare Properties

**Dr. Leonard's**
YOUR AUTHORITY ON HEALTH & WELLNESS

PEOPLE SEARCH          PHONE          REVERSE ADDRESS

whitepages
SEARCH. FIND. KNOW.

Roxbury                          e.g. Seattle, WA                    Log In    Sign Up

https://www.whitepages.com/name/Roxbury?fs=1&searchedName=roxbury&page=2&source=onSite

at 02:37:51, 05/21/2025





Get The Whitepages App:

Reverse Phone

Reverse Address

Background Checks

Whitepages for Business





Reverse Address

Background Checks

Whitepages for Business

MAY GO BY          Laforrest Theodore Roxbury • Laforrest Theodore Roxbury Senior
RELATED TO         Laforrest J Roxbury
EMAIL              la***** @yahoo.com
PHONE NUMBER       (770) *** ****

View Cell Phone Numbers

---

AGE 20s    **Mariah E Roxbury**
Chicora, PA                                          View Details

ADDRESSES          Chicora, PA • Rimersburg, PA • East Brady, PA
WORK               Customer Service Representative at Nt Concepts
RELATED TO         Sarah E Roxbury
EMAIL              mr***** @gmail.com
PHONE NUMBER       (443) *** ****

View Cell Phone Numbers

---

AGE --    **Youth Works Roxbury**
Charlestown, MA (Thompson Square -                   View Details
Bunker Hill)

ADDRESSES          Charlestown, MA

View Cell Phone Numbers

---

AGE 30s    **Claudia K Roxbury**
Grand Rapids, MI (Kentwood)                          View Details

ADDRESSES          Grand Rapids, MI • Jenison, MI
MAY GO BY          Claudia Kay Roxbury
RELATED TO         James Joseph Roxbury • Jessica Lee Roxbury • Erica J Roxbury
EMAIL              er***** @gmail.com
PHONE NUMBER       (616) *** ****

View Cell Phone Numbers

---

AGE 40s    **Kevin A Roxbury**
Cleveland, OH (Parma)                                View Details

ADDRESSES          Cleveland, OH • Hudson, OH • Lakewood, OH • Farmington, CT • Stow, OH
MAY GO BY          Kevin Allen Roxbury
RELATED TO         William D Roxbury • Kimberly A Roxbury
EMAIL              bo***** @yahoo.com
PHONE NUMBER       (440) *** ****

View Cell Phone Numbers

Get The Whitepages App:

Download on the App Store    GET IT ON Google Play

Reverse Phone

Reverse Address

Background Checks

Whitepages for Business





Get The Whitepages App:

App Store     Google Play

Reverse Phone

Reverse Address

Background Checks

Whitepages for Business

RELATED TO     Richard R Roxbury • Linda P Catarella • Kimberly A MacDowell • Edward V Roxbury

EMAIL     er***** @msn.com

PHONE NUMBER     (908) *** ****

View Cell Phone Numbers

---

AGE 50s     **Kimberly A Roxbury**
Cuyahoga Falls, OH (State Portage)

View Details

ADDRESSES     Cuyahoga Falls, OH • Stow, OH • Hudson, OH

WORK     Owner at Kar Photography

MAY GO BY     Kimberly Ann Roxbury-Presutti

RELATED TO     William D Roxbury • Stephen J Presutti • Kevin A Roxbury

EMAIL     th***** @yahoo.com

PHONE NUMBER     (330) *** ****

View Cell Phone Numbers

---

AGE 65+     **Robert Thomas Roxbury**
Bonita Springs, FL (Palmira Golf Country Club)

View Details

ADDRESSES     Bonita Springs, FL • Naples, FL • Rockville Centre, NY • New York, NY • Las Vegas, NV

MAY GO BY     Robert T Roxburu

EMAIL     ln***** @gmeds.com

PHONE NUMBER     (239) *** ****

View Cell Phone Numbers

---

AGE 30s     **Devon Brook Roxbury**
Portland, OR (Sommerset West-elmonica North)

