# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROXBERRY LICENSING, LLC, a Utah limited liability company,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>ROXBERRY NATURALS, INC., a Delaware corporation,<br><br>Defendant and Counter-Claimant. | **[PROPOSED] ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, DECEPTIVE TRADE PRACTICES, AND CANCELLATION OF TRADEMARK REGISTRATION**<br><br>Case No.   2:26-cv-00126-JNP-JCB<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

Based on the parties' stipulation, IT IS HEREBY ORDERED that:

1.      Plaintiff's First Amended Complaint, attached as Exhibit 1 to the Stipulation, is deemed filed as of the date of this Order and shall be the operative complaint in this action.

2.      Defendant shall answer or otherwise respond to the First Amended Complaint within **twenty-one (21) days** of the date of this Order and shall file its response to Plaintiff's Motion for Preliminary Injunction [Dkt. 16] by no later than **April 10, 2026**.

3.      Defendant's existing Counterclaim [Dkt. 9] remains in full force and effect.

**IT IS SO ORDERED.**

DATED this ___ day of April 2026.

_____
JILL N. PARRISH
United States District Judge

1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2026, I caused to be filed a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, DECEPTIVE TRADE PRACTICES, AND CANCELLATION OF TRADEMARK REGISTRATION** via the Court's CM/ECF system, which also effectuated service on all counsel of record:

Aaron T. Brogdon — abrogdon@fbtgibbons.com


                                             */s/Thomas D. Briscoe*

2