# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROXBERRY LICENSING, LLC,<br><br>        Plaintiff and Counter-Defendant,<br><br>    v.<br><br>ROXBERRY NATURALS, INC.,<br><br>        Defendant and Counter-Claimant. | **ORDER GRANTING STIPULATION TO FILE FIRST AMENDED COMPLAINT**<br><br>Case No.   2:26-cv-00126-JNP-JCB<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

Based on the parties' stipulation, ECF No. 23, IT IS HEREBY ORDERED that:

1.       Plaintiff Roxberry Licensing, LLC has leave of court to file the proposed First Amended Complaint, attached as Exhibit 1 to the Stipulation. Roxberry Licensing must file the complaint by **April 9, 2026**.

2.       Defendant Roxberry Naturals, Inc. shall answer or otherwise respond to the First Amended Complaint by **April 23, 2026**.

3.        Roxberry Naturals shall file its response to the plaintiff's Motion for Preliminary Injunction [Dkt. 16] by no later than **April 10, 2026**.

4.       Roxberry Naturals' existing Counterclaim [Dkt. 9] remains in full force and effect.

**IT IS SO ORDERED.**

DATED April 2, 2026.

_____
JILL N. PARRISH
United States District Judge

1