Thomas D. Briscoe (16788)
Stephen Mouritsen (16523)
Chad Pehrson (12622)
**KNH LLP**
50 W. Broadway, 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
Email: tbriscoe@knh.law
Email: smouritsen@knh.law
Email: cpehrson@knh.law

*Attorneys for Plaintiff
and Counter-Defendant*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROXBERRY LICENSING, LLC, a Utah limited liability company, | **STIPULATED MOTION FOR APPROVAL OF ATTORNEY PLANNING MEETING REPORT** |
| Plaintiff and Counter-Defendant, | |
| v. | Case No.  2:26-cv-00126-JPN |
| ROXBERRY NATURALS, INC., a Delaware corporation, | Judge Jill N. Parrish |
| Defendant and Counter-Claimant. | Magistrate Judge Jared C. Bennett |

Plaintiff/Counter-Defendant Roxberry Licensing, LLC and Defendant/Counter-Claimant

Roxberry Naturals, Inc., through their respective attorneys, jointly motion the Court for approval

of the attached Attorney Planning Meeting Report ("**EXHIBIT 1**").  A Proposed Scheduling

Order is filed concurrently with the motion.

1

IT IS SO STIPULATED.

Dated this 9th date of April 2026.

**KNH LLP**

*/s/Thomas D. Briscoe*
Thomas D. Briscoe
Stephen Mouritsen
Chad Pehrson
*Attorneys for Plaintiff and Counter-Defendant*

Dated this 9th date of April 2026.

**FBT Gibbons LLP**

*/s/Aaron T. Brogdon\**
Aaron T. Brogdon
*Attorneys for Defendant and Counter-Claimant*

*\*Signed with attorney's permission
granted via email dated 04/09/2026*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 9, 2026, I caused to be filed a true and correct copy of the foregoing **STIPULATED MOTION FOR APPROVAL OF ATTORNEY PLANNING MEETING REPORT** via the Court's CM/ECF system, which also effectuated service on all counsel of record. The following have been served via electronic mail as follows:

Aaron T. Brogdon abrogdon@fbtgibbons.com

Samantha M. Quimby squimby@fbtgibbons.com

Cance V. VanDrake vvandrake@fbtgibbons.com

*/s/Thomas D. Briscoe*