# EXHIBIT B
## to
## First Amended Complaint for Trademark Infringement, Unfair Competition, Deceptive Trade Practices, and Cancellation of Trademark Registration

| | |
|---|---|
| **To:** | Samantha M. Quimby(trademarks@fbtlaw.com) |
| **Subject:** | U.S. Trademark Application Serial No. 98863067 - ROXBERRY - - 0773407 |
| **Sent:** | May 21, 2025 07:29:16 PM EDT |
| **Sent As:** | tmng.notices@uspto.gov |

### Attachments

5495492
4105171
5386808
7560778
4735745
4367713
6037084
7626804
6616018
6654481
5615344
7122890
5980990
screencapture-www-merriam-webster-com-dictionary-roxberry-17478522881221
screencapture-www-whitepages-com-name-Roxbury-17478525976311
screencapture-www-whitepages-com-name-Roxbury-17478526555871
LEXIS Surname_ROXBERRY_98863067_Page_1.jpg
LEXIS Surname_ROXBERRY_98863067_Page_2.jpg
LEXIS Surname_ROXBERRY_98863067_Page_3.jpg
LEXIS Surname_ROXBERRY_98863067_Page_4.jpg
LEXIS Surname_ROXBERRY_98863067_Page_5.jpg
LEXIS Surname_ROXBERRY_98863067_Page_6.jpg

### United States Patent and Trademark Office (USPTO)
#### Office Action (Official Letter) About Applicant's Trademark Application

**U.S. Application Serial No.** 98863067

**Mark:** ROXBERRY

**Correspondence Address:**
Samantha M. Quimby
Frost Brown Todd LLP
10 West Broad Street
Suite 2300
Columbus OH 43215
United States

**Applicant:** Roxberry Naturals Inc.

**Reference/Docket No.** 0773407

**Correspondence Email Address:** trademarks@fbtlaw.com

# NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:**  May 21, 2025

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

## SUMMARY OF ISSUES:

- Section 2(d) refusal - Likelihood of confusion
- Section 2(e)(4) refusal - Primarily merely a surname

## SECTION 2(d) REFUSAL - LIKELIHOOD OF CONFUSION

Registration of the applied-for mark is refused because of a likelihood of confusion with the mark in U.S. Registration No. 5495492. Trademark Act Section 2(d), 15 U.S.C. §1052(d); *see* TMEP §§1207.01 *et seq.* See the attached registration.

In this case, applicant seeks to register ROXBERRY for "Dietary supplemental drinks; Dietary and nutritional supplements" in International Class 5.  The registered mark is ROXBERRY JUICE CO. and design for "Fruit and vegetable juice drinks, namely, fruit, vegetable and grass drinks and smoothies; non-alcoholic beverages containing fruit juices; organic smoothies; smoothies containing grains and oats" in International Class 32.

Trademark Act Section 2(d) bars registration of an applied-for mark that is so similar to a registered mark that it is likely consumers would be confused, mistaken, or deceived as to the commercial source of the goods and/or services of the parties. *See* 15 U.S.C. §1052(d). Likelihood of confusion is determined on a case-by-case basis by applying the factors set forth in *In re E. I. du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973) (called the "*du Pont* factors"). *In re i.am.symbolic, llc*, 866 F.3d 1315, 1322, 123 USPQ2d 1744, 1747 (Fed. Cir. 2017). Any evidence of record related to those factors need be considered; however, "not all of the *DuPont* factors are relevant or of similar weight in every case." *In re Guild Mortg. Co.*, 912 F.3d 1376, 1379, 129 USPQ2d 1160, 1162 (Fed. Cir. 2019) (quoting *In re Dixie Rests., Inc.*, 105 F.3d 1405, 1406, 41 USPQ2d 1531, 1533 (Fed. Cir. 1997)).

Although not all *du Pont* factors may be relevant, there are generally two key considerations in any likelihood of confusion analysis: (1) the similarities between the compared marks and (2) the relatedness of the compared goods and/or services. *See In re i.am.symbolic, llc*, 866 F.3d at 1322, 123 USPQ2d at 1747 (quoting *Herbko Int'l, Inc. v. Kappa Books, Inc.*, 308 F.3d 1156, 1164-65, 64 USPQ2d 1375, 1380 (Fed. Cir. 2002)); *Federated Foods, Inc. v. Fort Howard Paper Co.*, 544 F.2d 1098, 1103, 192 USPQ 24, 29 (C.C.P.A. 1976) ("The fundamental inquiry mandated by [Section] 2(d) goes to the cumulative effect of differences in the essential characteristics of the goods [or services] and differences in the marks."); TMEP §1207.01.

### *Comparison of the Marks*

In this case, applicant's mark is ROXBERRY (in standard characters). The registered mark is ROXBERRY JUICE CO. and design.

Applicant's mark creates a similar commercial impression to the registrant's mark because both marks include the term "ROXBERRY." Marks may be confusingly similar in appearance where similar terms or similar parts of terms appear in the compared marks and create a similar overall commercial impression. *See Crocker Nat'l Bank v. Canadian Imperial Bank of Com.*, 228 USPQ 689, 690-91 (TTAB 1986) (holding COMMCASH and COMMUNICASH confusingly similar), *aff'd sub nom. Canadian Imperial Bank of Com. v. Wells Fargo Bank, N.A.*, 811 F.2d 1490, 1492, 1495, 1 USPQ2d 1813, 1814-15, 1817 (Fed. Cir. 1987); *In re Corning Glass Works*, 229 USPQ 65, 66 (TTAB 1985) (holding CONFIRM and CONFIRMCELLS confusingly similar); *In re Pellerin Milnor Corp.*, 221 USPQ 558, 560 (TTAB 1983) (holding MILTRON and MILLTRONICS confusingly similar); *Sun Elec. Corp. v. Sun Oil Co.*, 196 USPQ 450, 452 (TTAB 1977) (holding SUNELECT and SUN ELECTRIC confusingly similar); *In re BASF Aktiengesellschaft*, 189 USPQ 424, 424 (TTAB 1976) (holding LUTEX and LUTEXAL confusingly similar); TMEP §1207.01(b)(ii)-(iii).

Although marks are compared in their entireties, one feature of a mark may be more significant or dominant in creating a commercial impression. *See In re Detroit Athletic Co.*, 903 F.3d 1297, 1305, 128 USPQ2d 1047, 1050 (Fed. Cir. 2018) (citing *In re Dixie Rests.*, 105 F.3d 1405, 1407, 41 USPQ2d 1531, 1533-34 (Fed. Cir. 1997)); TMEP §1207.01(b)(viii), (c)(ii). Greater weight is often given to this dominant feature when determining whether marks are confusingly similar. *See In re Detroit Athletic Co.*, 903 F.3d at 1305, 128 USPQ2d at 1050 (citing *In re Dixie Rests.*, 105 F.3d at 1407, 41 USPQ2d at 1533-34).

In this case, the term "ROXBERRY" is the dominant part of the registrant's mark for the following reasons.

First, the additional wording in the registrant's mark, "JUICE CO.," is highly descriptive (if not generic) as applied to the registrant's goods and has, therefore, been disclaimed. Disclaimed matter that is descriptive of or generic for a party's goods and/or services is typically less significant or less dominant when comparing marks. *See In re Detroit Athletic Co.*, 903 F.3d 1297, 1305, 128 USPQ2d 1047, 1050 (Fed. Cir. 2018) (citing *In re Dixie Rests., Inc.*, 105 F.3d 1405, 1407, 41 USPQ2d 1531, 1533-34 (Fed. Cir. 1997)); *Made in Nature, LLC v. Pharmavite LLC*, 2022 USPQ2d 557, at *41 (TTAB 2022); TMEP §1207.01(b)(viii), (c)(ii).

Second, "ROXBERRY" is the first wording in the registrant's mark. Consumers are generally more inclined to focus on and remember the first word, prefix, or syllable in a mark. *See Palm Bay Imps.,*

*Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1372, 73 USPQ2d 1689, 1692 (Fed. Cir. 2005) (finding similarity between VEUVE ROYALE and two VEUVE CLICQUOT marks in part because "VEUVE . . . remains a 'prominent feature' as the first word in the mark and the first word to appear on the label"); *Century 21 Real Estate Corp. v. Century Life of Am.*, 970 F.2d 874, 876, 23 USPQ2d 1698, 1700 (Fed Cir. 1992) (finding similarity between CENTURY 21 and CENTURY LIFE OF AMERICA in part because "consumers must first notice th[e] identical lead word"); *Sage Therapeutics, Inc. v. SageForth Psych. Servs., LLC*, Opp. No. 91270181, 2024 TTAB LEXIS 139, at *14-15 (2024) (finding similarity between SAGEFORTH and SAGE CENTRAL, in part because the "common 'sage' element" was dominant in both marks" as "the first elements"); TMEP §1207.01(b)(viii).

Third, while the registrant's mark includes a design element, when evaluating a composite mark consisting of words and a design, the word portion is normally accorded greater weight because it is likely to make a greater impression upon purchasers, be remembered by them, and be used by them to refer to or request the goods and/or services. *In re Viterra Inc.*, 671 F.3d 1358, 1362, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012) (quoting *CBS Inc. v. Morrow*, 708 F.2d 1579, 1581-82, 218 USPQ 198, 200 (Fed. Cir. 1983)); *Made in Nature, LLC v. Pharmavite LLC*, 2022 USPQ2d 557, at *41 (TTAB 2022) (quoting *Sabhnani v. Mirage Brands, LLC*, 2021 USPQ2d 1241, at *31 (TTAB 2021)); TMEP §1207.01(c)(ii). Thus, although marks must be compared in their entireties, the word portion is often considered the dominant feature and is accorded greater weight in determining whether marks are confusingly similar, even where the word portion has been disclaimed. *In re Viterra Inc.*, 671 F.3d at 1366-67, 101 USPQ2d at 1911 (citing *Giant Food, Inc. v. Nation's Foodservice, Inc.*, 710 F.2d 1565, 1570-71, 218 USPQ2d 390, 395 (Fed. Cir. 1983)).

Thus, applicant's mark ROXBERRY is identical in sound, connotation, meaning and commercial impression to the dominant element in the registrant's mark, "ROXBERRY." Marks are compared in their entireties for similarities in appearance, sound, connotation, and commercial impression. *In re Charger Ventures LLC*, 64 F.4th 1375, 1380, 2023 USPQ2d 451, at *3 (Fed. Cir. 2023) (citing *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1368, 101 USPQ2d 1713, 1720 (Fed. Cir. 2012); *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1371-72, 73 USPQ2d 1689, 1692 (Fed. Cir. 2005)); TMEP §1207.01(b)-(b)(v). "Similarity in any one of these elements may be sufficient to find the marks confusingly similar." *In re Inn at St. John's, LLC*, 126 USPQ2d 1742, 1746 (TTAB 2018) (citing *In re Davia*, 110 USPQ2d 1810, 1812 (TTAB 2014)), *aff'd per curiam*, 777 F. App'x 516, 2019 BL 343921 (Fed. Cir. 2019); TMEP §1207.01(b).

That applicant's mark merely deletes or omits wording from the registrant's mark does not obviate the confusing similarity between the marks. Although applicant's mark does not contain the entirety of the registered mark, applicant's mark is likely to appear to prospective purchasers as a shortened form of registrant's mark. *See In re Mighty Leaf Tea*, 601 F.3d 1342, 1348, 94 USPQ2d 1257, 1260 (Fed. Cir. 2010) (quoting *United States Shoe Corp.*, 229 USPQ 707, 709 (TTAB 1985)). Thus, merely omitting some of the wording from a registered mark may not overcome a likelihood of confusion. *See In re Mighty Leaf Tea*, 601 F.3d 1342, 94 USPQ2d 1257; *In re Optica Int'l*, 196 USPQ 775, 778 (TTAB 1977); TMEP §1207.01(b)(ii)-(iii). In this case, applicant's mark does not create a distinct commercial impression from the registered mark because it contains some of the wording in the registered mark and does not add any wording that would distinguish it from that mark.

