**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ROXBERRY LICENSING, LLC, | |
| Plaintiff and Counter-Defendant, | CASE NO. 2:26-CV-00126-JNP |
| vs. | Judge Jill N. Parrish |
| ROXBERRY NATURALS, INC., | |
| Defendant and Counter-Claimant. | |

---

**[PROPOSED] ORDER GRANTING LEAVE TO FILE SURREPLY**

---

Defendant, Roxberyy Naturals, Inc. filed its Motion for Leave to File Surreply Brief and the Court, having reviewed the motion and being duly advised, now FINDS that it should be and HEREBY IS GRANTED. Accordingly, the Court ORDERS as follows:

1. Defendant is granted leave to file a Surreply Brief in opposition to Plaintiff, Roxberry Licensing, LLC's Motion to Dismiss, not to exceed five (5) pages.

2. Defendant's deadline to file its Surreply Brief shall be set for April 30, 2026.

SO ORDERED THIS _____


_____
Judge Jill N. Parrish