David P. Johnson (USB No. 13260)
*djohnson@wnlaw.com*
Brittany Frandsen (USB No. 16051)
*bfrandsen@wnlaw.com*
WORKMAN NYDEGGER
60 East South Temple, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

Aaron T. Brogdon
*abrogdon@fbtgibbons.com*
FBT GIBBONS LLP
10 W. Broad St., Ste 2300
Columbus, OH 43215
Telephone: (614) 559-7262

*Attorneys for Defendant Roxberry Naturals, Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROXBERRY LICENSING, LLC,<br><br>        Plaintiff and Counter-Defendant,<br><br>    v.<br><br>ROXBERRY NATURALS, INC.,<br><br>        Defendant and Counter-Claimant. | Case No. 2:26-cv-00126-JNP<br><br>**NOTICE OF APPEARANCE**<br><br>Judge Jill N. Parrish<br>Magistrate Judge Jared C. Bennett<br><br>**DEMAND FOR JURY TRIAL** |

Notice is hereby given of the entry of the undersigned as counsel for Defendant and Counter-Claimant Roxberry Naturals, Inc., in the above-captioned action. All further notices and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

Brittany Frandsen
Workman Nydegger
60 E. South Temple St., Ste 1000
Salt Lake City, UT 84111
Tel: (801) 533-9800
Email: bfrandsen@wnlaw.com

1

DATED this 28th day of April, 2026.

WORKMAN NYDEGGER

By: /s/ Brittany Frandsen
    David P. Johnson
    Brittany Frandsen

Aaron T. Brogdon
FBT GIBBONS LLP

*Attorneys for Roxberry Naturals, Inc.*

2