Thomas D. Briscoe (16788)
Stephen C. Mouritsen (16523)
Chad S. Pehrson (12622)
**KNH LLP**
50 W. Broadway, 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
tbriscoe@knh.law
smouritsen@knh.law
cpehrson@knh.law

*Attorneys for Plaintiff and Counter-Defendant Roxberry Licensing, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROXBERRY LICENSING, LLC, a Utah limited liability company, <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> ROXBERRY NATURALS, INC., a Delaware corporation, <br><br> Defendant and Counter-Claimant. | **[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO QUASH PLAINTIFF'S SUBPOENA TO WALMART INC.** <br><br> Case No. 2:26-cv-00126-JNP-JCB <br><br> Chief Judge Jill N. Parrish <br><br> Magistrate Judge Jared C. Bennett |

Before the Court is Defendant Roxberry Naturals, Inc.'s Motion to Quash Plaintiff's Subpoena to Walmart Inc. (Dkt. 39). The Court has reviewed the Motion, Plaintiff's Opposition, and the supporting Declaration of Thomas D. Briscoe.

1

For the reasons stated in Plaintiff's Opposition, the Motion is **DENIED**.

**IT IS SO ORDERED.**

DATED this _____ day of _____ 2026.

BY THE COURT:

_____

Hon. Jared C. Bennett
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, I caused to be filed a true and correct copy of the foregoing **[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO QUASH PLAINTIFF'S SUBPOENA TO WALMART INC.** via the Court's CM/ECF system, which also effectuated service on all counsel of record.

*/s/Thomas D. Briscoe*