Thomas D. Briscoe (16788)
Stephen Mouritsen (16523)
Chad Pehrson (12622)
**KNH LLP**
50 W. Broadway 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
tbriscoe@knh.law
smouritsen@knh.law
cpehrson@knh.law

*Attorneys for Plaintiff and
Counter-Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROXBERRY LICENSING, LLC, a Utah limited liability company, <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> ROXBERRY NATURALS, INC., a Delaware corporation, <br><br> Defendant and Counter-Claimant. | **SUPPLEMENTAL DECLARATION OF BRAD DAVIS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> Case No.   2:26-cv-00126-JNP-JCB <br><br> Judge Jill N. Parrish <br><br> Magistrate Judge Jared C. Bennett |

I, Brad Davis, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.    I am the Founder and President of Roxberry Licensing, LLC ("**Roxberry Licensing**"),

the Plaintiff in this action. Roxberry Licensing is the franchisor of the Roxberry Juice Co.

franchise system, and its franchise stores operate under the Roxberry Juice Co. name (the

"**Roxberry Juice Co.**" brand). I previously submitted a Declaration in support of Plaintiff's

1

Motion for Preliminary Injunction on March 19, 2026 (Dkt. 17) (the "**Original Declaration**"). I incorporate by reference the foundational paragraphs of the Original Declaration regarding my background, personal knowledge, and competence to testify.

2.  I submit this Supplemental Declaration to authenticate additional evidence that came to my attention after the Original Declaration was executed: (a) two press releases issued by Defendant Roxberry Naturals, Inc. ("**Roxberry Naturals**") through PR Newswire on April 27, 2026 and May 14, 2026; (b) a PR Newswire archive page attributing those releases to Roxberry Naturals; and (c) an unsolicited April 28, 2026 email from a representative of Audacy, Inc., congratulating me on Roxberry Naturals' Walmart and H-E-B launches as if they were Roxberry Licensing's.

3.  I make this Supplemental Declaration based on my personal knowledge, except where otherwise noted, and if called as a witness, I would testify truthfully.

4.  On April 28, 2026, I received an unsolicited email at my work email brad@roxberryjuice.com from Shannon Scott, "Strategic Partnerships" at Audacy — which purports to be one of the largest multimedia marketing companies in the United States.

5.  The email open "First and foremost, congratulations - I was just reading about your nationwide launch at Walmart and most recently at H-E-B, incredible growth." It proposed a meeting with me regarding marketing partnership opportunities.

6.  A true and correct copy of the Audacy email is attached as **Exhibit H**.

7.  After receiving the Audacy email, I researched the basis for Ms. Scott's reference to an H-E-B launch and located a press release dated April 27, 2026, distributed by PR Newswire and titled "Big Flavor for Kids Lands in Texas: Roxberry Expands to H-E-B Following Breakout

Walmart Growth." The release is attributed to Roxberry Naturals and quotes Roxberry Naturals' Co-Founder and COO, Dan Haugen, announcing Roxberry Naturals' launch in H-E-B stores across Texas beginning April 27, 2026.

8.    The April 27, 2026 press release that I attach as **Exhibit I** concerned me as the founder of Roxberry Juice Co. for several reasons. Throughout the release, Roxberry Naturals uses the word "Roxberry" — by itself, without any other words — as its brand name. Roxberry Naturals states that "Roxberry . . . is bringing big flavor to the Lone Star State," that "Roxberry has seen steadily growing demand," and that Roxberry Naturals is bringing "Roxberry to more households across America." Roxberry Naturals also states that "Roxberry has quickly scaled, now reaching families in all 50 states." Roxberry Naturals identifies its target customers as "families," "kids," "parents," and "millennial and Gen Z parents," and describes its products as "better-for-you," "made with limited ingredients and nothing artificial," and made from "real fruits and veggies." This is the same name, the same target customers, and the same brand positioning our franchise stores have used since 2008.

9.    The Court scheduled the evidentiary hearing on Roxberry Juice Co.'s Motion for Preliminary Injunction for June 5, 2026, by Docket Text Order entered April 20, 2026 (Dkt. 31). Roxberry Naturals' April 27, 2026 press release was distributed seven days after that hearing was set. Roxberry Naturals' May 14, 2026 press release was distributed twenty-two days before the hearing. From these releases I understood that Roxberry Naturals was continuing to expand its use of the ROXBERRY name in retail commerce in the period leading up to the evidentiary hearing in this matter. Each new retailer, each new geographic market, and each new product line announced by Roxberry Naturals during this period further deepens the public association of the

3

ROXBERRY name with Roxberry Naturals' products rather than with Roxberry Juice Co., the business I founded and have operated for the past eighteen years. The continuing expansion makes it more difficult, not less difficult, for Roxberry Juice Co. to regain control of its own brand identity, even if injunctive relief is later granted.

10. On or about May 14, 2026, I received a follow-up email from the same Shannon Scott alerting me to a second press release issued by Roxberry Naturals through PR Newswire, titled "Roxberry Closes Major Funding Round Following Breakout Retail Expansion Across Walmart and H-E-B," also attributed to Roxberry Naturals.

11. A true and correct copy of the email is attached as **Exhibit J**.

12. A true and correct copy of the May 14, 2026 press release is attached as **Exhibit K**.

13. Among other statements, the release reports that Roxberry Naturals' product is "now available in more than 2,200 Walmart stores nationwide and [has had] a recent launch in Texas' top retailer, H-E-B," and that Roxberry Naturals has secured "an additional 50% increase in store count (3,300+ stores), essentially doubling its presence across all retail partners."

14. The May 14, 2026 press release announces that Roxberry Naturals has closed "a major funding round," which it describes as occurring "on the heels of a breakout retail run" and as the brand "accelerates national expansion." The release states that, since its January 2026 launch in Walmart, Roxberry Naturals' product has been "growing nearly 900%" in "just four months." It further quotes Roxberry Naturals' Co-Founder and COO, Dan Haugen, stating that the investment "allows us to move faster, reach more families," and represents that, "with fresh capital in place," Roxberry Naturals is "well-positioned to continue its rapid growth, expanding distribution, deepening retail partnerships, and further establishing itself as a category-defining

4

brand." From these statements I understand that Roxberry Naturals has now raised additional capital for the express purpose of expanding its use of the ROXBERRY name still further and faster. This concerns me because every additional dollar Roxberry Naturals deploys to expand under the ROXBERRY name, and every new store and market it reaches, deepens the public's association of that name with Roxberry Naturals' products rather than with Roxberry Licensing' product and makes it correspondingly harder for Roxberry Juice Co. to reclaim its own brand identity even if injunctive relief is later granted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this 29th day of May, 2026.


*/s/Brad Davis*
Brad Davis
Founder and President
Roxberry Licensing, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2026, I caused to be filed a true and correct copy of the foregoing **SUPPLEMENTAL DECLARATION OF BRAD DAVIS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** via the Court's CM/ECF system, which also effectuated service on all counsel of record. The following have been served via electronic mail as follows:

Aaron T. Brogdon abrogdon@fbtgibbons.com

Brittany Frandsen bfrandsen@wnlaw.com

David P. Johnson djohnson@wnlaw.com

*/s/Thomas D. Briscoe*