# EXHIBIT H

# TO

# SUPPLEMENTAL DECLARATION OF BRAD DAVIS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

---

## 04.28.2026 Audacy Email

**From:** Shannon Scott <shannon.scott@audacy.com>
**Sent:** Tuesday, April 28, 2026 10:15 AM
**To:** brad@roxberryjuice.com
**Subject:** Roxberry Juice | Audacy Partnership

Good morning Braden,

First and foremost, congratulations - I was just reading about your nationwide launch at Walmart and most recently at H-E-B, incredible growth. My name is Shannon Scott and I'm reaching out with Audacy, one of the largest multimedia marketing companies in the country.

With this next phase of growth in mind, I'd love an opportunity to connect. Amongst our advanced partnerships with Amazon, YouTube and Major League Baseball alongside a full suite of digital capabilities, we're also home to one of the largest audio & podcast networks. That said, I've got some ideas I'd love to get your opinion on.

Would you be open to a chat in the next week or so?

Kind regards,
Shannon

**Shannon Scott**
*Strategic Partnerships*

**Audacy**
*Official Streaming Partner of the MLB*
M: +1 414-305-0344
AudacyInc.com

  

Not Interested

PLAINTIFF_000159