# EXHIBIT I

# TO

# SUPPLEMENTAL DECLARATION OF BRAD DAVIS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

## 04.27.2026 Press Release

# Big Flavor for Kids Lands in Texas: Roxberry Expands to H-E-B Following Breakout Walmart Growth

NEWS PROVIDED BY
**Roxberry Naturals, Inc →**
Apr 27, 2026, 09:00 ET

SHARE THIS ARTICLE



*The fastest-growing kids soda is arriving in Texas, bringing a new generation into modern soda*

COLUMBUS, Ohio, April 27, 2026 /PRNewswire/ -- **Roxberry**, the first modern soda made just for kids, is bringing big flavor to the Lone Star State. Beginning April 27, the fast-rising brand will roll out in H-E-B locations across Texas, marking the first time H-E-B shoppers can get their hands on what's quickly becoming the hottest new beverage for kids.

The expansion follows a breakout **national retail launch** at Walmart, where Roxberry has seen steadily growing demand, rapidly gaining traction in the Modern Soda set. And there's no head scratching when it comes to the brand's early success -- made with limited ingredients and nothing artificial, Roxberry packs a punch with real fruits and veggies and the perfect amount of fizz.

Early shopper data shows Roxberry is bringing new consumers into the modern soda aisle, not just competing within it. That's a positive sign that families, especially parents shopping for their kids, are driving the next wave of growth in the category. While modern soda has often been seen as crowded, Roxberry is proving there's still plenty of room to grow, particularly when it comes to better-for-you options made with kids in mind. For many families, it's finally a beverage they can feel good about saying "yes" to.

Founded by parents looking for better beverage options for their kids, Roxberry has quickly scaled, now reaching families in all 50 states. What started as a solution to a clear gap in the aisle has rapidly evolved into a brand driving new growth in the modern soda category.

"We're building something entirely new within modern soda, and the momentum we've seen so far shows that parents and families have been waiting for something like Roxberry," said Co-founder & COO Dan Haugen. "We are excited to launch this partnership with H-E-B as we bring kids Modern soda to Texas and bring Roxberry to more households across America."



Roxberry lands in Texas at H-E-B

While price point, standout flavors and broad availability make Roxberry an easy "yes" for families, its nostalgic, character-driven world is proving just as compelling as its better-for-you ingredients, resonating deeply with millennial and Gen Z parents by blending the playful spirit of '90s and early 2000s kids brands with a modern twist.

Now, with its arrival in H-E-B, Roxberry is unlocking its next major retail moment, bringing that unmet demand to one of the largest and most influential grocery markets in the country.

**About**: Roxberry is the better-for-you fizz for kids—from a galaxy not so far away and an aisle right down the street. Made from real fruits and veggies, Roxberry is the drink parents can finally say "yes" to and the first Modern Soda for kids. Each can has only 5g of sugar and no artificial flavors, sweeteners or dyes, meaning no "fake stuff." And we're not just saving taste buds, we're saving the planet, with recyclable aluminum cans, a thoughtful alternative to single-use plastics common in kids' beverages. Parent-founded, Roxberry is on a mission to bring families together through the most fruitastic, vegetablicious drink option for kids, available in 4-pack, 7.5oz cans of Pink Lava Strawberry Lemonade, Ocean Potion Fruit Punch, and Galaxy Gulp Citrus. Roxberry is co-founded by Lauren and Andy Sauer along with their four kids and COO Dan Haugen. For more information, visit **getroxberry.com**, follow **@getroxberry** on Instagram and TikTok or **find some near you.**

CONTACT: James Masello, **james@getroxberry.com**

SOURCE Roxberry Naturals, Inc

PLAINTIFF_000160