# EXHIBIT J

## TO

# SUPPLEMENTAL DECLARATION OF BRAD DAVIS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

## 05.14.2026 Audacy Follow Up Email

**From:** Shannon Scott <shannon.scott@audacy.com>
**Sent:** Thursday, May 14, 2026 2:32 PM
**To:** brad@roxberryjuice.com
**Subject:** Roxberry Juice | Audacy Partnership

Braden,

I know we haven't been able to connect yet and I think I know why. A massive congratulations to your recent funding success. I was just reading about your growth since January and what this means for the future of Roxberry and the ability to reach more families.

When the time is more convenient, I'd love an opportunity to earn your business to accelerate this next phase of your growth and expansion.

Regards,
Shannon

**Shannon Scott**

*Strategic Partnerships*

**Audacy**

*Official Streaming Partner of the MLB*

M: +1 414-305-0344

AudacyInc.com

  

Not Interested

PLAINTIFF_000161