# EXHIBIT K

# TO

# SUPPLEMENTAL DECLARATION OF BRAD DAVIS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

## 05.14.2026 Press Release

# Roxberry Closes Major Funding Round Following Breakout Retail Expansion Across Walmart and H-E-B



NEWS PROVIDED BY
**Roxberry Naturals, Inc →**
May 14, 2026, 08:00 ET

SHARE THIS ARTICLE



*The Columbus-based brand secures new investment as it expands its national footprint, bringing a new generation into modern soda*

COLUMBUS, Ohio, May 14, 2026 /PRNewswire/ -- **Roxberry**, the first modern soda made just for kids, is proud to announce the closing of a major funding round, marking a significant milestone as the brand accelerates national expansion and continues to reinvent the beverage landscape for kids and families.

The raise comes on the heels of a breakout retail run, with Roxberry now available in more than **2,200 Walmart stores** nationwide and a recent launch in Texas' top retailer, **H-E-B.** In just four months, the brand has quickly captured the attention of both retailers and consumers, emerging as a standout in arguably the hottest segment in all of CPG: Modern Soda.

Despite the weight of the category, Roxberry continues to explode, capitalizing on the momentum from its Walmart launch in January, growing nearly 900% in that time. Those numbers have led to immediate expansion with Walmart, with the brand securing an additional 50% increase in store count (3,300+ stores), essentially doubling its presence across all retail partners, a rare case of exponential growth for a new brand in a booming category.

And Roxberry isn't just driving sales of its own product, it's benefiting the category as a whole. Early performance indicates the brand is increasing foot traffic to the modern soda set and bringing new consumers into the aisle, specifically parents shopping for their kids. While the category has recently been framed as crowded, Roxberry is helping demonstrate there is still meaningful room for expansion.

"As parents and founders, we've always believed deeply in this product, but this raise is really a reflection of the parents, kids, and Roxberry drinkers across the country who have embraced what we're building," said Co-Founder and COO Dan Haugen. "We're creating something entirely new within modern soda, and this investment allows us to move faster, reach more families, and bring more easy 'yes' moments to tired parents and thirsty kids everywhere."

The brand's formula for success comes from an authentic place. Founded by parents searching for better beverage options for their own children, Roxberry was created to fill a clear gap in modern soda aisles: a fun, better-for-you soda made specifically for kids. Made with real fruits and vegetables and just 5g of sugar — without artificial flavors, sweeteners, or dyes — Roxberry delivers a product kids love and parents feel good about saying "yes" to.

With fresh capital in place and peak beverage season approaching, Roxberry is well-positioned to continue its rapid growth, expanding distribution, deepening retail partnerships, and further establishing itself as a category-defining brand within modern soda.

**About**: Roxberry is the better-for-you fizz for kids—from a galaxy not so far away and an aisle right down the street. Made from real fruits and veggies, Roxberry is the drink parents can finally say "yes" to and the first Modern Soda for kids. Each can has only 5g of sugar and no artificial flavors, sweeteners or dyes, meaning no "fake stuff." And we're not just saving taste buds, we're saving the planet, with recyclable aluminum cans, a thoughtful alternative to single-use plastics common in kids' beverages. Parent-founded, Roxberry is on a mission to bring families together through the most fruitastic, vegetablicious drink option for kids, available in 4-pack, 7.5oz cans of Pink Lava Strawberry Lemonade, Ocean Potion Fruit Punch, and Galaxy Gulp Citrus. For more information, visit **getroxberry.com**, follow **@getroxberry** on Instagram and TikTok or **find some near you.**

SOURCE Roxberry Naturals, Inc

PLAINTIFF_000162