# EXHIBIT L

# TO

# DECLARATION OF AARON HOFF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

---

**Email from Brad Davis to Roxberry
Franchise Partners re: Trademark - Roxberry**

**From:** Brad Davis <brad@roxberryjuice.com>
**Sent:** Monday, March 30, 2026 12:13 PM
**To:** Aaron Hoff <aaron@sellwithservice.com>; Matt Meservey <meservey.matt@gmail.com>; julia pearce <roxberrysalem@gmail.com>; Mark RB <mark@roxberryjuice.com>; Kambri RB <kambri@roxberryjuice.com>; Liz Hunter <hunter.liz@abg3.com>; Logan Hunter <hunter.logan@abg3.com>; Cody&Tasha Sumner <roxberrysumnersolutions@gmail.com>; chuck mchenry <chuckmchenry45@gmail.com>; Michael Goldman <mikewgoldman@gmail.com>; Stetson Steele <steele332@gmail.com>; Kristen Monson <kristenpro2@gmail.com>; draperroxberry@gmail.com <draperroxberry@gmail.com>; Natalie Noguera <talita2384@gmail.com>; MacArthur Minor <macarthurminor@gmail.com>; Kay Roxberry City Creek <citycreekroxberry@gmail.com>; CHANDLER PEARCE <pearcechandler@gmail.com>; roxberrydm@gmail.com <roxberrydm@gmail.com>; Emily Goldman <schmem@hotmail.com>; Brian Shaw Roxberry Tooele <brianhshaw2@gmail.com>; Monica Burgos <monicaroxberry@gmail.com>; T Shaw <alouette98@yahoo.com>; natashafranklin58@gmail.com <natashafranklin58@gmail.com>; codyasumner2@yahoo.com <codyasumner2@yahoo.com>
**Cc:** Braden Davis <braden@roxberryjuice.com>; audreyroxberry@gmail.com <audreyroxberry@gmail.com>
**Subject:** Trademark - Roxberry

Hi everyone.

As detailed in a prior email, we have learned of a "Roxberry" trademark infringement with a company called "Roxberry Naturals". They sell a soda product in Walmart marketed towards children, under the name "Roxberry Fizz for Kids".

We have a federally issued trademark that this company is in violation of and to maintain our trademark superiority, we have initiated a suit to protect our brand. We have documented many cases of confusion, which is important in defending our trademark.

Do any of you have any instances of comments, questions, or confusion of any degree with anyone regarding Roxberry Soda? It would be super helpful for our case if we can document any of these types of events.

Please let me know. I'd much appreciate it.

Take care,



**BRAD DAVIS**
**FOUNDER / PRESIDENT**
10975 S. State
Sandy, UT 84070