# EXHIBIT M

# TO

# DECLARATION OF AARON HOFF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

---

## Email From Aaron Hoff to Brad Davis re: Customer Confusion Incidents

**From:** Brad Davis <Brad@roxberryjuice.com>
**Sent:** Saturday, April 11, 2026 11:25 AM
**To:** Aaron Hoff <aaron@sellwithservice.com>
**Subject:** Re: Customers mentioning Roxberry kids drinks

Thank you! This is helpful. I will likely be in touch to put this in a needed format for the case.

We sincerely appreciate all you do, Aaron.

Thanks,
Brad

On Fri, Apr 10, 2026, 8:48 PM Aaron Hoff <aaron@sellwithservice.com> wrote:

> Hi Brad.
>
> There were two separate incidents in the last couple of weeks where I personally had customers mention a 'Roxberry drink' available now in retail stores.
>
> I apologize that I don't remember the exact dates, but I do remember the conversations, and thought it strange that people actually thought we had gone national with some type of drink line. The two conversations were basically as follows:
>
> March 17th or 18th (approximate) - A customer in the drive thru when ordering asked me if we had the "Roxberry kids' juices" in stock. I was assuming that they wanted a kid's size fresh-pressed juice off of our menu and I explained that the 16oz was our smallest size. After I started to explain that maybe a plain apple juice was best, the woman said "no, like the ones you sell in the stores." I explained that as far as I knew we didn't sell any pre-packaged juices in any stores.
>
> The second customer was another woman about a week later that said she had recently moved to the area and she was telling me that she was glad that we were here. She said something to the effect of "it looks like you guys are going big time now that you are in Wal-Mart." I explained again that we were not affiliated with any other Roxberry products that I knew of.
>
> After going online and searching '"Roxberry Wal-Mart", there are actually cans of soda (and I think juice) that say 'Roxberry' right across the tops and bill themselves as healthy beverage alternatives, etc. It sure looks like they are trying to steal your name and healthy drink concept associated with it.
>
> Hopefully you can get that cleared up.
>
> Thanks,
>
> Aaron