# EXHIBIT JN-A
# TO
# PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

---

**USPTO TSDR Record for U.S. Trademark Application Serial No. 99/749,260 (FIZZBERRY word mark, filed April 7, 2026 by Roxberry Naturals, Inc.)**



UNITED STATES
PATENT AND TRADEMARK OFFICE

About Us    Careers    Contact Us

**Patents**    **Trademarks**    **Learning and Resources**

USPTO > Trademark > TSDR > Trademark Search

[?] TSDR FAQ'S

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

🔍 **Trademark Status & Document Retrieval (TSDR)** ❓

| SEARCH | MULTI-SEARCH | ❓ |

US Serial, Registration, or Reference No. ▾    99749260    **Status**    **Documents**

Status results found

| STATUS | DOCUMENTS | ❓ |    ⬇ Download ▲    🖨 Print Preview



| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2026-06-02 08:49:26 EDT |
| **Mark:** | FIZZBERRY |

FIZZBERRY

| | | | |
|---|---|---|---|
| **US Serial Number:** | 99749260 | **Application Filing Date:** | Apr. 07, 2026 |
| **Filed as Base Application:** | Yes | **Currently Base Application:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

| | |
|---|---|
| **TM5 Common Status Descriptor:** | LIVE/APPLICATION/Awaiting Examination |
| | The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner. |
| **Status:** | New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information. |
| **Status Date:** | Apr. 07, 2026 |

▾ **Mark Information**    ▾ Expand All

| | |
|---|---|
| **Mark Literal Elements:** | FIZZBERRY |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |

▾ **Goods and Services**

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Dietary and nutritional supplements; Dietary supplemental drinks | | |
| **International Class(es):** | 005 - Primary Class | **U.S Class(es):** | 005, 006, 018, 044, 046, 051, 052 |
| **Class Status:** | ACTIVE | | |

▾ **Basis Information (Case Level)**

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

▾ **Current Owner(s) Information**

| | | | |
|---|---|---|---|
| **Owner Name:** | Roxberry Naturals, Inc. | | |
| **Owner Address:** | 1610 Oak Street Columbus, OHIO UNITED STATES 43212 | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

▾ **Attorney/Correspondence Information**

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Samantha M. Quimby | **Docket Number:** | 0820427 |
| **Attorney Primary Email Address:** | trademarks@fbtgibbons.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Samantha M. Quimby FBT Gibbons LLP 301 East Fourth Street 3300 Great American Tower Cincinnati, OHIO United States 45202 |

| | | | |
|---|---|---|---|
| **Correspondent e-mail:** | trademarks@fbtgibbons.com squimby@fbtgibbons.com rtaylor@fbtgibbons.com acolclesser@fbtgibbons.com | **Correspondent e-mail Authorized:** | Yes |