Thomas D. Briscoe (16788)
Stephen Mouritsen (16523)
Chad Pehrson (12622)
**KNH LLP**
50 W. Broadway 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
tbriscoe@knh.law
smouritsen@knh.law
cpehrson@knh.law

*Attorneys for Plaintiff and*
*Counter-Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROXBERRY LICENSING, LLC, | **JOINT MOTION TO HOLD MOTION TO QUASH IN ABEYANCE** |
| Plaintiff and Counter-Defendant, | |
| v. | Case No. 2:26-cv-00126-JNP-JCB |
| ROXBERRY NATURALS, INC., | Judge Jill N. Parrish |
| Defendant and Counter-Plaintiff. | Magistrate Judge Jared C. Bennett |

Plaintiff Roxberry Licensing, LLC ("**Roxberry Licensing**") and Defendant Roxberry Naturals, Inc. ("**Roxberry Naturals**") (collectively, the "**Parties**"), by and through their respective undersigned counsel, respectfully submit this Joint Motion to hold in abeyance the pending Motion to Quash [Dkt. No. 39] (the "**Motion to Quash**"), and in support state as follows:

1.      A Motion to Quash is currently pending before the Court concerning the subpoena issued in connection with this action.

2.      Since the filing of the Motion to Quash, the Parties have been working cooperatively toward a consensual resolution of the underlying discovery dispute, including the

1

voluntary exchange of certain sales and volume information relevant to the matters at issue.

3.    To allow that process to continue, the Parties jointly request that the Court refrain from ruling on the Motion to Quash at this time, and instead hold the Motion to Quash in abeyance while the Parties proceed with their voluntary exchange of information.

4.    This request is made without prejudice to either Party's ability to seek the Court's assistance in the event the voluntary exchange does not move forward. The Parties respectfully submit this request to facilitate production of the information at issue, and not to defer resolution of the Motion to Quash indefinitely.

5.    The Parties will promptly notify the Court if the Court's assistance becomes necessary, and are prepared to submit a joint status report at such time as the Court may direct.

WHEREFORE, the Parties respectfully request that the Court hold the pending Motion to Quash in abeyance pending the Parties' continued efforts toward a consensual resolution, without prejudice as set forth above, and grant such other and further relief as the Court deems just and proper.

Dated: June 16, 2026

Respectfully submitted,

**KNH LLP**

*/s/ Thomas D. Briscoe*
Thomas D. Briscoe
*Counsel for Plaintiff Roxberry Licensing, LLC*

**FBT GIBBONS LLP**

*
Aaron T. Brogdon
*Counsel for Defendant Roxberry Naturals, Inc.*

*Signed with permission via email dated 6/16/26*

2