# THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| **ROXBERRY LICENSING, LLC, a Utah limited liability company,**<br><br> **Plaintiff/Counterclaim Defendant,**<br><br>v.<br><br>**ROXBERRY NATURALS, INC., an Ohio corporation,**<br><br> **Defendant/Counterclaim Plaintiff.** | **ORDER**<br><br><br>**Case No. 2:26-cv-00126-JNP-JCB**<br><br><br>**Chief District Judge Jill N. Parrish**<br><br>**Magistrate Judge Jared C. Bennett** |

Chief District Judge Jill N. Parrish referred this case to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court is the parties' joint motion to hold in abeyance Defendant and Counterclaim Plaintiff Roxberry Naturals, Inc.'s ("Defendant") motion to quash Plaintiff and Counterclaim Defendant Roxberry Licensing, LLC's ("Plaintiff") subpoena to Walmart Inc.[2] For good cause shown, and based upon the parties' stipulation, the court GRANTS the parties' joint motion. Accordingly, the court HEREBY ORDERS:

1.    Defendant's motion to quash Plaintiff's subpoena to Walmart Inc.[3] will be held in abeyance.

---

[1] ECF No. 12.

[2] ECF No. 50.

[3] ECF No. 39.

2.       On or before July 16, 2026, the parties must file a joint status report that informs the court of the status of their attempts to resolve the dispute at issue in Defendant's motion to quash.

IT IS SO ORDERED.

DATED this 18th day of June 2026.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge