# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROXBERRY LICENSING, LLC, a Utah limited liability company,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>ROXBERRY NATURALS, INC., a Delaware corporation,<br><br>    Defendant and Counterclaim Plaintiff. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S SHORT FORM MOTION TO COMPEL DISCOVERY RESPONSES AND PRODUCTION CONCERNING SALES AND VOLUME DATA (INTERROGATORY NO. 4 AND REQUESTS FOR PRODUCTION NOS. 1–10)**<br><br>Case No.   2:26-cv-00126-JNP-JCB<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

This matter is before the Court on Plaintiff Roxberry Licensing, LLC's Short Form Motion to Compel Discovery Responses and Production Concerning Sales and Volume Data (the "**Motion**"). Having considered the Motion and any response, and good cause appearing, the Court GRANTS the Motion and ORDERS as follows:

1.    Within fourteen (14) days of the date of this Order, Defendant Roxberry Naturals, Inc. shall serve a complete, verified supplemental answer to Interrogatory No. 4, or shall identify by Bates number the specific records on which it relies under Federal Rule of Civil Procedure 33(d).

2.    Within fourteen (14) days of the date of this Order, Defendant shall serve responses to, and produce all documents responsive to, Plaintiff's Requests for Production Nos. 1 through 10.

1

DATED this ____ day of _____ 2026.

BY THE COURT:

_____
Jared C. Bennett
United States Magistrate Judge