David P. Johnson (USB No. 13260)
*djohnson@wnlaw.com*
Brittany Frandsen (USB No. 16051)
*bfrandsen@wnlaw.com*
WORKMAN NYDEGGER
60 East South Temple, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

Aaron T. Brogdon
*abrogdon@fbtgibbons.com*
FBT GIBBONS LLP
10 W. Broad St., Ste 2300
Columbus, OH 43215
Telephone: (614) 559-7262

*Attorneys for Defendant Roxberry Naturals, Inc.*

Thomas D. Briscoe (USB No. 16788)
Stephen Mouritsen (USB No. 16523)
Chad Pehrson (USB No. 12622)
KNH LLP
50 W. Broadway 9th Floor
Salt Lake City, Utah 84101
*tbriscoe@knh.law*
*smouritsen@knh.law*
*cpehrson@knh.law*

*Attorneys for Plaintiff Roxberry Licensing, LLC*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROXBERRY LICENSING, LLC,<br><br>    Plaintiff and Counter-Defendant,<br><br>    v.<br><br>ROXBERRY NATURALS, INC.,<br><br>    Defendant and Counter-Claimant. | Case No. 2:26-cv-00126-JNP-JCB<br><br>**ORDER GRANTING STIPULATED REQUEST TO MOVE HEARING ON MOTION**<br><br>Judge Jill N. Parrish<br>Magistrate Judge Jared C. Bennett<br><br>**DEMAND FOR JURY TRIAL** |

Before the Court is the parties' Stipulated Request to Move Hearing on Motion. ECF No. 55. Having considered the parties' stipulation and finding good cause, the Court hereby ORDERS as follows:

1. The parties' Stipulated Request is GRANTED.

2. The hearing on Plaintiff's Short Form Motion to Compel Discovery Responses and Production Concerning Sales and Volume Data (Interrogatory No. 4 and Requests for Production Nos. 1–10) (ECF No. 52) previously scheduled for July 6, 2026 at 3:00 p.m. is VACATED.

3. The hearing is rescheduled for July _, 2026 at ___.

   IT IS SO ORDERED.

   DATED this _____ day of July, 2026.

By: /s/_____
    Hon. Jared C. Bennett
    United States Magistrate Judge

2