Thomas D. Briscoe (16788)
Stephen Mouritsen (16523)
Chad Pehrson (12622)
**KNH LLP**
50 W. Broadway 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
tbriscoe@knh.law
smouritsen@knh.law
cpehrson@knh.law

*Attorneys for Plaintiff and
Counter-Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROXBERRY LICENSING, LLC, a Utah limited liability company, <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> ROXBERRY NATURALS, INC., a Delaware corporation, <br><br> Defendant and Counterclaim Plaintiff. | **JOINT STATUS REPORT REGARDING PLAINTIFF'S SHORT FORM DISCOVERY MOTION (DKT. 52)** <br><br> Case No. 2:26-cv-00126-JNP-JCB <br><br> Chief Judge Jill N. Parrish <br><br> Magistrate Judge Jared C. Bennett |

Pursuant to the Court's June 18, 2026 Order (Dkt. 51), Plaintiff and Counter-Defendant Roxberry Licensing, LLC and Defendant and Counter-Claimant Roxberry Naturals, Inc. jointly report as follows regarding their discussions regarding Defendant's motion to quash Plaintiff's subpoena to Walmart Inc. (Dkt. 39), and further report on their related efforts to resolve the issues

1

set forth in Plaintiff's Short Form Discovery Motion (Dkt. 52), set for hearing on July 16, 2026 (Dkts. 56, 57):

1.  The parties' discussions regarding the motion to quash Plaintiff's subpoena have occurred in the context of Plaintiff's request for Walmart sales information and data from Defendant, as addressed in Plaintiff's Short Form Discovery Motion (Dkt. 52), which has been substantially resolved as noted below. Specifically, via the productions noted below, Defendant represents that it has now produced all Walmart sales data and information in its possession, custody, and/or control, as such information is kept in the ordinary course of Defendant's business.

2.  On July 13, 2026, Roxberry Naturals produced additional documents responsive to the discovery at issue, as a supplement to the production made on June 24, 2026. On July 15, 2026, Roxberry Naturals served written responses and objections to Roxberry Licensing's Requests for Production Nos. 1–10, a verified supplemental response to Interrogatory No. 4, and a completed verification of its answers to Roxberry Licensing's First Set of Interrogatories.

3.  These materials substantially resolve Plaintiff's Short Form Discovery Motion. As to Defendant's Motion to Quash, the parties agree that, upon completion of the items described below by July 30, 2026, Plaintiff does not intend to serve the referenced subpoena, and the Motion to Quash may be deemed moot. With regard to Plaintiff's Short Form Discovery Motion, the parties are completing a small number of confirmation items, including confirmation of the verification's execution date; a short sworn supplement addressing Interrogatory No. 4(c); a schedule for any remaining document production under the responses to the Requests for Production; and confirmation whether any documents are withheld pursuant to privilege objections. The parties are

in agreement that all of these issues, including the production of any remaining documents, will be completed by no later than July 30, 2026.

4. The parties will promptly advise the Court when these remaining issues have been addressed and Plaintiff's Short Form Discovery Motion is fully resolved.

DATED this 16th day of July 2026.

**KNH LLP**

/s/ Thomas D. Briscoe
Thomas D. Briscoe
Stephen C. Mouritsen
Chad S. Pehrson
*Attorneys for Plaintiff Roxberry Licensing, LLC*

**FBT GIBBONS LLP**

/s/Aaron T. Brogdon*
Aaron T. Brogdon
*Attorneys for Defendant Roxberry Naturals, Inc.*

*(*Signed with permission via email dated 7/16/26)*

## CERTIFICATE OF SERVICE

I certify that on July 16, 2026, I caused the foregoing to be filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Thomas D. Briscoe*