# EXHIBIT A
## to
# DECLARATION OF

## THOMAS D. BRISCOE IN SUPPORT OF PLAINTIFF'S EXPEDITED MOTION TO CONFIRM AND ENFORCE THE STIPULATED PRELIMINARY INJUNCTION (DKT. 45) AND, IF NECESSARY, FOR ENTRY OF A CONFORMING ORDER

---

**July 1, 2026 Email from Defendant's Counsel**

| | |
|---|---|
| **From:** | Brogdon, Aaron T. |
| **To:** | Tom Briscoe |
| **Subject:** | Roxberry Update |
| **Date:** | Wednesday, July 1, 2026 1:11:50 PM |

Tom:

I am on vacation with limited email and cell access but wanted to get you a quick update. We expect to have additional sales and revenue documents and/or information to share with you within the next day or two, and we are waiting for an update from the client regarding today's deadlines under the stipulated rebranding order.  Either I or another member of our team will send you an update ASAP.

Thanks,

Aaron

**Aaron Brogdon**
Partner



10 West Broad Street, Suite 2300
Columbus, OH 43215-3484
Direct  +1 614.559.7262
Main   +1 614.464.1211
Mobile +1 614.917.8855
abrogdon@fbtgibbons.com

 

Add @fbtgibbons.com to your approved senders to ensure delivery.

NOTICE: This electronic mail transmission is for the use of the named individual or entity to which it is directed and may contain information that is privileged or confidential. It is not to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is not to be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling FBT Gibbons at (513) 651-6800, so that our address record can be corrected.