Thomas D. Briscoe (16788)
Chad S. Pehrson (12622)
Stephen C. Mouritsen (16523)
**KNH LLP**
50 W. Broadway, Suite 900
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
*tbriscoe@knh.law*
*cpehrson@knh.law*
*smouritsen@knh.law*

*Attorneys for Plaintiff and Counter-Defendant*
*Roxberry Licensing, LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROXBERRY LICENSING, LLC, <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> ROXBERRY NATURALS, INC., <br><br> Defendant and Counter-Plaintiff. | **DECLARATION OF NATHAN GARDNER IN SUPPORT OF PLAINTIFF'S EXPEDITED MOTION TO CONFIRM AND ENFORCE THE STIPULATED PRELIMINARY INJUNCTION (DKT. 45) AND, IF NECESSARY, FOR ENTRY OF A CONFORMING ORDER** <br><br> Case No. 2:26-cv-00126-JNP-JCB <br><br> Judge Jill N. Parrish <br><br> Magistrate Judge Jared C. Bennett |

I, Nathan Gardner, declare pursuant to 28 U.S.C. § 1746:

1.      I am an attorney at KNH LLP, counsel for Plaintiff Roxberry Licensing, LLC, and the evidence custodian for this matter. I make this declaration from personal knowledge.

2.      On July 31, 2026, and again on August 6, 2026, I personally accessed the website

1

at getroxberry.com and several of its subpages in a private browsing session with no extensions enabled, using Microsoft Edge Version 150.0.4078.105 on a Lenovo V15 G4 IRU laptop computer, after verifying the system clock against time.gov. During each session, I captured representative screenshots of the website pages and e-commerce functionality I observed. The capture dates and times stated in the exhibit indexes are taken from the file names of the corresponding screenshot image files.

3.      During those sessions, I accessed and observed pages and features including: (a) the homepage (https://www.getroxberry.com/), including a section titled "Available In Stores Nationwide" with links and logos for Walmart, H-E-B, Harris Teeter, Meijer, and Amazon and links to listings on TikTok Shop and Instacart; (b) the product-collection page (https://www.getroxberry.com/collections/frontpage); (c) a product page (https://www.getroxberry.com/products/pink-lava-can); (d) a shopping-cart interface after I added one item, showing the item, a subtotal, and an active "Checkout" button; (e) the store-locator page (https://www.getroxberry.com/pages/store-locator); and (f) the page at https://www.getroxberry.com/pages/live-at-h-e-b. I completed no purchase and removed the item from the cart.

4.      Based on my personal access to and observation of the website during each capture session, the homepage and the subpages I accessed were available and had not been disabled as of the respective capture dates and times. The representative pages also showed active e-commerce functionality: products bearing the ROXBERRY name and marks were displayed and offered for sale at stated prices (including four-can packs at $5.99 and twenty-four-can packs at $32.99), an item could be added to a cart, and checkout was active.

2

5.       Attached as **Exhibit A** are true and correct representative screenshots from my capture session on July 31, 2026, organized as sub-exhibits A-1 through A-6. Attached as **Exhibit B** are true and correct representative screenshots from my capture session on August 6, 2026, organized as sub-exhibits B-1 through B-6. The applicable exhibit index identifies the subject page, URL, and capture date and time for each sub-exhibit. The screenshots are representative, rather than exhaustive, of the pages and functionality I personally observed. Each screenshot fairly and accurately depicts the website content I observed during the applicable capture session.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2026, at Salt Lake City, Utah.


*/s/Nathan Gardner*
Nathan Gardner

3

## CERTIFICATE OF SERVICE

I certify that on the 6th day of August 2026, I caused the foregoing **DECLARATION OF NATHAN GARDNER IN SUPPORT OF PLAINTIFF'S EXPEDITED MOTION TO CONFIRM AND ENFORCE THE STIPULATED PRELIMINARY INJUNCTION (DKT. 45) AND, IF NECESSARY, FOR ENTRY OF A CONFORMING ORDER** to be filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/Thomas D. Briscoe*