# EXHIBIT A
## to
## DECLARATION OF

# NATHAN GARDNER IN SUPPORT OF PLAINTIFF'S EXPEDITED MOTION TO CONFIRM AND ENFORCE THE STIPULATED PRELIMINARY INJUNCTION (DKT. 45) AND, IF NECESSARY, FOR ENTRY OF A CONFORMING ORDER

**EXHIBIT INDEX**

**Declaration of Nathan Gardner in Support of Plaintiff's Expedited Motion to Confirm and Enforce the Stipulated Preliminary Injunction (Dkt. 45) and, if necessary, for Entry of a Conforming Order**

All pages were captured on July 31, 2026. The date and time listed for each exhibit are taken from the file name of the corresponding screenshot image file.

| Exhibit | Page Captured (URL) | Date and Time Captured |
|---------|---------------------|------------------------|
| A-1 | Homepage - www.getroxberry.com/ | July 31, 2026, 11:12:41 a.m. |
| A-2 | Product-collection page - www.getroxberry.com/collections/frontpage | July 31, 2026, 11:39:59 a.m. |
| A-3 | Product page (Pink Lava can) - www.getroxberry.com/products/pink-lava-can | July 31, 2026, 11:41:35 a.m. |
| A-4 | Shopping cart (one item, subtotal, active Checkout button) - www.getroxberry.com/cart | July 31, 2026, 11:44:02 a.m. |
| A-5 | Store-locator page - www.getroxberry.com/pages/store-locator | July 31, 2026, 11:46:13 a.m. |
| A-6 | "Soda for kids. Now available at H-E-B!" page - www.getroxberry.com/pages/live-at-h-e-b | July 31, 2026, 11:47:56 a.m. |

# EXHIBIT A-1









**KIDS CAN BE KIDS AND PARENTS CAN CHEER THEM ON.**

No parent likes to say no, but that's part of the job, isn't it? Saying no to all of the artificial, yet—let's face it—totally fun foods your kids love.

With Roxberry, you can say YES! We use entirely natural ingredients to make the fun stuff: delicious, nutrient-rich drinks and snacks that kids love and parents can encourage.



# EXHIBIT A-2





# EXHIBIT A-3







# EXHIBIT A-4



# EXHIBIT A-5



# EXHIBIT A-6

