# EXHIBIT B
## to
## DECLARATION OF

## NATHAN GARDNER IN SUPPORT OF PLAINTIFF'S EXPEDITED MOTION TO CONFIRM AND ENFORCE THE STIPULATED PRELIMINARY INJUNCTION (DKT. 45) AND, IF NECESSARY, FOR ENTRY OF A CONFORMING ORDER

**EXHIBIT INDEX**

**Declaration of Nathan Gardner in Support of Plaintiff's Expedited Motion to Confirm and Enforce the Stipulated Preliminary Injunction (Dkt. 45) and, if necessary, for Entry of a Conforming Order**

All pages were captured on August 6, 2026. The date and time listed for each exhibit

are taken from the file name of the corresponding screenshot image file.

| Exhibit | Page Captured (URL) | Date and Time Captured |
|---|---|---|
| B-1 | Homepage - www.getroxberry.com/ | August 6, 2026, 09:53:21 a.m. |
| B-2 | Product-collection page - www.getroxberry.com/collections/frontpage | August 6, 2026, 09:55:09 a.m. |
| B-3 | Product page (Pink Lava can) - www.getroxberry.com/products/pink-lava-can | August 6, 2026, 09:55:34 a.m. |
| B-4 | Shopping cart (one item, subtotal, active Checkout button) - www.getroxberry.com/cart | August 6, 2026, 09:56:48 a.m. |
| B-5 | Store-locator page - www.getroxberry.com/pages/store-locator | August 6, 2026, 09:57:39 a.m. |
| B-6 | "Soda for kids. Now available at H-E-B!" page - www.getroxberry.com/pages/live-at-h-e-b | August 6, 2026, 09:58:10 a.m. |

# EXHIBIT B-1







# EXHIBIT B-2





# EXHIBIT B-3







# EXHIBIT B-4



# EXHIBIT B-5



# EXHIBIT B-6



