# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROXBERRY LICENSING, LLC, <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> ROXBERRY NATURALS, INC., <br><br> Defendant and Counter-Plaintiff. | **[PROPOSED] ORDER SETTING EXPEDITED BRIEFING** <br><br> Case No. 2:26-cv-00126-JNP-JCB <br><br> Judge Jill N. Parrish <br><br> Magistrate Judge Jared C. Bennett |

Plaintiff Roxberry Licensing, LLC requests expedited briefing on its motion to confirm and enforce the Stipulated Preliminary Injunction and proposed Order filed at Dkt. 45 (the "**Stipulated PI/Order**") or, if necessary, obtain a conforming order ("**Motion**"). Ordinary briefing under DUCivR 7-1(a)(4)(C)(iii)–(iv) would extend beyond the stipulated cessation date of August 15, 2026. Because Defendant executed the two-page Stipulated PI/Order, which the parties filed, and the record is compact and familiar, the shortened schedule permits meaningful briefing with minimal prejudice. Good cause appearing, the Court ORDERS as follows:

1. Defendant shall file any opposition within five days after service of the Motion.

2. Plaintiff may file a reply within two days after service of any opposition.

3. The Motion will be submitted for decision upon completion of expedited briefing unless the Court sets a hearing.

**IT IS SO ORDERED.**

DATED this ___ day of August 2026.

_____
Hon. Jill N. Parrish
United States District Judge

1

2

**CERTIFICATE OF SERVICE**

I certify that on the 6th day of August 2026, I caused the foregoing **[PROPOSED]**

**ORDER SETTING EXPEDITED BRIEFING** to be filed using the Court's CM/ECF system,

which will send notice of electronic filing to all counsel of record.


*/s/Thomas D. Briscoe*