Thomas D. Briscoe (16788)
Chad S. Pehrson (12622)
Stephen C. Mouritsen (16523)
**KNH LLP**
50 W. Broadway, Suite 900
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
*tbriscoe@knh.law*
*cpehrson@knh.law*
*smouritsen@knh.law*

*Attorneys for Plaintiff and Counter-Defendant*
*Roxberry Licensing, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ROXBERRY LICENSING, LLC,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>ROXBERRY NATURALS, INC.,<br><br>Defendant and Counter-Plaintiff. | **SUPPLEMENTAL DECLARATION OF NATHAN GARDNER IN SUPPORT OF PLAINTIFF'S REPLY**<br><br>Case No. 2:26-cv-00126-JNP-JCB<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

I, Nathan Gardner, declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney at KNH LLP, counsel for Plaintiff Roxberry Licensing, LLC. I previously submitted a declaration describing my July 31 and August 6, 2026 observations of getroxberry.com. I make this declaration from personal knowledge.

2. On August 14, 2026, beginning at approximately 6:15 P.M. Mountain Daylight Time and ending at approximately 6:20 P.M. Mountain Daylight Time, I personally accessed getroxberry.com. I used a new private browsing session with extensions disabled, did not sign in to a Roxberry account, and verified the date and time against time.gov at the beginning and end of

the session. I captured screenshots of the homepage, one representative product page, and the shopping-cart functionality I personally observed.

3. During the August 14 session, the pages I accessed were publicly available. The homepage displayed the ROXBERRY name and design mark, the phrases "THE EASIEST YES IN THE FRIDGE. SODA FOR KIDS" and "AVAILABLE IN STORES NATIONWIDE," retailer logos, and images of ROXBERRY-branded canned products. I added "Galaxy Gulp Citrus – 4 Cans" to the shopping cart. The cart displayed a total price of $5.99 and an active "Checkout" control. I did not enter payment information or complete a purchase, and I removed the item from the cart.

4. None of the pages I accessed during the August 14 session displayed: (a) any notice or statement that products bearing the ROXBERRY name or mark were being or had been discontinued; (b) any announcement of a rebrand, renaming, or transition to a different brand; (c) any reference to a successor or replacement brand name; or (d) any statement that ROXBERRY products were no longer available for purchase.

5. On August 18, 2026, beginning at approximately 7:56 A.M. Mountain Daylight Time and ending at approximately 8:16 A.M. Mountain Daylight Time, I conducted a further capture of getroxberry.com. I again used a new private browsing session with extensions disabled and did not sign in to a Roxberry account. I verified the date and time against time.gov at the beginning and end of the session. I captured separate viewport screenshots showing the browser address bar and material page content, and full-page images when available.

6. During the August 18 session, the pages I accessed were publicly available. The homepage displayed the ROXBERRY name and design mark, the phrases "THE EASIEST YES

IN THE FRIDGE. SODA FOR KIDS" and "AVAILABLE IN STORES NATIONWIDE," retailer logos, and images of ROXBERRY-branded canned products. The getroxberry.com homepage I captured in full on August 18, 2026 continued to display the same elements I had observed on August 14, 2026 — including the ROXBERRY name and design mark, the phrase "AVAILABLE IN STORES NATIONWIDE" accompanied by retailer logos, and ROXBERRY-branded products offered for sale — together with the remainder of the homepage through its footer. The full-page capture also showed a "STORE LOCATOR" navigation link, ROXBERRY-branded 24-can multipacks offered for sale at a listed price of $32.99 each with active "ADD TO CART" controls, and a "© Roxberry 2026" notice in the page footer. The full-page capture also showed a "STORE LOCATOR" navigation link, ROXBERRY-branded 24-can multipacks offered for sale at a listed price of $32.99 each with active "ADD TO CART" controls, and a "© Roxberry 2026" notice in the page footer. I added "Galaxy Gulp Citrus – 4 Cans" to the shopping cart. The cart displayed a total price of $5.99 and an active "Checkout" control. I did not enter payment information or complete a purchase, and I removed the item from the cart.

7. None of the pages I accessed during the August 18 session displayed: (a) any notice or statement that products bearing the ROXBERRY name or mark were being or had been discontinued; (b) any announcement of a rebrand, renaming, or transition to a different brand; (c) any reference to a successor or replacement brand name; or (d) any statement that ROXBERRY products were no longer available for purchase.

8. **Exhibit C** consists of an index followed by true and correct representative screenshots from my August 14 and August 18 capture sessions. The index separately identifies each session and provides the page description, URL, capture date, and capture time for each

screenshot.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2026, at Salt Lake City, Utah.

*/s/Nathan Gardner*
Nathan Gardner

**CERTIFICATE OF SERVICE**

I certify that on the 19th day of August, 2026, I caused the foregoing **SUPPLEMENTAL DECLARATION OF NATHAN GARDNER IN SUPPORT OF PLAINTIFF'S REPLY** to be filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Thomas D. Briscoe*
Thomas D. Briscoe