View Details

ADDRESSES     Portland, OR • Hillsboro, OR • Beaverton, OR

WORK     Manager, Smi Operations at Stancorp Mortgage Investors, LLC

RELATED TO     Michael A Roxbury • Steve James Roxbury • Cynthia A Roxbury • Marshall Austin Roxbury

EMAIL     de***** @gmail.com

PHONE NUMBER     (971) *** ****

View Cell Phone Numbers

Get The Whitepages App:

App Store     Google Play

Reverse Phone

Reverse Address

Background Checks

Whitepages for Business

---

AGE 30s     **Dustin J Roxbury**
Evansville, IN (Evansville West Side)

View Details

ADDRESSES     Evansville, IN • Powell, TN

WORK     Group Lead at Bootz Industries

MAY GO BY     Roxbury Dustin



Whitepages for business

RELATED TO    Ronald J Roxbury • Kellie E Roxbury • Amanda Lynn Roxbury

EMAIL    ro***** @gmail.com

PHONE NUMBER    (812) *** ****

View Cell Phone Numbers

AGE 40s    **Roger A Roxbury**
Lake Geneva, WI

ADDRESSES    Lake Geneva, WI
RELATED TO    Stephanie A Roxbury
EMAIL    no***** @iname.com
PHONE NUMBER    (262) *** ****

View Cell Phone Numbers

View Details

AGE 50s    **Kathleen Joseph Roxbury**
Grand Rapids, MI (Creston)

ADDRESSES    Grand Rapids, MI
RELATED TO    Kathleen Sue Roxbury • Grace Roxbury
EMAIL    ka***** @yahoo.com
PHONE NUMBER    (616) *** ****

View Cell Phone Numbers

View Details

Get The Whitepages App:

App Store    Google Play

Reverse Phone

Reverse Address

Background Checks

Whitepages for Business

AGE 60s    **Diane L Roxbury**
Middle Island, NY (Brookhaven)

ADDRESSES    Middle Island, NY • Bohemia, NY • Phillipsburg, NJ • Ronkonkoma, NY • Orangeburg, NY
MAY GO BY    Diane L Malley
RELATED TO    Blake Roxbury • James H Roxbury • Michelle T Roxbury • John E Roxbury
EMAIL    de***** @gmail.com
PHONE NUMBER    (631) *** ****

View Cell Phone Numbers

View Details

‹ Previous    Page **2** ⌄ of 5    Next ›

Find more contact information for **Roxbury**
PREMIUM

**Craig J Roxbury**
South Plainfield, NJ • (908) 222-2863  View More

View Full Report



Phone | Current Address | Public Records | Criminal Records

**Pamela Ruth Roxbury**
Butler, PA • (724) 256-9144  View More

View Full Report

Phone | Current Address | Public Records | Criminal Records

**Melissa L Roxbury**
Prospect, PA • (717) 972-1216  View More

View Full Report

Phone | Current Address | Public Records | Criminal Records

Get The Whitepages App:

App Store  Google Play

Reverse Phone

Reverse Address

Background Checks

Whitepages for Business

**FAQs about our top result for people named Roxbury**

**What is Roxbury's phone number?**
Roxbury's phone number is (908) 222-2863. Roxbury's mobile phone area codes include 908 and 919. Pamela of 309 Park Mnr's home number is (724) 256-9144, and their cell phone starts with 724. We found 6 phone numbers for Roxbury of South Plainfield. Additional landline phone numbers for people named Roxbury include (717) 972-1216, (732) 460-0614, and (908) 823-0473.

**How can I contact Craig Roxbury?**
You can contact them using a current cell phone number found in the Whitepages phone book directory. As of 2025, we found 6 phone numbers linked to Craig Roxbury in South Plainfield, with service from major U.S. carriers like Verizon, AT&T, or T-Mobile.

**What is Roxbury's address?**
Craig Roxbury's home address is 2512 Oxford Ave # P in South Plainfield, NJ. View all 8 addresses for Craig.