Finally, applicant should note that where the goods and/or services of an applicant and registrant are "similar in kind and/or closely related," as is the case here, the degree of similarity between the marks required to support a finding of likelihood of confusion is not as great as in the case of diverse goods

and/or services. *In re J.M. Originals Inc.*, 6 USPQ2d 1393, 1394 (TTAB 1987); *see Shen Mfg. Co. v. Ritz Hotel Ltd.*, 393 F.3d 1238, 1242, 73 USPQ2d 1350, 1354 (Fed. Cir. 2004); TMEP §1207.01(b).

For all of the foregoing reasons, applicant's mark creates a similar overall commercial impression to the registrant's mark, and confusion is likely.

*Comparison of the Goods*

The compared goods and/or services need not be identical or even competitive to find a likelihood of confusion. *See On-line Careline Inc. v. Am. Online Inc.*, 229 F.3d 1080, 1086, 56 USPQ2d 1471, 1475 (Fed. Cir. 2000); *Recot, Inc. v. Becton*, 214 F.3d 1322, 1329, 54 USPQ2d 1894, 1898 (Fed. Cir. 2000); TMEP §1207.01(a)(i). They need only be "related in some manner and/or if the circumstances surrounding their marketing are such that they could give rise to the mistaken belief that [the goods and/or services] emanate from the same source." *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 1369, 101 USPQ2d 1713, 1722 (Fed. Cir. 2012) (quoting *7-Eleven Inc. v. Wechsler*, 83 USPQ2d 1715, 1724 (TTAB 2007)); TMEP §1207.01(a)(i); *see Made in Nature, LLC v. Pharmavite LLC*, 2022 USPQ2d 557, at *44 (TTAB 2022) (quoting *In re Jump Designs LLC*, 80 USPQ2d 1370, 1374 (TTAB 2006)).

Moreover, relatedness need not be established for each and every good or service listed in applicant's identification. It is sufficient for a finding of likelihood of confusion if relatedness is established for any item encompassed by the identification of goods or services in a particular class in the application. *See SquirtCo v. Tomy Corp.*, 697 F.2d 1038, 216 USPQ 937, 938-39 (Fed. Cir. 1983) (holding that a single good from among several may sustain a finding of likelihood of confusion); *Tuxedo Monopoly, Inc. v. Gen. Mills Fun Grp.*, 648 F.2d 1335, 209 USPQ 986, 988 (CCPA 1981) (likelihood of confusion must be found if there is likely to be confusion with respect to any item that comes within the identification of goods in the application); *Double Coin Holdings Ltd. v. Tru Dev.*, 2019 USPQ2d 377409, *6 (TTAB 2019); *In re Aquamar, Inc.*, 115 USPQ2d 1122, 1126, n.5 (TTAB 2015).

In this case, applicant seeks to register its mark for "Dietary supplemental drinks; Dietary and nutritional supplements" in International Class 5. The registrant uses its mark for "Fruit and vegetable juice drinks, namely, fruit, vegetable and grass drinks and smoothies; non-alcoholic beverages containing fruit juices; organic smoothies; smoothies containing grains and oats" in International Class 32.

Applicant's and registrant's goods are substantially related in that they are the types of goods commonly produced and sold by a single entity under the same mark and would be found in the same channels of trade. As such, the goods would be sold to the same class of purchasers and encountered under circumstances leading one to mistakenly believe the goods originate from a common source.

The trademark examining attorney has attached evidence from the USPTO's XSearch database consisting of a number of third-party marks registered for use in connection with the same or similar goods as those of both applicant and registrant in this case. This evidence shows that the goods listed therein, namely dietary supplement drinks, dietary and nutritional supplements, fruit and vegetable drinks and smoothies and/or non-alcoholic beverages containing fruit juices, are of a kind that may emanate from a single source under a single mark. *See In re I-Coat Co.*, 126 USPQ2d 1730, 1737 (TTAB 2018) (citing *In re Infinity Broad. Corp.*, 60 USPQ2d 1214, 1217-18 (TTAB 2001); *In re Albert Trostel & Sons Co.*, 29 USPQ2d 1783, 1785-86 (TTAB 1993); *In re Mucky Duck Mustard Co.*, 6 USPQ2d 1467, 1470 n.6 (TTAB 1988)); TMEP §1207.01(d)(iii).

*See* U.S. Registration Nos. 4105171, 4367713, 4735745, 5386808, 5615344, 5980990, 6037084, 6616018, 6654481, 7122890, 7560778, and 7626804.

Since the marks are similar and the goods are substantially related, there is a likelihood of confusion as to the source of applicant's goods. Accordingly, applicant's mark is refused registration under Trademark Act Section 2(d), 15 U.S.C. §1052(d); TMEP §1207.01 *et seq.* because applicant's mark so resembles the mark in U.S. Registration No. 5495492 as to be likely to cause confusion when used on or in connection with the goods identified in the application.

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.

Applicant should note the following additional ground for refusal.

## SECTION 2(e)(4) REFUSAL - PRIMARILY MERELY A SURNAME

Registration is refused because the applied-for mark is primarily merely a surname. Trademark Act Section 2(e)(4), 15 U.S.C. §1052(e)(4); *see* TMEP §1211.

An applicant's mark is primarily merely a surname if the surname, when viewed in connection with the applicant's recited goods and/or services, "'is the primary significance of the mark as a whole to the purchasing public.'" *Earnhardt v. Kerry Earnhardt, Inc.*, 864 F.3d 1374, 1377, 123 USPQ2d 1411, 1413 (Fed. Cir. 2017) (quoting *In re Hutchinson Tech. Inc.*, 852 F.2d 552, 554, 7 USPQ2d 1490, 1492 (Fed. Cir. 1988)); TMEP §1211.01.

The following five inquiries are often used to determine the public's perception of a term's primary significance:

> (1) Whether the surname is rare;
>
> (2) Whether anyone connected with applicant uses the term as a surname;
>
> (3) Whether the term has any recognized meaning other than as a surname;
>
> (4) Whether the term has the structure and pronunciation of a surname; and
>
> (5) Whether the term is sufficiently stylized to remove its primary significance from that of a surname.

*In re Colors in Optics, Ltd.*, 2020 USPQ2d 53784, at *1-2 (TTAB 2020) (citing *In re Benthin Mgmt. GmbH*, 37 USPQ2d 1332, 1333-34 (TTAB 1995) for the *Benthin* inquiries); TMEP §1211.01; *see also In re Etablissements Darty et Fils*, 759 F.2d 15, 16-18, 225 USPQ 652, 653 (Fed. Cir. 1985).

These inquiries are not exclusive, and any of these circumstances – singly or in combination – and any other relevant circumstances may be considered when making this determination. *In re Six Continents Ltd.*, 2022 USPQ2d 135, at *5 (TTAB 2022) (citing *In re tapio GmbH*, 2020 USPQ2d 11387, at *9 (TTAB 2020); *In re Olin Corp.*, 124 USPQ2d 1327, 1330 (TTAB 2017); *Azeka Bldg. Corp. v. Azeka*, 122 USPQ2d 1477, 1480 (TTAB 2017); *In re Integrated Embedded*, 120 USPQ2d 1504, 1506 n.4

(TTAB 2016)); TMEP §1211.01. For example, when the applied-for mark is not stylized, it is unnecessary to consider the fifth inquiry. *In re Yeley*, 85 USPQ2d 1150, 1151 (TTAB 2007); TMEP §1211.01.

Here, the following factors are most relevant and will be discussed in turn: whether the surname is rare, whether anyone connected with the applicant uses the term as a surname, whether the term has any recognized meaning other than as a surname, whether the term has the structure and pronunciation of a surname, and whether the term is sufficiently stylized.

Applicant has applied to register the mark ROXBERRY for use in connection with "Dietary supplemental drinks; Dietary and nutritional supplements" in Class 5.

### Surname Significance

The evidence attached from the *Lexis+®* surname database establishes that the term ROXBERRY is a surname. *See* attached evidence. In particular, this evidence shows the surname in the applied-for mark appearing over 300  times as a surname in the Lexis+® surname database, which is a weekly updated directory of cell phone and other phone numbers (such as voice over IP) from various data providers. Based on this evidence, the surname ROXBERRY appears to be rare.  however, the statute makes no distinction between rare and commonplace surnames and even a rare surname may be unregistrable under Trademark Act Section 2(e)(4) if its primary significance to purchasers is that of a surname. *See In re Etablissements Darty et Fils*, 759 F.2d 15, 16-18, 225 USPQ 652, 653 (Fed. Cir. 1985); *In re Beds & Bars Ltd.*, 122 USPQ2d 1546, 1551 (TTAB 2017); *In re Eximius Coffee, LLC*, 120 USPQ2d 1276, 1281 (TTAB 2016) (citing *In re E. Martinoni Co.*, 189 USPQ 589, 590-91 (TTAB 1975)); TMEP §1211.01(a)(v). There is no minimum amount of evidence needed to establish that a mark is primarily merely a surname. *See In re Etablissements Darty et Fils*, 759 F.2d at 17, 225 USPQ at 653; *In re Beds & Bars Ltd.*, 122 USPQ2d at 1548; TMEP §1211.02(b)(i).

**This factor weighs in favor of finding "ROXBERRY" to be primarily merely a surname.**

### Surname Association with Applicant

A term that is the surname of an individual applicant or that of an officer, founder, owner, or principal of applicant's business is probative evidence of the term's surname significance. TMEP §1211.02(b)(iv); *see, e.g.*, *In re Etablissements Darty et Fils*, 759 F.2d 15, 16, 225 USPQ 652, 653 (Fed. Cir. 1985) (holding DARTY primarily merely a surname where "Darty" was the surname of applicant's corporate president); *In re Eximius Coffee, LLC*, 120 USPQ2d 1276, 1278-80 (TTAB 2016) (holding ALDECOA primarily merely a surname where ALDECOA was the surname of the founder and individuals continuously involved in the business); *In re Integrated Embedded*, 120 USPQ2d 1504, 1507 (TTAB 2016) (holding BARR GROUP primarily merely a surname where BARR was the surname of the co-founder and applicant's corporate officer and GROUP was found "incapable of lending source-identifying significance to the mark"); *Miller v. Miller*, 105 USPQ2d 1615, 1620, 1622-23 (TTAB 2013) (holding MILLER LAW GROUP primarily merely a surname where "Miller" was the surname of the applicant and the term "law group" was found generic).

Here, there is no evidence of record that anyone connected with the Applicant has the ROXBERRY surname. However, the absence of a person connected with the applicant that has this surname is a neutral factor. *See In re Thermo LabSystems Inc.,* 85 USPQ2d 1285, 1287 (TTAB 2007).

**This factor is neutral.**

### Non-Surname Significance

Evidence that a term has no recognized meaning or significance other than as a surname is relevant to determining whether the term would be perceived as primarily merely a surname. *See In re Six Continents Ltd.*, 2022 USPQ2d 135, at *10-11 (TTAB 2022); *In re tapio GmbH*, 2020 USPQ2d 11387, at *11 (TTAB 2020); *In re Weiss Watch Co.*, 123 USPQ2d 1200, 1203 (TTAB 2017); TMEP §1211.02(b)(vi). The attached evidence from *Merriam-Webster* online dictionary shows that "ROXBERRY" does not appear in the dictionary. Thus, this term appears to have no recognized meaning or significance other than as a surname.

**This factor weighs in favor of finding "ROXBERRY" to be primarily merely a surname.**

### Structure and Pronunciation

The structure and pronunciation factor "is decidedly subjective in nature." *In re Benthin Mgmt. GmbH*, 37 USPQ2d 1332, 1333 (TTAB 1995); *see also In re Eximius Coffee*, 120 USPQ2d at 1280 (whether a term has the structure and pronunciation of a surname is a "decidedly subjective" inquiry). In this case, the term ROXBERRY has the structure and pronunciation of a surname. Indeed, it is highly similar to the surname Roxbury, which is not an uncommon surname. *See* attached evidence from WhitePages.com. Evidence that a term has the structure and pronunciation of a surname may contribute to a finding that the primary significance of the term is that of a surname. *In re tapio GmbH*, 2020 USPQ2d 11387, at *12 (TTAB 2020) (citing *In re Giger*, 78 USPQ2d 1405, 1409 (TTAB 2006)); *In re Eximius Coffee, LLC*, 120 USPQ2d 1276, 1280 (TTAB 2016); *see*; TMEP §1211.01(a)(vi).