**What is Roxbury's email address?**
Craig Roxbury's email address ends in @gmail.com. We found 5 active emails for Craig Roxbury.

**Who are Roxbury's relatives?**
Their family members include Jacqueline Roxbury.

**What age is Roxbury?**
Craig Roxbury is in their 50s. Learn how old they are and when they were born with Whitepages Premium.

**Does Roxbury go by other names or aliases?**
Yes, this person is also known as Craig Roxberry. This alias may include their birth name, married name, maiden name, or nickname.

**Where can I find Craig Roxbury's public records and property records?**
Craig Roxbury's public and property records can be found in a Whitepages background check.

**Does Craig Roxbury have any criminal records?**
A Whitepages background report will check for any criminal and arrest records for Craig Roxbury.

Get The Whitepages App:

App Store  Google Play



Whitepages for Business

People Search  >  R  >  Roxbury  >  Roxbury

**Find**
People Search
Reverse Phone Lookup
Reverse Address Lookup
Background Checks
Email Search

**Your Whitepages**
Help
Privacy Policy
Terms of Use

**More**
White Pages
411.com
Peoplesearch.com
Property Intel

Etsy
BERNHARDT FURNITURE Banded
Mahogany Traditional Style 72"
Executive Office Desk / Credenza

Get The Whitepages App:

ea Codes  |  Phone Numbers  |  Last Name Directory: A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

Background Checks  |  Whitepages for Business  |  Analyze & Compare Properties

whitepages
SEARCH. FIND. KNOW.

PEOPLE SEARCH          PHONE          REVERSE ADDRESS

Roxbury                    e.g. Seattle, WA

Log In    Sign Up



Search:      Public Records : Surname
Terms:       last-name(roxberry) maxresults(500)

Total number found: 312

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 1. | ROXBERRY, A | NAPLES, FL 34102 | 239-248-8892 |
| 2. | ROXBERRY, A | NAPLES, FL 34102 | 239-595-5370 |
| 3. | ROXBERRY, A | NAPLES, FL 34102 | 239-595-5375 |
| 4. | ROXBERRY, A | NAPLES, FL 34108 | 239-596-1632 |
| 5. | ROXBERRY, A | NAPLES, FL 34108 | 239-653-9476 |
| 6. | ROXBERRY, ALAN | 403 S WAYNE<br>PARKER, PA 16049-9433 | 724-399-9956 |
| 7. | ROXBERRY, ALDINE E | 647 92ND N<br>NAPLES, FL 34108-2430 | 239-825-6272 |
| 8. | ROXBERRY, ALDINE E | 26124 KINGS<br>BONITA SPRINGS, FL 34135-6558 | 239-595-5370 |
| 9. | ROXBERRY, AMANDA | PO BOX 453<br>CLINTONVILLE, PA 16372-0453 | 724-496-3232 |
| 10. | ROXBERRY, AMBER L | 827 SUPERIOR<br>GROVE CITY, PA 16127-1346 | 724-996-7984 |
| 11. | ROXBERRY, ANNA M | 9390 W MILWAUKEE<br>CRYSTAL RIVER, FL 34428-6017 | 267-496-3652 |
| 12. | ROXBERRY, B | 126 S FAIRVIEW MAIN<br>PETROLIA, PA 16050-9503 | 724-496-0123 |
| 13. | ROXBERRY, B | 126 S FAIRVIEW MAIN<br>PETROLIA, PA 16050-9503 | 724-496-0125 |
| 14. | ROXBERRY, B | OIL CITY, PA 16301 | 814-758-0382 |
| 15. | ROXBERRY, BARBAR | ALLENTOWN, PA 18102 | 610-390-4090 |
| 16. | ROXBERRY, BARBARA | 8401 NW 40TH<br>SUNRISE, FL 33351-6181 | 954-681-1528 |
| 17. | ROXBERRY, BARBARA K | 134 DELL<br>EMMAUS, PA 18049-3110 | 610-791-1192 |
| 18. | ROXBERRY, BARBARA M | 12931 ELMFORD<br>BOCA RATON, FL 33428-4720 | 561-542-4680 |