**This factor weighs in favor of finding "ROXBERRY" to be primarily merely a surname.**

### Stylization of the Mark

Here, the mark is in standard character form, lacking any stylization which would remove its primary significance from that of a surname. Thus, the absence of stylization is a neutral factor in this analysis.

**This factor is neutral.**

Ultimately, based on the inquiries relevant herein, when purchasers encounter applicant's goods using the mark "ROXBERRY," they will immediately understand the primary significance of the mark as that of a surname. Therefore, registration is refused pursuant to Section 2(e)(4) of the Trademark Act.

AMENDMENT TO SUPPLEMENTAL REGISTER SUGGESTED

Although he applied-for mark has been refused registration on the Principal Register, applicant may respond to the refusal by submitting evidence and arguments in support of registration and/or by amending the application to seek registration on the Supplemental Register. *See* 15 U.S.C. §1091(c); 37 C.F.R. §§2.47, 2.75(a); TMEP §§801.02(b), 816. Amending to the Supplemental Register does not preclude applicant from submitting evidence and arguments against the refusal(s). TMEP §816.04.

*Benefits of Supplemental Registration*
Although registration on the Supplemental Register does not afford all the benefits of registration on

the Principal Register, it does provide the following advantages to the registrant:

(1)        Use of the registration symbol ® with the registered mark in connection with the designated goods and/or services, which provides public notice of the registration and potentially deters third parties from using confusingly similar marks.

(2)        Inclusion of the registered mark in the USPTO's database of registered and pending marks, which will (a) make it easier for third parties to find it in trademark search reports, (b) provide public notice of the registration, and thus (c) potentially deter third parties from using confusingly similar marks.

(3)        Use of the registration by a USPTO trademark examining attorney as a bar to registering confusingly similar marks in applications filed by third parties.

(4)        Use of the registration as a basis to bring suit for trademark infringement in federal court, which, although more costly than state court, means judges with more trademark experience, often faster adjudications, and the opportunity to seek an injunction, actual damages, and attorneys' fees and costs.

(5)        Use of the registration as a filing basis for a trademark application for registration in certain foreign countries, in accordance with international treaties.

*See* 15 U.S.C. §§1052(d), 1091(c), 1094; J. Thomas McCarthy, *McCarthy on Trademarks & Unfair Competition* §§19:33, 19:37 (rev. 4th ed. Supp. 2017).

Although applicant's mark has been refused registration, applicant may respond to the refusal(s) by submitting evidence and arguments in support of registration.

If applicant responds to the above refusal(s), applicant must also respond to the requirement(s) set forth below.

## RESPONSE GUIDELINES

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.**  File a **response form to this nonfinal Office action** or file a **request form for an extension of time to file a response**.

/Amy Kertgate/
Amy Kertgate
Examining Attorney
LO113--LAW OFFICE 113
(571) 272-1943
amy.kertgate@USPTO.GOV

## RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

**5495492**



| | |
|---|---|
| **Word Mark** | ROXBERRY JUICE CO. |
| **Goods/Services** | IC 032 US 045 048 046<br>Fruit and vegetable juice drinks, namely, fruit, vegetable and grass drinks and smoothies; non-alcoholic beverages containing fruit juices; organic smoothies; smoothies containing grains and oats<br>FIRST USE: 2006-01-01. FIRST USE IN COMMERCE: 2006-07-01. |
| **Register** | PRINCIPAL |
| **Serial Number** | 87470335 |
| **Filing Date** | 2017-05-31T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2018-04-03 |
| **Registration Number** | 5495492 |
| **Date Registered** | 2018-06-19 |
| **Owner** | (REGISTRANT) Roxberry Licensing, LLC (LIMITED LIABILITY COMPANY; UTAH, USA); 10975 South State Street, Sandy, Utah 84070, UNITED STATES |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 050503 |
| **Description of Mark** | • Color is not claimed as a feature of the mark.<br>• The mark consists of The stylized word "Roxberry" with a partial fleur de lis |

next to the "y" and the words "Juice Co." under "Roxberry".

**Disclaimer**          "JUICE CO."

**Live Dead Indicator**    LIVE

**Status**               SECTION 8 & 15-ACCEPTED AND ACKNOWLEDGED

**Attorney of Record**    Kara K Martin

**Print:** May 21, 2025 1:55 PM

**4105171**

# MONAVIE ACTIVE

| | |
|---|---|
| **Word Mark** | MONAVIE ACTIVE |
| **Goods/Services** | IC 005 US 044 051 052 006 046 005 018<br>Dietary and nutritional supplements; Dietary and nutritional supplements containing acai berry [; Nutritional supplements in the form of drinkable gels ]<br>FIRST USE: 2007-11-30. FIRST USE IN COMMERCE: 2007-11-30.<br><br>IC 032 US 045 048 046<br>Fruit juices and fruit drinks; Mixed fruit juice; Non-alcoholic beverages containing fruit juices<br>FIRST USE: 2006-08-31. FIRST USE IN COMMERCE: 2006-08-31. |
| **Register** | PRINCIPAL |
| **Serial Number** | 85357556 |
| **Filing Date** | 2011-06-27T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2011-12-13 |
| **Registration Number** | 4105171 |
| **Date Registered** | 2012-02-28 |
| **Owner** | • (REGISTRANT) MONAVIE LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 10855 S. River Front Parkway, Suite 100, South Jordan, UTAH 84095, UNITED STATES<br>• (LAST LISTED OWNER) JEUNESSE GLOBAL HOLDINGS, LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 701 International Parkway, Lake Mary, FLORIDA 32746, UNITED STATES |
| **Type of Mark** | TRADEMARK |

**Mark Drawing Code**          (4) STANDARD CHARACTER MARK

**Disclaimer**                 "ACTIVE"

**Live Dead Indicator**        LIVE

**Status**                     REGISTERED AND RENEWED

**Attorney of Record**         Jeffery M. Lillywhite

**Print:** May 21, 2025 2:19 PM

**5386808**



| | |
|---|---|
| **Word Mark** | POM |

**Goods/Services**

IC 001 US 001 010 026 006 046 005
Botanical extracts, including pomegranate extracts, for use in the preparation of pharmaceutical products and preparations
FIRST USE: 2007-05-31. FIRST USE IN COMMERCE: 2007-05-31.

IC 005 US 044 051 006 052 046 018
Food, dietary and nutritional supplements, including antioxidant supplements and supplements derived from and containing pomegranate extracts and plant extracts, including powders, liquids, capsules, and pills; nutraceuticals for use as a dietary supplement, including powders, liquids, capsules, and pills; nutritional additives for use in foods, including antioxidant additives and additives derived from and containing pomegranate extracts and plant extracts, including powders, liquids, capsules, and pills
FIRST USE: 2007-05-31. FIRST USE IN COMMERCE: 2007-05-31.

(CANCELLED) IC 029 US 046
[ [ Frozen fruits ] ]
FIRST USE: 2006-06-30. FIRST USE IN COMMERCE: 2006-06-30.

IC 030 US 046
Iced tea and tea-based beverages with fruit flavorings
FIRST USE: 2006-02-01. FIRST USE IN COMMERCE: 2006-03-06.

IC 032 US 045 048 046
Non-alcoholic fruit extracts used in the preparation of beverages; preparations for making fruit drinks; fruit flavored beverages; non-alcoholic beverages containing fruit juices; smoothies
FIRST USE: 2004-06-30. FIRST USE IN COMMERCE: 2004-06-30.

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Serial Number** | 78626155 |
| **Filing Date** | 2005-05-09T00:00:00 |
| **Original Filing Basis** | 1b |

| | |
|---|---|
| **Current Filing Basis** | 1a |
| **Publication Date** | 2009-11-17 |
| **Registration Number** | 5386808 |
| **Date Registered** | 2018-01-23 |
| **Owner** | (REGISTRANT) The Wonderful Company LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 11444 West Olympic Blvd., 10th Floor, Los Angeles, CALIFORNIA 90064, UNITED STATES |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 021101, 270305 |
| **Description of Mark** | • Color is not claimed as a feature of the mark.<br>• The mark contains the word "POM" with a heart design in place of the letter "O". |
| **Live Dead Indicator** | LIVE |
| **Status** | PARTIAL SECTION 8 & 15 ACCEPTED AND ACKNOWLEDGED |
| **Attorney of Record** | Danielle M. Criona, Esq. |

**Print:** May 21, 2025 2:19 PM

**7560778**

# BOOSTFUL⁺

| | |
|---|---|
| **Word Mark** | BOOSTFUL |
| **Goods/Services** | IC 005 US 044 051 006 046 052 005 018<br>Dietary supplements; Nutritional supplements; Protein dietary supplements<br>FIRST USE: 2024-08-01. FIRST USE IN COMMERCE: 2024-08-01.<br><br>IC 032 US 045 048 046<br>Aloe juice drinks; Aloe vera juices; Aloe vera drinks; Aloe vera drinks, non-alcoholic; Carbonated beverages, non-alcoholic; Coconut-based beverages not being milk substitutes; Coconut juice; Coconut water; Coconut water as beverage; Flavored water; Fruit drinks; Fruit nectars; Fruit punch; Ginger juice beverages; Herbal juices; Honey-based beverages, non-alcoholic; Protein-enriched sports beverages; Protein-enriched sports drinks; Punch, non-alcoholic; Smoothies; Sports drinks; Vegetable drinks; Vegetable juice; Water beverages; Whey beverages; Drinking water with vitamins; Drinking waters; Fruit juice; Non-alcoholic cocktails; Non-alcoholic fruit juice beverages containing milk; Non-alcoholic beverages flavored with coffee; Non-alcoholic beverages flavored with tea; Non-alcoholic beverages flavoured with coffee; Non-alcoholic beverages containing ginger juice; Non-alcoholic beverages containing ginseng juice; Non-alcoholic drinks containing ginger juice; Non-alcoholic drinks, namely, energy shots<br>FIRST USE: 2024-08-01. FIRST USE IN COMMERCE: 2024-08-01. |
| **Register** | PRINCIPAL |
| **Serial Number** | 98003490 |
| **Filing Date** | 2023-05-18T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2024-03-19 |
| **Registration Number** | 7560778 |
| **Date Registered** | 2024-11-05 |

| | |
|---|---|
| **Owner** | (REGISTRANT) BOOSTFUL NUTRITION INC. (CORPORATION; NORTH CAROLINA, USA); 113 Indian Branch Drive, Morrisville, NORTH CAROLINA 27560, UNITED STATES |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 241706 |
| **Description of Mark** | • Color is not claimed as a feature of the mark.<br>• The mark consists of the stylized word "BOOSTFUL" with a plus sign on the upper right hand side of the letter "L". |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED |
| **Attorney of Record** | Justin Brown |