roxberry

Total number found: 312

| No. | Name | Address | Phone |
|---|---|---|---|
| 19. | ROXBERRY, BARRY L | 614 FOURTH<br>CROYDON, PA 19021-6632 | 215-826-0539 |
| 20. | ROXBERRY, BENJAMIN | 720 RIDDLE APT 2<br>HOWELL, MI 48843-1015 | 517-546-6544 |
| 21. | ROXBERRY, BLAKE ISAC | 132 BEDZEL UNIT 403<br>NAPLES, FL 34104-0507 | 615-693-2474 |
| 22. | ROXBERRY, BOB A | 668 PIONEER<br>FRANKLIN, PA 16323-4236 | 814-493-3754 |
| 23. | ROXBERRY, BOBBIE J | 671 4TH NE<br>NAPLES, FL 34120-4008 | 615-597-7608 |
| 24. | ROXBERRY, BOBBIE | NAPLES, FL 34102 | 239-331-4396 |
| 25. | ROXBERRY, BONNIE | 165 KAREN<br>ELIZABETH, PA 15037-2404 | 412-315-4506 |
| 26. | ROXBERRY, BRANDO | 201 PALMER<br>FRANKLIN, PA 16323-2758 | 814-758-0382 |
| 27. | ROXBERRY, BRANDO | | 814-428-8087 |
| 28. | ROXBERRY, BRANDO | OIL CITY, PA 16301 | 814-428-8087 |

| 29. | ROXBERRY, BREEONA | 200 CHURCH<br>PETROLIA, PA 16050 | 724-602-8773 |
| 30. | ROXBERRY, BRENDA | 1414 E SUSQUEHANNA TRLR 37<br>ALLENTOWN, PA 18103-4321 | 610-691-7921 |
| 31. | ROXBERRY, BRIAN | 747 E BEAVER APT 316<br>STATE COLLEGE, PA 16801-5679 | 267-808-4115 |
| 32. | ROXBERRY, BRIAN | 2049 BROWN<br>BENSALEM, PA 19020-3754 | 215-788-2612 |
| 33. | ROXBERRY, BRIAN | 224 GRANT<br>CROYDON, PA 19021-6817 | 215-917-3677 |
| 34. | ROXBERRY, BRIAN | 224 GRANT<br>CROYDON, PA 19021-6817 | 267-242-3606 |
| 35. | ROXBERRY, BRIAN | 224 GRANT<br>CROYDON, PA 19021-6817 | 267-808-4115 |
| 36. | ROXBERRY, BRITANY N | 545 W PRAIRIE<br>HARRISVILLE, PA 16038-1729 | 724-431-7778 |
| 37. | ROXBERRY, BRITTNAY | 2990 KLEIN APT 93A<br>ALLENTOWN, PA 18103-7439 | 610-791-1192 |

roxberry

Total number found: 312

| No. | Name | Address | Phone |
|---|---|---|---|
| 38. | ROXBERRY, BROOKE LAURYN | 17025 LOSILLAS UNIT 1535<br>FORT MYERS, FL 33913-9541 | 615-693-9728 |
| 39. | ROXBERRY, C | 302 BORDEAUX<br>LAPORTE, IN 46350-1914 | 219-877-4843 |
| 40. | ROXBERRY, C | 104 MCCLELLAND<br>POLK, PA 16342-1714 | 814-465-7260 |
| 41. | ROXBERRY, C | BUTLER, PA 16001 | 724-679-1991 |
| 42. | ROXBERRY, C | FRANKLIN, PA 16323 | 814-432-4029 |
| 43. | ROXBERRY, CADEN ZANE | 229 BLAIR<br>PETROLIA, PA 16050-1807 | 724-332-9770 |
| 44. | ROXBERRY, CAMERON | 3901 CAMINO ARROYO<br>SIERRA VISTA, AZ 85650-9265 | 520-895-9057 |
| 45. | ROXBERRY, CAMI A | 54 BLOM<br>GROVE CITY, PA 16127-4502 | 724-372-3822 |
| 46. | ROXBERRY, CAROLI | PO BOX 1778<br>KENAI, AK 99611-1778 | 724-679-1991 |
| 47. | ROXBERRY, CAROLINE | 1412 175TH NE<br>BELLEVUE, WA 98008-3127 | 724-991-8919 |