**Print:** May 21, 2025 2:19 PM

**4735745**

# PURPS

| | |
|---|---|
| **Word Mark** | PURPS |
| **Goods/Services** | IC 005 US 044 051 006 052 046 018 DIETARY AND NUTRITIONAL SUPPLEMENTS; DIETARY SUPPLEMENTAL DRINKS; VITAMIN ENHANCED FLAVORED WATER AND BEVERAGES FIRST USE: 2014-04-16. FIRST USE IN COMMERCE: 2014-04-16. IC 032 US 045 048 046 NON-ALCOHOLIC FRUIT FLAVORED BEVERAGES; FRUIT JUICES; FRUIT DRINKS; ENERGY DRINKS; NON-ALCOHOLIC ENERGY SHOTS; FRUIT FLAVORED WATERS; SPORTS DRINKS FIRST USE: 2014-04-16. FIRST USE IN COMMERCE: 2014-04-16. |
| **Register** | PRINCIPAL |
| **Serial Number** | 85848287 |
| **Filing Date** | 2013-02-12T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2013-09-03 |
| **Registration Number** | 4735745 |
| **Date Registered** | 2015-05-12 |
| **Owner** | • (REGISTRANT) PURPLE LIFE LABORATORIES, LLC (LIMITED LIABILITY COMPANY; DELAWARE, USA); 864 PRODUCTION PLACE, NEWPORT BEACH, CALIFORNIA 92663, UNITED STATES • (LAST LISTED OWNER) PURPS LLC (LIMITED LIABILITY COMPANY; CALIFORNIA, USA); 864 PRODUCTION PLACE, |

NEWPORT BEACH, CALIFORNIA 92663, UNITED STATES

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Translation** | The wording "PURPS" has no meaning in a foreign language. |
| **Live Dead Indicator** | LIVE |
| **Status** | SECTION 8 & 15-ACCEPTED AND ACKNOWLEDGED |
| **Attorney of Record** | Jeremiah Reynolds |

**Print:** May 21, 2025 2:19 PM

**4367713**



| | |
|---|---|
| **Word Mark** | NINGXIA RED |
| **Goods/Services** | IC 005 US 044 051 052 006 046 018<br>Dietary and nutritional supplements<br>FIRST USE: 2012-10-31. FIRST USE IN COMMERCE: 2012-10-31.<br><br>IC 032 US 045 048 046<br>Fruit juices and fruit drinks<br>FIRST USE: 2012-10-31. FIRST USE IN COMMERCE: 2012-10-31. |
| **Register** | PRINCIPAL-2(F) |
| **Serial Number** | 85775088 |
| **Filing Date** | 2012-11-08T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2013-04-30 |
| **Registration Number** | 4367713 |
| **Date Registered** | 2013-07-16 |
| **Owner** | (REGISTRANT) Young Living Essential Oils, LC (LIMITED LIABILITY COMPANY; UTAH, USA); Legal Department, 1538 West Sandalwood Drive, Lehi, UTAH 84043, UNITED STATES |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 261702, 261706 |

| | |
|---|---|
| **Description of Mark** | • Color is not claimed as a feature of the mark.<br>• The mark consists of the stylized word "NINGXIA RED". |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED AND RENEWED |
| **Attorney of Record** | Chris Patterson |

**Print:** May 21, 2025 2:19 PM

**6037084**



| | |
|---|---|
| **Word Mark** | M |
| **Goods/Services** | IC 005 US 044 051 046 006 052 018<br>Dietary supplements; Nutritional supplements<br>FIRST USE: 2019-07-10. FIRST USE IN COMMERCE: 2019-07-10.<br><br>IC 032 US 045 048 046<br>Fruit juice beverages; Fruit-based beverages; Non-alcoholic beverages containing fruit juices<br>FIRST USE: 2019-07-10. FIRST USE IN COMMERCE: 2019-07-10. |
| **Register** | PRINCIPAL |
| **Serial Number** | 88631097 |
| **Filing Date** | 2019-09-25T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2020-02-04 |
| **Registration Number** | 6037084 |
| **Date Registered** | 2020-04-21 |
| **Owner** | (REGISTRANT) Jeunesse Global Holdings, LLC (LIMITED LIABILITY COMPANY; FLORIDA, USA); 701 International Parkway, Lake Mary, FLORIDA 32746, UNITED STATES |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Description of Mark** | • Color is not claimed as a feature of the mark. |

- The mark consists of a stylized letter "M".

**Live Dead Indicator**     LIVE

**Status**     REGISTERED

**Attorney of Record**     Jeffery M. Lillywhite

**Print:** May 21, 2025 2:19 PM

**7626804**

# MAKE TIME

| | |
|---|---|
| **Word Mark** | MAKE TIME |
| **Goods/Services** | IC 005 US 044 051 006 046 052 005 018<br>Protein dietary supplements formed and packaged as bars; Protein supplements formed and packaged as bars; Calcium supplements; Dietary supplements; Dietary and nutritional supplements; Food supplements; Herbal supplements; Homeopathic supplements; Nutritional supplement shakes; Nutritional supplements; Powdered nutritional supplement drink mix and concentrate; Probiotic supplements; Protein supplement shakes; Vitamin supplements FIRST USE: 2023-05-31. FIRST USE IN COMMERCE: 2023-05-31.<br><br>IC 032 US 045 048 046<br>Drinking water with vitamins; Smoothies; Beauty beverages, namely, fruit juices and energy drinks containing nutritional supplements; Frozen fruit-based beverages; Fruit beverages; Fruit smoothies; Fruit juice beverages; Fruit juices and fruit drinks; Isotonic beverages; Powders used in the preparation of fruit-based beverages; Vegetable smoothies; Vegetable juices; Water beverages FIRST USE: 2023-05-31. FIRST USE IN COMMERCE: 2023-05-31. |
| **Register** | PRINCIPAL |
| **Serial Number** | 90981085 |
| **Filing Date** | 2021-03-18T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2021-11-30 |
| **Registration Number** | 7626804 |
| **Date Registered** | 2024-12-24 |
| **Owner** | (REGISTRANT) Coco Baba, Inc. (CORPORATION; NEW YORK, USA); ML Mgmt 888 7th Avenue- 4th Floor, New York, New York 10106, UNITED |

STATES

**Type of Mark**          TRADEMARK

**Mark Drawing Code**     (4) STANDARD CHARACTER MARK

**Live Dead Indicator**   LIVE

**Status**                REGISTERED

**Attorney of Record**    Keith Cooper


**Print:** May 21, 2025 2:19 PM

**6616018**

# MITO

| | |
|---|---|
| **Word Mark** | MITO |
| **Goods/Services** | IC 005 US 044 051 006 046 052 005 018<br>Dietary supplemental drinks; Dietary supplemental drinks in the nature of vitamin and mineral beverages<br>FIRST USE: 2020-03-02. FIRST USE IN COMMERCE: 2021-05-21.<br><br>IC 032 US 045 048 046<br>Energy drinks; Non-alcoholic beverages containing fruit juices; Non-carbonated soft drinks<br>FIRST USE: 2020-03-02. FIRST USE IN COMMERCE: 2021-05-21. |
| **Register** | PRINCIPAL |
| **Serial Number** | 88829966 |
| **Filing Date** | 2020-03-11T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2020-07-21 |
| **Registration Number** | 6616018 |
| **Date Registered** | 2022-01-11 |
| **Owner** | (REGISTRANT) Progressive Brands, Inc. (CORPORATION; DELAWARE, USA); 6067 Olivas Park Drive, Suite A, Ventura, CALIFORNIA 93003, UNITED STATES |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |

**Status**                    REGISTERED

**Attorney of Record**        Joseph P. Schilleci, Jr.

**Print:** May 21, 2025 2:19 PM

Case 2:26-cv-00126-JNP-JCB    Document 28-2    Filed 04/13/26    PageID.846    Page 29 of 72

**Status**                    REGISTERED

**Attorney of Record**        Joseph P. Schilleci, Jr.

**6654481**

# NUTRASIDE

| | |
|---|---|
| **Word Mark** | NUTRASIDE |
| **Goods/Services** | IC 005 US 006 005 018 046 052 044 051<br>Dietary and nutritional supplements<br>FIRST USE: 2021-05-25. FIRST USE IN COMMERCE: 2021-05-25.<br><br>IC 032 US 045 048 046<br>Aerated fruit juices; Beauty beverages, namely, fruit juices and energy drinks containing nutritional supplements; Fruit beverages; Fruit drinks and juices; Fruit juices; Non-alcoholic beverages containing fruit juices<br>FIRST USE: 2021-05-25. FIRST USE IN COMMERCE: 2021-05-25. |
| **Register** | PRINCIPAL |
| **Serial Number** | 88949950 |
| **Filing Date** | 2020-06-05T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2020-10-20 |
| **Registration Number** | 6654481 |
| **Date Registered** | 2022-02-22 |
| **Owner** | (REGISTRANT) Nuñez Romero, Mario (INDIVIDUAL; MEXICO); Ciruelos 13, Residencial San Martinito S. A. Cholula, Puebla, 72810, MEXICO |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED |

**Print:** May 21, 2025 2:19 PM

**5615344**

# SHOT X

| | |
|---|---|
| **Word Mark** | SHOT X |
| **Goods/Services** | IC 005 US 044 051 006 052 046 018<br>Electrolyte drinks for medical purposes; Electrolyte replacement solutions; Electrolytes for medical use; Dietary supplement drink mixes; Dietary supplemental drinks; Dietary supplemental drinks in the nature of vitamin and mineral beverages; Medicinal drinks; Nutritional supplement in the nature of a nutrient-dense, protein-based drink mix; Powdered fruit-flavored dietary supplement drink mix; Powdered nutritional supplement drink mix; Powdered nutritional supplement drink mix and concentrate<br>FIRST USE: 2017-09-08. FIRST USE IN COMMERCE: 2017-09-08.<br><br>IC 032 US 045 048 046<br>Beer; Fruit drinks and fruit juices; Mineral and aerated water; Non-alcoholic drinks, namely, energy shots; Carbonated non-alcoholic drinks; Isotonic non-alcoholic drinks; Isotonic beverages; Mixed fruit juice; Prepared entrees consisting of fruit drinks and fruit juices, fruit-based beverages, non-alcoholic beverages containing fruit juices, non-alcoholic fruit extracts used in the preparation of beverages, non-alcoholic fruit juice beverages, vegetable juices, vegetable-fruit juices and smoothies; Sports drinks<br>FIRST USE: 2017-09-08. FIRST USE IN COMMERCE: 2017-09-08. |
| **Register** | PRINCIPAL |
| **Serial Number** | 87850096 |
| **Filing Date** | 2018-03-26T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2018-09-11 |
| **Registration Number** | 5615344 |
| **Date Registered** | 2018-11-27 |

| | |
|---|---|
| **Owner** | (REGISTRANT) TIRUPATI LIFESCIENCES (PARTNERSHIP; INDIA); VILLAGE - SURAJPUR, NAHAN ROAD, POANTA SAHIB, DISTT. SIRMOUR, H.P., 173025, INDIA |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Disclaimer** | "SHOT" |
| **Live Dead Indicator** | LIVE |
| **Status** | REGISTERED |

**Print:** May 21, 2025 2:19 PM

**7122890**

# S'MOSSIES

| | |
|---|---|
| **Word Mark** | S'MOSSIES |
| **Goods/Services** | IC 005 US 044 051 006 046 052 005 018<br>Nutritional dietary supplemental drinks; Powdered nutritional supplement drink mix and concentrate<br>FIRST USE: 2023-03-26. FIRST USE IN COMMERCE: 2023-03-26.<br><br>IC 032 US 045 048 046<br>Nutritional sports drinks; Nutritional fruit and vegetable drinks; fruit and vegetable juices, drinks and smoothies<br>FIRST USE: 2023-03-26. FIRST USE IN COMMERCE: 2023-03-26. |
| **Register** | PRINCIPAL |
| **Serial Number** | 97151664 |
| **Filing Date** | 2021-12-01T00:00:00 |
| **Original Filing Basis** | 1b |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2022-11-08 |
| **Registration Number** | 7122890 |
| **Date Registered** | 2023-07-25 |
| **Owner** | (REGISTRANT) Kinshasa, Jomo A. (INDIVIDUAL; USA) DBA Mr. Seamoss Brands; 8504 Firesstone Blvd, #473, Downey, CALIFORNIA 90241, UNITED STATES |
| **Type of Mark** | TRADEMARK |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Live Dead Indicator** | LIVE |

**Status**                    REGISTERED

**Print:** May 21, 2025 2:19 PM

Case 2:26-cv-00126-JNP-JCB     Document 28-2     Filed 04/13/26     PageID.852     Page 35 of 72

**Status**                    REGISTERED

**5980990**



| | |
|---|---|
| **Word Mark** | OCEAN SPRAY |

**Goods/Services**

IC 005 US 044 051 006 052 046 018
Dietary supplements; nutritional supplements; beverages containing vitamins, minerals, probiotics, prebiotics, fiber, caffeine, amino acids, herbs, or neutraceuticals for use as a dietary supplement
FIRST USE: 2016-09-01. FIRST USE IN COMMERCE: 2016-09-01.