| | | | |
|---|---|---|---|
| 48. | ROXBERRY, CAROLINE | 121 GLENWOOD SW<br>CONCORD, NC 28025-9214 | 724-991-8919 |
| 49. | ROXBERRY, CAROLINE A | 231 PARSONVILLE<br>PETROLIA, PA 16050-2023 | 724-679-1991 |
| 50. | ROXBERRY, CAROLINE | PO BOX 1778<br>KENAI, AK 99611-1778 | 724-991-8919 |
| 51. | ROXBERRY, CASSANDRA N | 322 WASHINGTON<br>OIL CITY, PA 16301-1756 | 814-673-9286 |
| 52. | ROXBERRY, CHARLES K | 348 STEWART RD<br>HILLIARDS, PA 16040-1720 | 724-894-0172 |
| 53. | ROXBERRY, CHERYL | 1701 N 10TH APT 211<br>PHILADELPHIA, PA 19122-2718 | 267-255-0985 |
| 54. | ROXBERRY, CHERYL L | PO BOX 65<br>CROYDON, PA 19021-0065 | 215-826-0539 |
| 55. | ROXBERRY, CHESTER L | 801 PIONEER RD<br>FRANKLIN, PA 16323-4241 | |

roxberry

Total number found: 312

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 56. | ROXBERRY, CHESTER L | 668 PIONEER<br>FRANKLIN, PA 16323-4236 | 814-432-2993 |
| 57. | ROXBERRY, CHRIST | 15 LENAPE<br>CHERRY HILL, NJ 08002-1313 | 215-380-9105 |
| 58. | ROXBERRY, CHRIST | ZEPHYRHILLS, FL 33541 | 813-715-9111 |
| 59. | ROXBERRY, CHRISTOPHE S | 5043 CORAL WOOD<br>NAPLES, FL 34119-1457 | 239-304-1103 |
| 60. | ROXBERRY, CHRISTOPHER M | 1917 E CONGRESS ST<br>ALLENTOWN, PA 18109-1705 | 229-247-9531 |
| 61. | ROXBERRY, CLARIS | DELRAY BEACH, FL 33483 | 561-716-6082 |
| 62. | ROXBERRY, CLARIS | SAN RAFAEL, CA 94901 | 415-726-7062 |
| 63. | ROXBERRY, CLARISSA | 8 BERKELEY<br>SAN ANSELMO, CA 94960-1406 | 561-750-2407 |
| 64. | ROXBERRY, CLAYTON | | 814-889-8702 |
| 65. | ROXBERRY, CLAYTON | | 814-889-8703 |
| 66. | ROXBERRY, CLAYTON | ALTOONA, PA 16602 | 814-889-8702 |
| 67. | ROXBERRY, CODY | 241 S BROAD | 724-458-6948 |

67.    ROXBERRY, CODY          241 S BROAD                                  724-458-6948
                               GROVE CITY, PA 16127-1525

68.    ROXBERRY, CODY          571 PIONEER                                  724-458-6948
                               FRANKLIN, PA 16323-4233

69.    ROXBERRY, CODY          190 STEVENS                                  724-458-6948
                               UTICA, PA 16362-2613

70.    ROXBERRY, CODY          348 STEWART                                  724-894-2374
                               HILLIARDS, PA 16040-1720

71.    ROXBERRY, COLTON        6451 W BELL APT 1044                         480-710-5225
                               GLENDALE, AZ 85308-3666