IC 029 US 046
Fruit purees; drinkable fruit purees; fruit-based snack food; organic fruit-based food snacks; candied fruit snacks; dried fruit, dried fruit-based snacks; dehydrated fruit snacks; dried fruit-based snack bars; fruit-based snack foods, namely, fruit bites and fruit clusters; fruit cups comprised of processed fruits; sugar infused dried cranberries; snack food mixes consisting primarily of processed nuts, roasted nuts, dried fruits
FIRST USE: 1965-12-01. FIRST USE IN COMMERCE: 1965-12-01.

IC 030 US 046
Tea; iced tea; fruit teas; tea-based beverages; sparkling tea-based beverages; fruit sauces; drinkable fruit sauces; frozen confections, namely, fruit pops; granola; fruit-based sauces; tea-based drinks flavored with fruit; sparkling tea-based drinks flavored with fruit
FIRST USE: 1965-12-01. FIRST USE IN COMMERCE: 1965-12-01.

IC 031 US 001 046
Fresh fruit
FIRST USE: 1965-12-01. FIRST USE IN COMMERCE: 1965-12-01.

IC 032 US 045 048 046
Fruit juices and fruit drinks; non-alcoholic sparkling fruit juice beverages and fruit drinks; smoothies; 100% fruit juices; sports drinks; sports drinks containing fruit juice; fruit-flavored drinking water; sparkling fruit-flavored drinking water; bottled water; sparkling water; flavored water; sparkling flavored water; drinking water; non-carbonated non-alcoholic drinks fortified with vitamins and minerals; sparkling non-alcoholic drinks fortified with vitamins and minerals; fruit-based drinks flavored with tea; sparkling fruit-based drinks flavored with tea; juice based energy drinks; cranberry extract

sold as an integral ingredient in a water beverage; cranberry extract sold as an integral ingredient in a fruit beverage; cranberry extract sold as an integral ingredient in a fruit drink and juice; cranberry extract sold as an integral ingredient in a non-alcoholic carbonated beverage; beverages, namely, fruit juices, fruit drinks, non-alcoholic sparkling fruit juice beverages, sports drinks, fruit flavored drinking water, drinking water, sparkling water, sparkling flavored water, and energy drinks containing nutritional supplements
FIRST USE: 1964-10-31. FIRST USE IN COMMERCE: 1964-10-31.

IC 041 US 100 101 107
Entertainment services, namely, conducting contests and sweepstakes to promote food products, entertaining tips and party planning
FIRST USE: 2007-12-31. FIRST USE IN COMMERCE: 2007-12-31.

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Serial Number** | 88280287 |
| **Filing Date** | 2019-01-29T00:00:00 |
| **Original Filing Basis** | 1a |
| **Current Filing Basis** | 1a |
| **Publication Date** | 2019-11-26 |
| **Registration Number** | 5980990 |
| **Date Registered** | 2020-02-11 |
| **Owner** | (REGISTRANT) Ocean Spray Cranberries, Inc. (CORPORATION; DELAWARE, USA); Legal Department, One Ocean Spray Drive, Lakeville-Middleboro, MASSACHUSETTS 02349, UNITED STATES |
| **Type of Mark** | • TRADEMARK<br>• SERVICE MARK |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Code** | 060303, 260321 |
| **Description of Mark** | • The color(s) dark blue, white and light blue is/are claimed as a feature of the mark.<br>• The mark consists of the wording "OCEAN SPRAY" appearing in white inside a dark blue oval with a wave in the color light blue appearing at the right side of the oval and outlined in white at the crest. A light-blue-tinted white curved band appears on the wave to the right of the word "SPRAY" and on the crests of the wave. |
| **Live Dead Indicator** | LIVE |

**Status**                          REGISTERED

**Attorney of Record**              Julia Anne Matheson


**Print:** May 21, 2025 2:19 PM





## "roxberry"

The word you've entered isn't in the dictionary. Click on a spelling suggestion below or try again using the search bar above.

### Dictionary

| | | |
|---|---|---|
| rockberry | boxberry | rougeberry |
| foxberry | raspberry | oxberry |
| Rosebery | crowberry | Roxburgh |
| cowberry | rockberries | Dogberry |



### Thesaurus

| | | |
|---|---|---|
| raspberry | moxieberry | ferry |
| merry | remarry | sorry |
| wherry | worry | |

| | | |
|---|---|---|
| merry | remarry | sorry |
| wherry | worry | |



WORD OF THE DAY

hapless

See Definitions and Examples »

Get Word of the Day daily email!

Your email addres:     SUBSCRIBE

TEST YOUR VOCABULARY
Fashionable Words

See Definitions and Examples »

Get Word of the Day daily email!

Your email addres:     SUBSCRIBE

TEST YOUR VOCABULARY
Fashionable Words

Which of these items is named for a deadly weapon?

Fedora hat     Brogue shoes
Stiletto heel     Henley shirt

Test your knowledge - and maybe learn something along the way.
TAKE THE QUIZ »

Pick the best words!
PLAY »

ADVERTISEMENT



https://www.whitepages.com/name/Roxbury?fs=1&searchedName=roxbury

at 02:36:53, 05/21/2025





VIVAIA
Your Bunion's Bestie
The BFF shoes you've been waiting for.
SHOP NOW

VIVAIA
Your Bunion's Bestie
The BFF shoes you've been waiting for.



Get The Whitepages App:
App Store · Google Play

Reverse Phone

Reverse Address

Background Checks

Whitepages for Business

**Joseph P Roxbury**
AGE 65+
Bridgewater, NJ

View Details

| | |
|---|---|
| ADDRESSES | Bridgewater, NJ · Metuchen, NJ |
| MAY GO BY | Jp Roxbury |
| RELATED TO | Madilyn Ense Roxbury · Christopher R Roxbury · Barbara J Roxbury |
| EMAIL | cr____@yahoo.com |
| PHONE NUMBER | (908) |

View Cell Phone Numbers

**Jacqueline M Roxbury**
AGE 50s
South Plainfield, NJ

View Details

| | |
|---|---|
| ADDRESSES | South Plainfield, NJ · Rahway, NJ · Avenel, NJ |
| WORK | Workers Compensation Coordinator at Coworx Staffing Services |
| MAY GO BY | Jackie M Roxbury · Jacquel Roxbury · Jacqueline M Metroka |
| RELATED TO | Daniel R Metroka · Craig J Roxbury · Sandra L Madurski · Joan M Metroka |
| EMAIL | jr____@gmail.com |
| PHONE NUMBER | (908) |

View Cell Phone Numbers

**Theodore T Roxbury**
AGE 65+
Brooklyn, NY (Southwestern Brooklyn)

View Details

| | |
|---|---|
| ADDRESSES | Brooklyn, NY · Studio City, CA · Rego Park, NY · Norwalk, CT · New York, NY |
| MAY GO BY | Ted T Roxbury · Theodore Boxbury |
| RELATED TO | Jennifer L Roxbury · Yessenia T Roxbury |
| EMAIL | ca____@hotmail.com |
| PHONE NUMBER | (718) |

View Cell Phone Numbers

**Birth, Death, and Divorce Records for Roxbury**
Sponsored by Ancestry.com

| Roxbury | Roxbury | Roxbury |
|---|---|---|
| View Birth Records | View Death Records | View Divorce Records |

Get The Whitepages App:
App Store · Google Play

**Antoinette C Roxbury**
AGE 50s
Lanoka Harbor, NJ

View Details



Reverse Phone

Reverse Address

Background Checks

Whitepages for Business

ADDRESSES   Lanoka Harbor, NJ • Mastic, NY • Plainsboro, NJ • Barnegat, NJ
WORK        None at Wfh
MAY GO BY   Toni J Roxbury • Antoine Roxbury • Antoinett J Roxbury • Antoinett E Roxbury
RELATED TO  Stephanie K Cavanaugh • Kenneth G Roxbury • Donna M Mutford
EMAIL       kr        @comcast.net
PHONE NUMBER (609)

View Cell Phone Numbers

AGE 65+  **Eugene Jackie Roxbury**
         Nanuet, NY (Clarkstown)                                    View Details

ADDRESSES   Nanuet, NY • Philadelphia, PA • New Castle, DE • Salisbury, MD • Wilmington, DE
RELATED TO  Andre O Roxbury • Gabriel Dandre Roxbury • Angelo O Roxbury
EMAIL       g7        @hotmail.com
PHONE NUMBER (215)

View Cell Phone Numbers

AGE 65+  **John E Roxbury**
         Orangeburg, NY (Orangetown)                                View Details

ADDRESSES   Orangeburg, NY • Moonachie, NJ • Westwood, NJ
RELATED TO  Diane L Roxbury • Mary Jane Roxbury • Joseph E Biase • Helen R Roxbury
EMAIL       an        @meredith.com
PHONE NUMBER (845)

View Cell Phone Numbers

AGE 65+  **Patricia A Roxbury**
         New York, NY (Upper Manhattan)                             View Details

ADDRESSES   New York, NY • Glen Head, NY
MAY GO BY   Patricia Roxbury Sorensen • Per Sorensen • Per Sorenson
EMAIL       ja        @gmail.com
PHONE NUMBER (212)

View Cell Phone Numbers

AGE 65+  **Leonard B Roxbury**
         Bronx, NY (West Bronx)                                     View Details

ADDRESSES   Bronx, NY • Byron Center, MI • Bethpage, NY • Mc Lean, VA
RELATED TO  James Joseph Roxbury • Susanne J Roxbury • Winifred S Roxbury
EMAIL       mi        @gmail.com
PHONE NUMBER (718)

Get The Whitepages App:
App Store   Google Play

Reverse Phone

Reverse Address

Background Checks

Whitepages for Business

VIVAIA

**Your Bunion's Bestie**
The BFF shoes you've been waiting for.

SHOP NOW

VIVAIA



Get The Whitepages App:

Reverse Phone

Reverse Address

Background Checks

Whitepages for Business

View Cell Phone Numbers

**Michelle T Roxbury**
AGE 50s
Stewartsville, NJ (Greenwich)

View Details

ADDRESSES    Stewartsville, NJ • Nazareth, PA • Phillipsburg, NJ • High Bridge, NJ
MAY GO BY    Michele Roxbury • Michelle T Vibbert
RELATED TO   Blake Roxbury • Marissa Nicole Roxbury • James H Roxbury • Lindsay M Roxbury
EMAIL        mi▒▒@yahoo.com
PHONE NUMBER (610) ▒▒▒▒

View Cell Phone Numbers

**Todd G Roxbury**
AGE 50s
Downingtown, PA

View Details

ADDRESSES    Downingtown, PA • Haymarket, VA • West Chester, PA • Manassas, VA
MAY GO BY    Todd Glenn Roxbury • Roxbury Todd
RELATED TO   Janice D Roxbury • Jason E Roxbury • Glenn H Roxbury • Melanie A Reetz
EMAIL        ac▒▒@gmail.com
PHONE NUMBER (407) ▒▒▒▒

View Cell Phone Numbers

**Bernard J Roxbury**
AGE 50s
New York, NY (Downtown Manhattan)

View Details

ADDRESSES    New York, NY
RELATED TO   Karen K Roxbury
EMAIL        be▒▒@hotmail.com
PHONE NUMBER (212) ▒▒▒▒