72.    ROXBERRY, CONNIE M      37 E BISSELL                                 814-677-9199
                               OIL CITY, PA 16301-1933

73.    ROXBERRY, CONNIE L      728 PIONEER                                  248-321-5099
                               FRANKLIN, PA 16323-4240

74.    ROXBERRY, CONNIE L      517 PONE                                     814-432-3465
                               FRANKLIN, PA 16323-3551

75.    ROXBERRY, CONTRU        RONKONKOMA, NY 11779                         631-981-1622

Case 2:26-cv-00126-JNP-JCB    Document 23-1    Filed 04/01/26    PageID.708    Page 94 of 106

67.    ROXBERRY, CODY          241 S BROAD                                  724-458-6948

Page 5 of 6

roxberry

Total number found: 312

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 76. | ROXBERRY, CRYSTAL | 902 MAURI<br>CROYDON, PA 19021-6291 | 215-826-0539 |
| 77. | ROXBERRY, D | 3979 STEINWOOD<br>DALTON, OH 44618-9048 | 330-541-6694 |
| 78. | ROXBERRY, D | 3979 STEINWOOD<br>DALTON, OH 44618-9048 | 814-720-1241 |
| 79. | ROXBERRY, DALE | 126 S FAIRVIEW MAIN<br>PETROLIA, PA 16050-9503 | 724-496-0124 |
| 80. | ROXBERRY, DANIEL | AUSTIN, TX 78749 | 512-574-4935 |
| 81. | ROXBERRY, DANIELLE J | 516 3RD APT 6<br>NEW BRIGHTON, PA 15066-1752 | 512-850-5067 |
| 82. | ROXBERRY, DANIELLE | 58 BLOM<br>GROVE CITY, PA 16127-4502 | 724-458-6003 |
| 83. | ROXBERRY, DAVID | 164 CATHCART<br>NEW CASTLE, PA 16105-2002 | 724-658-0200 |
| 84. | ROXBERRY, DAVID | 211 W MOODY APT 434<br>NEW CASTLE, PA 16101-2163 | 724-658-0200 |
| 85. | ROXBERRY, DAVID | | 610-297-5543 |

| | | | |
|---|---|---|---|
| 86. | ROXBERRY, DAVID | | 610-297-5545 |
| 87. | ROXBERRY, DAVID | | 724-944-0322 |
| 88. | ROXBERRY, DAVID | BETHLEHEM, PA 18015 | 610-297-5543 |
| 89. | ROXBERRY, DAVID | BETHLEHEM, PA 18015 | 610-297-5545 |
| 90. | ROXBERRY, DAVID | NEW CASTLE, PA 16101 | 724-944-0322 |
| 91. | ROXBERRY, DAWN | 1238 COUNTY ROAD 1<br>RAYLAND, OH 43943-7857 | 330-256-7399 |
| 92. | ROXBERRY, DEBORAH A | 348 STEWART<br>HILLIARDS, PA 16040-1720 | 724-355-8001 |
| 93. | ROXBERRY, DENNIS W | 25 APPLEMAN<br>SOMERSET, NJ 08873-1719 | 732-356-8863 |
| 94. | ROXBERRY, DENNIS E | 202 DESSA LN<br>KARNS CITY, PA 16041-1306 | 724-894-0035 |
| 95. | ROXBERRY, DEWOOD | | 330-201-7426 |
| 96. | ROXBERRY, DEWOOD | WOOSTER, OH 44691 | 330-201-7426 |

Page 6 of 6

roxberry

Total number found: 312

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 97. | ROXBERRY, DON G | 114 ANDERSON WAY<br>WILMORE, KY 40390-1099 | |
| 98. | ROXBERRY, DONALD M JR. | 565 N 4250<br>HUGO, OK 74743-3658 | 580-317-9377 |
| 99. | ROXBERRY, DONALD MILTON JR. | 503 S 5TH<br>HUGO, OK 74743-6211 | 580-317-9377 |
| 100. | ROXBERRY, DONALD L | 1103 WINFIELD<br>MEADVILLE, PA 16335-2755 | 814-853-4523 |