View Cell Phone Numbers

**Daniel E Roxbury**
AGE 30s
Warwick, RI (Cowesett)

View Details

ADDRESSES    Warwick, RI • Bethlehem, PA • Somerville, NJ • Flemington, NJ • Menlo Park, CA
WORK         Associate Professor of Chemical Engineering at University Of Rhode Island
MAY GO BY    Daniel Edward Roxbury
RELATED TO   Julie D Roxbury • Amanda Rachel Cooney • Susan D Roxbury • Jeffrey J Roxbury
EMAIL        da▒▒@gmail.com
PHONE NUMBER (908) ▒▒▒▒

View Cell Phone Numbers

VIVAIA

Your Bunion's Bestie
The BFF shoes you've been waiting for.
SHOP NOW



AGE 40s · **Jason E Roxbury**
Haymarket, VA

View Details

ADDRESSES   Haymarket, VA • Cross Junction, VA
MAY GO BY   Jason Earl Roxbury
RELATED TO   Janice D Roxbury • Todd G Roxbury • Glenn H Roxbury • Melanie A Reetz
PHONE NUMBER   (540)

View Cell Phone Numbers

AGE 40s · **Andre O Roxbury**
Brooklyn, NY (Northern Brooklyn)

View Details

ADDRESSES   Brooklyn, NY • Ridgewood, NY
MAY GO BY   Andre A Roxbury Junior
RELATED TO   Lenise F Roxbury • Sabrina P Lopez
EMAIL   ar███@sovereignbank.com
PHONE NUMBER   (718)

View Cell Phone Numbers

AGE 65+ · **Susanne M Roxbury**
Montauk, NY (The Hamptons)

View Details

ADDRESSES   Montauk, NY • Gainesville, FL • Wainscott, NY • North Bellmore, NY
WORK   Lawyer at Susanne M Roxbury Esq P.C
MAY GO BY   Susane M Roxbury • Susanne Marie Roxbury
RELATED TO   Catherine T Enck • Brigham P Enck • James Patrick Roxbury
EMAIL   ju███@aol.com
PHONE NUMBER   (717)

View Cell Phone Numbers

AGE 65+ · **Rhea Jean Roxbury**
Butler, PA

View Details

ADDRESSES   Butler, PA
MAY GO BY   Rheajean Jean Roxbury • Rheajean Roxberry • Rheajean Foxbury • Roxbury Rhea
RELATED TO   Tiffany Marie Roxbury • Lynsie S Roxbury • Mark T Roxbury • Timothy A Roxbury
EMAIL   bu███@gmail.com
PHONE NUMBER   (724)

View Cell Phone Numbers

AGE 65+ · **Lorraine E Roxbury**
Bradenton, FL (Cortez)

View Details

ADDRESSES   Bradenton, FL • Larchmont, NY • Maspeth, NY • Bracey, VA

Get The Whitepages App:
App Store · Google Play

Reverse Phone
Reverse Address
Background Checks
Whitepages for Business

VIVAIA
Your Bunion's Bestie
The BFF shoes you've been waiting for.
SHOP NOW

VIVAIA

ADDRESSES ... Sarasota, FL ...

MAY GO BY      Lorraine E Robury

RELATED TO     Roberta J Lorch • Kenneth G Roxbury • James W Roxbury • Joan K Roxbury

EMAIL          be███@att.net

PHONE NUMBER   (941) █████

View Cell Phone Numbers

---

AGE 65+

**Edward A Roxbury**
Hudson, OH

View Details

ADDRESSES      Hudson, OH • Cuyahoga Falls, OH

MAY GO BY      Ed Allyn Roxbury • Edward Allyn Roxbury

RELATED TO     Bonita L Roxbury • Jennifer A Roxbury • Amy R Petersen • Scott Allen Roxbury

EMAIL          cr███@yahoo.com

PHONE NUMBER   (330) █████

View Cell Phone Numbers

---

AGE 65+

**Silvina W Roxbury**
Bronx, NY (West Bronx)

View Details

ADDRESSES      Bronx, NY • New York, NY

RELATED TO     Winifred S Roxbury • Leonard B Roxbury • Michelle Roxbury

PHONE NUMBER   (718) █████

View Cell Phone Numbers

---

AGE 50s

**Daniel E Roxbury**
Chesterland, OH

View Details

ADDRESSES      Chesterland, OH • Cleveland, OH • Meriden, CT • Wallingford, CT • Prospect, PA

MAY GO BY      Dan Eugene Roxbury • Dan K Roxbury • Daniel Eugene Roxbury • Daniel Robury

RELATED TO     Ronald J Roxbury • Leigh Ann Beck • Pamela Ruth Roxbury • Jacob Roxbury

PHONE NUMBER   (216) █████

View Cell Phone Numbers

---

AGE 65+

**James W Roxbury**
Boca Raton, FL (Boca Golf And Tennis Club)

View Details

ADDRESSES      Boca Raton, FL • Ossining, NY • Lighthouse Point, FL • Darien, CT • Longwood, FL

WORK           Senior Vice President, Group Account Director at Zimmerman Advertising

MAY GO BY      James Walter Roxbury

RELATED TO     Kenneth G Roxbury • Kenneth James Roxbury • Joan K Roxbury

EMAIL          jw███@yahoo.com

PHONE NUMBER   (407) █████

Your Bunion's Bestie
The BFF shoes you've been waiting for.
SHOP NOW
VIVAIA
Your Bunion's Bestie

Get The Whitepages App:
App Store   Google Play

Reverse Phone
Reverse Address
Background Checks
Whitepages for Business



Get The Whitepages App:
App Store    Google Play

Reverse Phone
Reverse Address
Background Checks
Whitepages for Business

View Cell Phone Numbers

AGE 40s
**Maria Tuah Roxbury**
Baltimore, MD (Northeastern Baltimore)
View Details

ADDRESSES  Baltimore, MD • Washington, DC • Silver Spring, MD • Inglewood, CA
MAY GO BY  Marta C Tuah
RELATED TO  Craig Stanford Roxbury • Anthony M Tuah • Carroll Cedric Roxbury
EMAIL  an█@hotmail.com
PHONE NUMBER  (410) █

View Cell Phone Numbers

AGE 30s
**Christopher R Roxbury**
Cleveland, OH (Fenway)
View Details

ADDRESSES  Cleveland, OH • Chicago, IL • Bridgewater, NJ • Baltimore, MD
WORK  Associate Professor at The University Of Chicago Medicine
MAY GO BY  Chris Roxbury
RELATED TO  Joseph P Roxbury • Madilyn Ense Roxbury • Barbara J Roxbury
EMAIL  cr█@yahoo.com
PHONE NUMBER  (908) █

View Cell Phone Numbers

< Previous    Page [1] of 5    Next >

Find more contact information for **Roxbury**
PREMIUM

**Winifred S Roxbury**
Bronx, NY • (718) 543-5723  View More
View Full Report
Phone | Current Address | Public Records | Criminal Records

**Michelle Roxbury**
Bronx, NY • (866) 639-5087  View More
View Full Report
Phone | Current Address | Public Records | Criminal Records

**Joseph P Roxbury**
Bridgewater, NJ • (908) 704-1385  View More
View Full Report

Get The Whitepages App:


Reverse Phone

Reverse Address

Background Checks

Whitepages for Business

Phone | Current Address | Public Records | Criminal Records

### FAQs about our top result for people named Roxbury

**What is Roxbury's phone number?**
Roxbury's phone number is (718) 543-5723. Roxbury's mobile phone area codes include 347 and 917. Michelle of 290 W 232nd St Apt 1C's home number is (866) 639-5087, and their cell phone starts with 917. We found 5 phone numbers for Roxbury of Bronx. Additional landline phone numbers for people named Roxbury include (908) 704-1385, (908) 222-2863, and (718) 674-6717.

**How can I contact Winifred Roxbury?**
You can contact them using a current cell phone number found in the Whitepages phone book directory. As of 2025, we found 5 phone numbers linked to Winifred Roxbury in Bronx, with service from major U.S. carriers like Verizon, AT&T, or T-Mobile.

**What is Roxbury's address?**
Winifred Roxbury's home address is 290 W 232nd St Apt 21A in Bronx, NY. View all 6 addresses for Winifred.

**What is Roxbury's email address?**
Winifred Roxbury's email address ends in @yahoo.com. We found 5 active emails for Winifred Roxbury.

**Who are Roxbury's relatives?**
Their family members include Leonard Roxbury, Silvina Roxbury, and Michelle Roxbury.

**What age is Roxbury?**
Winifred Roxbury is in their 65+. Learn how old they are and when they were born with Whitepages Premium.

**Does Roxbury go by other names or aliases?**
Yes, this person is also known as Winifred S Robury. This alias may include their birth name, married name, maiden name, or nickname.

**Where can I find Winifred Roxbury's public records and property records?**
Winifred Roxbury's public and property records can be found in a Whitepages background check.

**Does Winifred Roxbury have any criminal records?**
A Whitepages background report will check for any criminal and arrest records for Winifred Roxbury.

Get The Whitepages App:


Whitepages for Business




People Search > R > Roxbury > Roxbury

**Find**
People Search
Reverse Phone Lookup
Reverse Address Lookup
Background Checks
Email Search

**Your Whitepages**
Help
Privacy Policy
Terms of Use

**More**
White Pages
411.com
Peoplesearch.com
Property Intel



Get The Whitepages App:

Area Codes  |  Phone Numbers  |  Last Name Directory: A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

Background Checks | Whitepages for Business | Analyze & Compare Properties

**whitepages**
SEARCH. FIND. KNOW.

PEOPLE SEARCH          PHONE          REVERSE ADDRESS

Roxbury          e.g. Seattle, WA          Log In    Sign Up

https://www.whitepages.com/name/Roxbury?fs=1&searchedName=roxbury&page=2&source=onSite

at 02:37:51, 05/21/2025





Get The Whitepages App:

Reverse Phone

Reverse Address

Background Checks

Whitepages for Business



AGE 65+ **Jane S Roxbury**
Sandy, UT (Alta High)

ADDRESSES   Sandy, UT • Lebanon, NJ • Draper, UT • Hoboken, NJ • Frenchtown, NJ

WORK   Teacher of French at The Pingry School

RELATED TO   Celeste Elizabeth Chaney • Blair Elizabeth Fairman • Renata C Mannino • Joseph C Roxbury

EMAIL   jr***** @pingry.org

PHONE NUMBER   (908) *** ****

View Cell Phone Numbers

**View Details**

AGE 65+ **Sandra J Roxbury**
Hopkins, MI

ADDRESSES   Hopkins, MI • Allegan, MI

MAY GO BY   Sandra Jean Roxbury

RELATED TO   Darrin L Roxbury • Mandi Jo Roxbury • Matthew Donald Roxbury

EMAIL   62***** @gmail.com

PHONE NUMBER   (269) *** ****

View Cell Phone Numbers

**View Details**

AGE 30s **Lindsay M Roxbury**
Easton, PA

ADDRESSES   Easton, PA • Nazareth, PA • Stewartsville, NJ

RELATED TO   Blake Roxbury • Marissa Nicole Roxbury • Brian Michael Sadrovitz • James H Roxbury

EMAIL   mi***** @yahoo.com

PHONE NUMBER   (908) *** ****

View Cell Phone Numbers

**View Details**

AGE 20s **Camren Roxbury**
Virginia Beach, VA (Little Neck)

ADDRESSES   Virginia Beach, VA

RELATED TO   Keisha K Matthews • Khalia A Roxbury • Carroll Cedric Roxbury

EMAIL   ca***** @gmail.com

PHONE NUMBER   (757) *** ****

View Cell Phone Numbers

**View Details**

AGE 60s **Laforrest T Roxbury**
North Chesterfield, VA (Meadowbrook)

ADDRESSES   North Chesterfield, VA • Anaheim, CA • Richmond, VA • Chino, CA • Queenstown, MD

WORK   Information Technology Field Services Technician Specialist at Westrock Company

**View Details**

Get The Whitepapers App:
App Store   Google Play

Reverse Phone

Reverse Address

Background Checks

Whitepages for Business

Get The Whitepages App:
App Store   Google Play

Reverse Phone



**MAY GO BY** Laforrest Theodore Roxbury • Laforrest Theodore Roxbury Senior
**RELATED TO** Laforrest J Roxbury
**EMAIL** la***** @yahoo.com
**PHONE NUMBER** (770) *** ****