Terms:            last-name(roxberry) maxresults(500)
Date/Time:        Wednesday, May 14, 2025 3:15 PM
Permissible Use:  Your DPPA Permissible Use: I have no permissible use
                  Your Secondary DPPA Permissible Use: None
                  Your GLBA Permissible Use: I have no permissible use

Copyright © 2025 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

End of Document

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on May 21, 2025 for
**U.S. Trademark Application Serial No. 98863067**

A USPTO examining attorney has reviewed your trademark application and issued an Office action. You must respond to this Office action to avoid your application abandoning. Follow the steps below.

**(1) Read the Office action**. This email is NOT the Office action.

**(2) Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS). Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

# GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney.** If you do not have an attorney and are not required to

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process.  The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

# EXHIBIT C

## to

## First Amended Complaint for Trademark Infringement, Unfair Competition, Deceptive Trade Practices, and Cancellation of Trademark Registration



**CHAD S. PEHRSON**
cpehrson@knh.law

Salt Lake: 801.939.3698   San Diego: 619-371-5511

**Date:** January 20, 2026

**Via Email and Certified Mail**

Roxberry Naturals, Inc.
1753 Upper Chelsea Road, Columbus, Ohio
info@roxberry.com
whitney@roxberry.com

KBHR Statutory Agent Corp.
PO BOX 361715
Columbus OH 43236

CC: Samantha Quimby, Frost Brown Todd LLP, Suite 2300, 10 West Broad Street, Columbus, OH 43215, squimby@fbtgibbons.com

Dear Roxberry Naturals, Inc.:

We represent Roxberry Licensing, LLC, the owner and licensor of the ROXBERRY brand used continuously in U.S. commerce since at least 2008 in connection with fruit-based beverages, smoothies, and related products.

It has come to our client's attention that Roxberry Naturals, Inc. is marketing and selling beverage products nationwide under the name ROXBERRY, including through mass retail channels and online commerce. Your company's use of ROXBERRY is unauthorized and infringes our client's trademark rights.

We are not aware of disputes as to the key facts:
- Roxberry Licensing is the senior user of the ROXBERRY mark, with nearly two decades of continuous use.
- Your company did not begin use until September 2024.
- Your attempt to register the ROXBERRY word mark was refused by the USPTO on likelihood-of-confusion grounds and subsequently abandoned.
- Despite that refusal and notice, your company has proceeded with expanded nationwide use of the ROXBERRY name for beverages.

Your continued use of ROXBERRY creates a likelihood of consumer confusion, dilutes our client's brand, and constitutes infringement under federal and state law, including the Lanham Act.

Accordingly, Roxberry Licensing, LLC hereby demands that Roxberry Naturals, Inc.:
1. Immediately cease all use of the ROXBERRY name and any confusingly similar designation in connection with beverages or related products;



**CHAD S. PEHRSON**
cpehrson@knh.law

Salt Lake: 801.939.3698    San Diego: 619-371-5511

2.  Remove ROXBERRY from all product names, packaging, labels, marketing materials, websites, social media, and advertising;
3.  Cease distribution and sale of any products bearing the ROXBERRY name;
4.  Provide written confirmation within fourteen (14) days of the steps taken to comply with these demands.

We look forward to your prompt confirmation of compliance to avoid the need for further action. Nothing in this letter constitutes a waiver of any rights, claims, or remedies, all of which are expressly reserved.

Best Regards,

Chad S. Pehrson

www.knh.law

 Outlook

---

## Cease and Desist Demand from Roxberry

---

**From** Chad Pehrson <cpehrson@knh.law>

**Date** Wed 1/21/2026 8:00 AM

**To** whitney@roxberry.com <whitney@roxberry.com>; info@roxberry.com <info@roxberry.com>

**Cc** squimby@fbtgibbons.com <squimby@fbtgibbons.com>; Andrea Coats <acoats@knh.law>

📎 1 attachment (187 KB)

2026.1.20 KNH C-D to Roxberry Naturals.pdf;

Please see attached correspondence re trademark infringement.