View Cell Phone Numbers

AGE 20s
**Mariah E Roxbury**
Chicora, PA

**ADDRESSES** Chicora, PA • Rimersburg, PA • East Brady, PA
**WORK** Customer Service Representative at Nt Concepts
**RELATED TO** Sarah E Roxbury
**EMAIL** mr***** @gmail.com
**PHONE NUMBER** (443) *** ****

View Cell Phone Numbers

View Details

AGE --
**Youth Works Roxbury**
Charlestown, MA (Thompson Square - Bunker Hill)

**ADDRESSES** Charlestown, MA

View Cell Phone Numbers

View Details

AGE 30s
**Claudia K Roxbury**
Grand Rapids, MI (Kentwood)

**ADDRESSES** Grand Rapids, MI • Jenison, MI
**MAY GO BY** Claudia Kay Roxbury
**RELATED TO** James Joseph Roxbury • Jessica Lee Roxbury • Erica J Roxbury
**EMAIL** er***** @gmail.com
**PHONE NUMBER** (616) *** ****

View Cell Phone Numbers

View Details

AGE 40s
**Kevin A Roxbury**
Cleveland, OH (Parma)

**ADDRESSES** Cleveland, OH • Hudson, OH • Lakewood, OH • Farmington, CT • Stow, OH
**MAY GO BY** Kevin Allen Roxbury
**RELATED TO** William D Roxbury • Kimberly A Roxbury
**EMAIL** bo***** @yahoo.com
**PHONE NUMBER** (440) *** ****

View Cell Phone Numbers

View Details

Reverse Address
Background Checks
Whitepages for Business

Get The Whitepages App:
App Store  Google Play

Reverse Phone
Reverse Address
Background Checks
Whitepages for Business



**John R Roxbury**
AGE 50s
Prattville, AL

ADDRESSES   Prattville, AL • Calera, AL • Raleigh, NC • Milford, DE
MAY GO BY    John Roxbery • John Roxbuy
RELATED TO   Lindsey A Roxbury • John R Roxbury • Sheila K Roxbury
EMAIL        j.***** @yahoo.com
PHONE NUMBER (334) *** ****

View Cell Phone Numbers

View Details

**Karen Roxbury**
AGE --
Belford, NJ

ADDRESSES   Belford, NJ
RELATED TO   Karen K Roxbury
EMAIL        ra***** @verizon.net
PHONE NUMBER (732) *** ****

View Cell Phone Numbers

View Details

**Daniel E Roxbury**
AGE 30s
Fond du Lac, WI

ADDRESSES   Fond du Lac, WI • Campbellsport, WI • Eden, WI
RELATED TO   Nora J Wehner • Cassandra L Roxbury • Nikita Marie Henthorn
EMAIL        nj***** @hotmail.com
PHONE NUMBER (920) *** ****

View Cell Phone Numbers

View Details

**T J Roxbury Jr**
AGE 60s
Somerset, NJ

ADDRESSES   Somerset, NJ • Houston, TX • Bloomfield, NJ • Monmouth Junction, NJ
MAY GO BY    Ted J Roxbury • Theo Roxbury • Theodore J Roxbury • Theodore J Roxbury Jr
EMAIL        tj***** @aol.com
PHONE NUMBER (732) *** ****

View Cell Phone Numbers

View Details

**Edward V Roxbury V**
AGE 65+
Hillsborough, NJ

ADDRESSES   Hillsborough, NJ • Somerset, NJ • Edison, NJ
WORK         Senior Product Support Specialist at Brother International Corporation
MAY GO BY    Ed V Roxbury • Edward Roxbury Junior

View Details

Get The Whitepages App:
App Store    Google Play

Reverse Phone

Reverse Address

Background Checks

Whitepages for Business



Get The Whitepages App:
App Store    Google Play

Reverse Phone
Reverse Address
Background Checks
Whitepages for Business

RELATED TO    Richard R Roxbury • Linda P Catarella • Kimberly A MacDowell • Edward V Roxbury
EMAIL    er***** @msn.com
PHONE NUMBER    (908) *** ****
View Cell Phone Numbers

AGE 50s    **Kimberly A Roxbury**
Cuyahoga Falls, OH (State Portage)
View Details

ADDRESSES    Cuyahoga Falls, OH • Stow, OH • Hudson, OH
WORK    Owner at Kar Photography
MAY GO BY    Kimberly Ann Roxbury-Presutti
RELATED TO    William D Roxbury • Stephen J Presutti • Kevin A Roxbury
EMAIL    th***** @yahoo.com
PHONE NUMBER    (330) *** ****
View Cell Phone Numbers

AGE 65+    **Robert Thomas Roxbury**
Bonita Springs, FL (Palmira Golf Country Club)
View Details

ADDRESSES    Bonita Springs, FL • Naples, FL • Rockville Centre, NY • New York, NY • Las Vegas, NV
MAY GO BY    Robert T Roxburu
EMAIL    ln***** @gmeds.com
PHONE NUMBER    (239) *** ****
View Cell Phone Numbers

AGE 30s    **Devon Brook Roxbury**
Portland, OR (Sommerset West-elmonica North)
View Details

ADDRESSES    Portland, OR • Hillsboro, OR • Beaverton, OR
WORK    Manager, Smi Operations at Stancorp Mortgage Investors, LLC
RELATED TO    Michael A Roxbury • Steve James Roxbury • Cynthia A Roxbury • Marshall Austin Roxbury
EMAIL    de***** @gmail.com
PHONE NUMBER    (971) *** ****
View Cell Phone Numbers

Get The Whitepages App:
App Store    Google Play

Reverse Phone
Reverse Address
Background Checks
Whitepages for Business

AGE 30s    **Dustin J Roxbury**
Evansville, IN (Evansville West Side)
View Details

ADDRESSES    Evansville, IN • Powell, TN
WORK    Group Lead at Bootz Industries
MAY GO BY    Roxbury Dustin



Page **2** of 5

Find more contact information for **Roxbury**

PREMIUM

**Craig J Roxbury**
South Plainfield, NJ • (908) 222-2863  View More

View Full Report



Phone | Current Address | Public Records | Criminal Records

**Pamela Ruth Roxbury**
Butler, PA • (724) 256-9144  View More

**View Full Report**

Phone | Current Address | Public Records | Criminal Records

**Melissa L Roxbury**
Prospect, PA • (717) 972-1216  View More

**View Full Report**

Phone | Current Address | Public Records | Criminal Records

**FAQs about our top result for people named Roxbury**

**What is Roxbury's phone number?**
Roxbury's phone number is (908) 222-2863. Roxbury's mobile phone area codes include 908 and 919. Pamela of 309 Park Mnr's home number is (724) 256-9144, and their cell phone starts with 724. We found 6 phone numbers for Roxbury of South Plainfield. Additional landline phone numbers for people named Roxbury include (717) 972-1216, (732) 460-0614, and (908) 823-0473.

**How can I contact Craig Roxbury?**
You can contact them using a current cell phone number found in the Whitepages phone book directory. As of 2025, we found 6 phone numbers linked to Craig Roxbury in South Plainfield, with service from major U.S. carriers like Verizon, AT&T, or T-Mobile.

**What is Roxbury's address?**
Craig Roxbury's home address is 2512 Oxford Ave # P in South Plainfield, NJ. View all 8 addresses for Craig.

**What is Roxbury's email address?**
Craig Roxbury's email address ends in @gmail.com. We found 5 active emails for Craig Roxbury.

**Who are Roxbury's relatives?**
Their family members include Jacqueline Roxbury.

**What age is Roxbury?**
Craig Roxbury is in their 50s. Learn how old they are and when they were born with Whitepages Premium.

**Does Roxbury go by other names or aliases?**
Yes, this person is also known as Craig Roxberry. This alias may include their birth name, married name, maiden name, or nickname.

**Where can I find Craig Roxbury's public records and property records?**
Craig Roxbury's public and property records can be found in a Whitepages background check.

**Does Craig Roxbury have any criminal records?**
A Whitepages background report will check for any criminal and arrest records for Craig Roxbury.

Get The Whitepages App:

Reverse Phone

Reverse Address

Background Checks

Whitepages for Business

Get The Whitepages App:



Whitepages for Business

People Search  >  R  >  Roxbury  >  Roxbury

**Find**
People Search
Reverse Phone Lookup
Reverse Address Lookup
Background Checks
Email Search

**Your Whitepages**
Help
Privacy Policy
Terms of Use

**More**
White Pages
411.com
Peoplesearch.com
Property Intel

Etsy
BERNHARDT FURNITURE Banded Mahogany Traditional Style 72" Executive Office Desk / Credenza

Get The Whitepages App:

Area Codes  |  Phone Numbers  |  Last Name Directory:  A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

Background Checks  |  Whitepages for Business  |  Analyze & Compare Properties

**whitepages**
SEARCH. FIND. KNOW.

PEOPLE SEARCH          PHONE          REVERSE ADDRESS

Roxbury          e.g. Seattle, WA

Log In    Sign Up



Search:        Public Records : Surname
Terms:         last-name(roxberry) maxresults(500)

Total number found: 312

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 1. | ROXBERRY, A | NAPLES, FL 34102 | 239-248-8892 |
| 2. | ROXBERRY, A | NAPLES, FL 34102 | 239-595-5370 |
| 3. | ROXBERRY, A | NAPLES, FL 34102 | 239-595-5375 |
| 4. | ROXBERRY, A | NAPLES, FL 34108 | 239-596-1632 |
| 5. | ROXBERRY, A | NAPLES, FL 34108 | 239-653-9476 |
| 6. | ROXBERRY, ALAN | 403 S WAYNE<br>PARKER, PA 16049-9433 | 724-399-9956 |
| 7. | ROXBERRY, ALDINE E | 647 92ND N<br>NAPLES, FL 34108-2430 | 239-825-6272 |
| 8. | ROXBERRY, ALDINE E | 26124 KINGS<br>BONITA SPRINGS, FL 34135-6558 | 239-595-5370 |
| 9. | ROXBERRY, AMANDA | PO BOX 453<br>CLINTONVILLE, PA 16372-0453 | 724-496-3232 |
| 10. | ROXBERRY, AMBER L | 827 SUPERIOR<br>GROVE CITY, PA 16127-1346 | 724-996-7984 |
| 11. | ROXBERRY, ANNA M | 9390 W MILWAUKEE<br>CRYSTAL RIVER, FL 34428-6017 | 267-496-3652 |
| 12. | ROXBERRY, B | 126 S FAIRVIEW MAIN<br>PETROLIA, PA 16050-9503 | 724-496-0123 |
| 13. | ROXBERRY, B | 126 S FAIRVIEW MAIN<br>PETROLIA, PA 16050-9503 | 724-496-0125 |
| 14. | ROXBERRY, B | OIL CITY, PA 16301 | 814-758-0382 |
| 15. | ROXBERRY, BARBAR | ALLENTOWN, PA 18102 | 610-390-4090 |
| 16. | ROXBERRY, BARBARA | 8401 NW 40TH<br>SUNRISE, FL 33351-6181 | 954-681-1528 |
| 17. | ROXBERRY, BARBARA K | 134 DELL<br>EMMAUS, PA 18049-3110 | 610-791-1192 |
| 18. | ROXBERRY, BARBARA M | 12931 ELMFORD<br>BOCA RATON, FL 33428-4720 | 561-542-4680 |