Best,



**CHAD S. PEHRSON**

Partner

Salt Lake: 801.939.3698
San Diego: 619-371-5511
knh.law

*"Perfection is achieved, not when there is nothing more to add, but when there is nothing left to take away."*

— Antoine de Saint-Exupéry, *Airman's Odyssey*

From:   **Mailform <support@mailform.io>**

To:   **"Andrea Coats" <acoats@knh.law>**

Date:   1/21/2026 6:27:22 PM

Subject:   You sent 1 envelope (2 pages)

# Order #5c973552-7586-4325-978d-c675f3a7d735

| **Document Count:** | 1 |
|---|---|
| **Pages Mailed:** | 2 |
| **Recipients:** | 1 |
| **Return Address:** | **Chad Pehrson**<br><br>**50 W Broadway 9th Floor**<br>**Salt Lake City, UT, 84101**<br>**United States** |
| **Total:** | **$16.36** |
| **Paid:** | **$16.36** |

**View Receipt**

| **Contents** | **Sent To:** |
|---|---|
| 2026.1.20 KNH C-D to Roxberry Naturals.pdf | Samantha Quimby<br>Frost Brown Todd LLP<br>10 West Broad Street, Suite 2300<br>Columbus, OH, 43215<br>United States<br>SINGLE SIDED   COLOR   CERTIFIED   ELECTRONIC RETURN RECEIPT<br>**Estimated Delivery: January 27, 2026** |

From: **Mailform <support@mailform.io>**

To: **"Andrea Coats" <acoats@knh.law>**

Date: 1/21/2026 6:18:30 PM

Subject: You sent 1 envelope (2 pages)

# Order #5c8b210c-0431-46e8-befc-3cf4bb267fba

| | |
|---|---|
| **Document Count:** | 1 |
| **Pages Mailed:** | 2 |
| **Recipients:** | 1 |
| **Return Address:** | **Chad Pehrson**<br><br>**50 W Broadway 9th Floor**<br>**Salt Lake City, UT, 84101**<br>**United States** |
| **Total:** | **$16.36** |
| **Paid:** | **$16.36** |

**View Receipt**

| Contents | Sent To: |
|---|---|
| 2026.1.20 KNH C-D to Roxberry Naturals.pdf | Whitney<br><br>1753 Upper Chelsea Road<br>Columbus, OH, 43212<br>United States |

SINGLE SIDED  COLOR  CERTIFIED  ELECTRONIC RETURN RECEIPT

**Estimated Delivery:** January 27, 2026

From:    **Mailform <support@mailform.io>**

To:    **"Andrea Coats" <acoats@knh.law>**

Date:    1/21/2026 6:23:45 PM

Subject:    You sent 1 envelope (2 pages)

# Order #6d600084-4616-4195-8415-3a9ace1de083

| | |
|---|---|
| **Document Count:** | 1 |
| **Pages Mailed:** | 2 |
| **Recipients:** | 1 |
| **Return Address:** | **Chad Pehrson**<br>**KNH**<br>**50 W Broadway, 9th Floor**<br>**Salt Lake City, UT, 84101**<br>**United States** |
| **Total:** | **$16.36** |
| **Paid:** | **$16.36** |

**View Receipt**

| Contents | Sent To: |
|---|---|
| 2026.1.20 KNH C-D to Roxberry Naturals.pdf | KBHR Statutory Agent Corp.<br>KBHR Statutory Agent Corp.<br>PO Box 361715<br>Columbus, OH, 43236<br>United States |

SINGLE SIDED    COLOR    CERTIFIED    ELECTRONIC RETURN RECEIPT

**Estimated Delivery: January 27, 2026**