roxberry

Total number found: 312

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 19. | ROXBERRY, BARRY L | 614 FOURTH<br>CROYDON, PA 19021-6632 | 215-826-0539 |
| 20. | ROXBERRY, BENJAMIN | 720 RIDDLE APT 2<br>HOWELL, MI 48843-1015 | 517-546-6544 |
| 21. | ROXBERRY, BLAKE ISAC | 132 BEDZEL UNIT 403<br>NAPLES, FL 34104-0507 | 615-693-2474 |
| 22. | ROXBERRY, BOB A | 668 PIONEER<br>FRANKLIN, PA 16323-4236 | 814-493-3754 |
| 23. | ROXBERRY, BOBBIE J | 671 4TH NE<br>NAPLES, FL 34120-4008 | 615-597-7608 |
| 24. | ROXBERRY, BOBBIE | NAPLES, FL 34102 | 239-331-4396 |
| 25. | ROXBERRY, BONNIE | 165 KAREN<br>ELIZABETH, PA 15037-2404 | 412-315-4506 |
| 26. | ROXBERRY, BRANDO | 201 PALMER<br>FRANKLIN, PA 16323-2758 | 814-758-0382 |
| 27. | ROXBERRY, BRANDO | | 814-428-8087 |
| 28. | ROXBERRY, BRANDO | OIL CITY, PA 16301 | 814-428-8087 |

| 29. | ROXBERRY, BREEONA | 200 CHURCH<br>PETROLIA, PA 16050 | 724-602-8773 |
| 30. | ROXBERRY, BRENDA | 1414 E SUSQUEHANNA TRLR 37<br>ALLENTOWN, PA 18103-4321 | 610-691-7921 |
| 31. | ROXBERRY, BRIAN | 747 E BEAVER APT 316<br>STATE COLLEGE, PA 16801-5679 | 267-808-4115 |
| 32. | ROXBERRY, BRIAN | 2049 BROWN<br>BENSALEM, PA 19020-3754 | 215-788-2612 |
| 33. | ROXBERRY, BRIAN | 224 GRANT<br>CROYDON, PA 19021-6817 | 215-917-3677 |
| 34. | ROXBERRY, BRIAN | 224 GRANT<br>CROYDON, PA 19021-6817 | 267-242-3606 |
| 35. | ROXBERRY, BRIAN | 224 GRANT<br>CROYDON, PA 19021-6817 | 267-808-4115 |
| 36. | ROXBERRY, BRITANY N | 545 W PRAIRIE<br>HARRISVILLE, PA 16038-1729 | 724-431-7778 |
| 37. | ROXBERRY, BRITTNAY | 2990 KLEIN APT 93A<br>ALLENTOWN, PA 18103-7439 | 610-791-1192 |

roxberry

Total number found: 312

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 38. | ROXBERRY, BROOKE LAURYN | 17025 LOSILLAS UNIT 1535 FORT MYERS, FL 33913-9541 | 615-693-9728 |
| 39. | ROXBERRY, C | 302 BORDEAUX LAPORTE, IN 46350-1914 | 219-877-4843 |
| 40. | ROXBERRY, C | 104 MCCLELLAND POLK, PA 16342-1714 | 814-465-7260 |
| 41. | ROXBERRY, C | BUTLER, PA 16001 | 724-679-1991 |
| 42. | ROXBERRY, C | FRANKLIN, PA 16323 | 814-432-4029 |
| 43. | ROXBERRY, CADEN ZANE | 229 BLAIR PETROLIA, PA 16050-1807 | 724-332-9770 |
| 44. | ROXBERRY, CAMERON | 3901 CAMINO ARROYO SIERRA VISTA, AZ 85650-9265 | 520-895-9057 |
| 45. | ROXBERRY, CAMI A | 54 BLOM GROVE CITY, PA 16127-4502 | 724-372-3822 |
| 46. | ROXBERRY, CAROLI | PO BOX 1778 KENAI, AK 99611-1778 | 724-679-1991 |
| 47. | ROXBERRY, CAROLINE | 1412 175TH NE BELLEVUE, WA 98008-3127 | 724-991-8919 |

| | | | |
|---|---|---|---|
| 48. | ROXBERRY, CAROLINE | 121 GLENWOOD SW<br>CONCORD, NC 28025-9214 | 724-991-8919 |
| 49. | ROXBERRY, CAROLINE A | 231 PARSONVILLE<br>PETROLIA, PA 16050-2023 | 724-679-1991 |
| 50. | ROXBERRY, CAROLINE | PO BOX 1778<br>KENAI, AK 99611-1778 | 724-991-8919 |
| 51. | ROXBERRY, CASSANDRA N | 322 WASHINGTON<br>OIL CITY, PA 16301-1756 | 814-673-9286 |
| 52. | ROXBERRY, CHARLES K | 348 STEWART RD<br>HILLIARDS, PA 16040-1720 | 724-894-0172 |
| 53. | ROXBERRY, CHERYL | 1701 N 10TH APT 211<br>PHILADELPHIA, PA 19122-2718 | 267-255-0985 |
| 54. | ROXBERRY, CHERYL L | PO BOX 65<br>CROYDON, PA 19021-0065 | 215-826-0539 |
| 55. | ROXBERRY, CHESTER L | 801 PIONEER RD<br>FRANKLIN, PA 16323-4241 | |

roxberry

Total number found: 312

| No. | Name | Address | Phone |
|-----|------|---------|-------|
| 56. | ROXBERRY, CHESTER L | 668 PIONEER<br>FRANKLIN, PA 16323-4236 | 814-432-2993 |
| 57. | ROXBERRY, CHRIST | 15 LENAPE<br>CHERRY HILL, NJ 08002-1313 | 215-380-9105 |
| 58. | ROXBERRY, CHRIST | ZEPHYRHILLS, FL 33541 | 813-715-9111 |
| 59. | ROXBERRY, CHRISTOPHE S | 5043 CORAL WOOD<br>NAPLES, FL 34119-1457 | 239-304-1103 |
| 60. | ROXBERRY, CHRISTOPHER M | 1917 E CONGRESS ST<br>ALLENTOWN, PA 18109-1705 | 229-247-9531 |
| 61. | ROXBERRY, CLARIS | DELRAY BEACH, FL 33483 | 561-716-6082 |
| 62. | ROXBERRY, CLARIS | SAN RAFAEL, CA 94901 | 415-726-7062 |
| 63. | ROXBERRY, CLARISSA | 8 BERKELEY<br>SAN ANSELMO, CA 94960-1406 | 561-750-2407 |
| 64. | ROXBERRY, CLAYTON | | 814-889-8702 |
| 65. | ROXBERRY, CLAYTON | | 814-889-8703 |
| 66. | ROXBERRY, CLAYTON | ALTOONA, PA 16602 | 814-889-8702 |
| 67. | ROXBERRY, CODY | 241 S BROAD | 724-458-6948 |

67.    ROXBERRY, CODY        241 S BROAD              724-458-6948
                            GROVE CITY, PA 16127-1525

68.    ROXBERRY, CODY        571 PIONEER              724-458-6948
                            FRANKLIN, PA 16323-4233

69.    ROXBERRY, CODY        190 STEVENS              724-458-6948
                            UTICA, PA 16362-2613

70.    ROXBERRY, CODY        348 STEWART              724-894-2374
                            HILLIARDS, PA 16040-1720

71.    ROXBERRY, COLTON      6451 W BELL APT 1044     480-710-5225
                            GLENDALE, AZ 85308-3666

72.    ROXBERRY, CONNIE M    37 E BISSELL             814-677-9199
                            OIL CITY, PA 16301-1933

73.    ROXBERRY, CONNIE L    728 PIONEER              248-321-5099
                            FRANKLIN, PA 16323-4240

74.    ROXBERRY, CONNIE L    517 PONE                 814-432-3465
                            FRANKLIN, PA 16323-3551

75.    ROXBERRY, CONTRU      RONKONKOMA, NY 11779     631-981-1622

Case 2:26-cv-00126-JNP-JCB    Document 28-2    Filed 04/13/26    PageID.884    Page 67 of 72

roxberry

Total number found: 312

| No. | Name | Address | Phone |
|---|---|---|---|
| 76. | ROXBERRY, CRYSTAL | 902 MAURI<br>CROYDON, PA 19021-6291 | 215-826-0539 |
| 77. | ROXBERRY, D | 3979 STEINWOOD<br>DALTON, OH 44618-9048 | 330-541-6694 |
| 78. | ROXBERRY, D | 3979 STEINWOOD<br>DALTON, OH 44618-9048 | 814-720-1241 |
| 79. | ROXBERRY, DALE | 126 S FAIRVIEW MAIN<br>PETROLIA, PA 16050-9503 | 724-496-0124 |
| 80. | ROXBERRY, DANIEL | AUSTIN, TX 78749 | 512-574-4935 |
| 81. | ROXBERRY, DANIELLE J | 516 3RD APT 6<br>NEW BRIGHTON, PA 15066-1752 | 512-850-5067 |
| 82. | ROXBERRY, DANIELLE | 58 BLOM<br>GROVE CITY, PA 16127-4502 | 724-458-6003 |
| 83. | ROXBERRY, DAVID | 164 CATHCART<br>NEW CASTLE, PA 16105-2002 | 724-658-0200 |
| 84. | ROXBERRY, DAVID | 211 W MOODY APT 434<br>NEW CASTLE, PA 16101-2163 | 724-658-0200 |
| 85. | ROXBERRY, DAVID | | 610-297-5543 |

| | | | |
|---|---|---|---|
| 86. | ROXBERRY, DAVID | | 610-297-5545 |
| 87. | ROXBERRY, DAVID | | 724-944-0322 |
| 88. | ROXBERRY, DAVID | BETHLEHEM, PA 18015 | 610-297-5543 |
| 89. | ROXBERRY, DAVID | BETHLEHEM, PA 18015 | 610-297-5545 |
| 90. | ROXBERRY, DAVID | NEW CASTLE, PA 16101 | 724-944-0322 |
| 91. | ROXBERRY, DAWN | 1238 COUNTY ROAD 1<br>RAYLAND, OH 43943-7857 | 330-256-7399 |
| 92. | ROXBERRY, DEBORAH A | 348 STEWART<br>HILLIARDS, PA 16040-1720 | 724-355-8001 |
| 93. | ROXBERRY, DENNIS W | 25 APPLEMAN<br>SOMERSET, NJ 08873-1719 | 732-356-8863 |
| 94. | ROXBERRY, DENNIS E | 202 DESSA LN<br>KARNS CITY, PA 16041-1306 | 724-894-0035 |
| 95. | ROXBERRY, DEWOOD | | 330-201-7426 |
| 96. | ROXBERRY, DEWOOD | WOOSTER, OH 44691 | 330-201-7426 |

Page 6 of 6

roxberry

Total number found: 312

| No. | Name | Address | Phone |
|---|---|---|---|
| 97. | ROXBERRY, DON G | 114 ANDERSON WAY<br>WILMORE, KY 40390-1099 | |
| 98. | ROXBERRY, DONALD M JR. | 565 N 4250<br>HUGO, OK 74743-3658 | 580-317-9377 |
| 99. | ROXBERRY, DONALD MILTON JR. | 503 S 5TH<br>HUGO, OK 74743-6211 | 580-317-9377 |
| 100. | ROXBERRY, DONALD L | 1103 WINFIELD<br>MEADVILLE, PA 16335-2755 | 814-853-4523 |

Terms:            last-name(roxberry) maxresults(500)
Date/Time:        Wednesday, May 14, 2025 3:15 PM
Permissible Use:  Your DPPA Permissible Use: I have no permissible use
                  Your Secondary DPPA Permissible Use: None
                  Your GLBA Permissible Use: I have no permissible use

Copyright © 2025 LexisNexis, a division of Reed Elsevier Inc. All Rights Reserved.

End of Document

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on May 21, 2025 for
**U.S. Trademark Application Serial No. 98863067**

A USPTO examining attorney has reviewed your trademark application and issued an Office action.  You must respond to this Office action to avoid your application abandoning.  Follow the steps below.

**(1)  Read the Office action**.  This email is NOT the Office action.

**(2)  Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS).  Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline.  Otherwise, your application will be abandoned.  See the Office action itself regarding how to respond.

**(3)  Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

# GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**.  Protect yourself from people and companies that may try to take financial advantage of you.  Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you.  We will never request your credit card number or social security number over the phone.  Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney.**  If you do not have an attorney and are not required to

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process.  The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.