# EXHIBIT C
# to
# SUPPLEMENTAL DECLARATION OF NATHAN GARDNER IN SUPPORT OF PLAINTIFF'S REPLY

---

## Screenshots

# EXHIBIT INDEX

## Supplemental Declaration of Nathan Gardner

## in Support of Plaintiff's Reply

Representative screenshots from Nathan Gardner's August 14, 2026 and August 18, 2026 capture sessions of getroxberry.com, presented in the order indexed below.

| Exhibit | Page Captured (URL) | Date and Time Captured |
|---|---|---|
| **SESSION 1 — AUGUST 14, 2026** (Supplemental Gardner Declaration ¶¶ 2–4) | | |
| **C-1** | getroxberry.com homepage: ROXBERRY name and design mark; "THE EASIEST YES IN THE FRIDGE." / "SODA FOR KIDS"; "AVAILABLE IN STORES NATIONWIDE" with retailer logos; images of ROXBERRY-branded canned products; browser address bar visible. (https://www.getroxberry.com/) | Aug. 14, 2026, approximately 6:17 P.M. |
| **C-2** | getroxberry.com store-locator page: heading "WHERE IN THE WORLD IS ROXBERRY?" and the prompt "Find Roxberry in stores near you"; ZIP code 84101 entered, returning a list of retail stores in the Salt Lake City area of central Utah — including Walmart locations in Taylorsville, West Valley City, Midvale, and Magna, Utah — with an accompanying map. (https://www.getroxberry.com/pages/store-locator) | Aug. 14, 2026, approximately 6:20 P.M. |
| **C-3** | Checkout page for shopping cart containing "Galaxy Gulp Citrus – 4 Cans"; subtotal and total of $5.99 displayed. (https://www.getroxberry.com/checkouts) | Aug. 14, 2026, approximately 6:18 P.M. |
| **SESSION 2 — AUGUST 18, 2026** (Supplemental Gardner Declaration ¶¶ 5–7) | | |
| **C-4** | getroxberry.com homepage — a single continuous full-page capture (top of page through footer), reproduced in four consecutive segments for readability. The capture depicts, in order: a top navigation bar bearing the ROXBERRY name and design mark with "SHOP" and "STORE LOCATOR" links; a hero section with the tagline "THE EASIEST YES IN THE FRIDGE." / "SODA FOR KIDS" and three ROXBERRY-branded cans (Ocean, Pink Lava, and Galaxy Gulp Citrus); the statement "AVAILABLE IN STORES NATIONWIDE" with third-party retailer logos (Walmart, H-E-B, Instacart, Harris Teeter, Amazon, and Meijer) and a "FIND A STORE" button; a product section ("OUR FIZZY FRUITRAGEOUS VEGETABULOUS FLAVORS") offering ROXBERRY-branded 24-can multipacks for sale at $32.99 each with "ADD | Aug. 18, 2026, approximately 7:59 A.M. |

| Exhibit | Page Captured (URL) | Date and Time Captured |
|---|---|---|
| | TO CART" buttons; additional brand and product-feature content; and a footer displaying the ROXBERRY design mark, an email/telephone sign-up, and a "© Roxberry 2026" notice. (https://www.getroxberry.com/) | |
| **C-5** | getroxberry.com store-locator page (viewport capture): heading "WHERE IN THE WORLD IS ROXBERRY?" and the prompt "Find Roxberry in stores near you"; ZIP code entered for central Utah, returning a list of nearby retail stores with an accompanying map. (https://www.getroxberry.com/pages/store-locator) | Aug. 18, 2026, approximately 8:12 A.M. |
| **C-6** | Viewport capture: Checkout page for shopping cart containing "Galaxy Gulp Citrus – 4 Cans"; subtotal and total of $5.99 displayed. (https://www.getroxberry.com/checkouts) | Aug. 18, 2026, approximately 8:10 A.M. |

# EXHIBIT C-1


Roxberry
getroxberry.com
Incognito (2)
SHOP
STORE LOCATOR
JOIN GALAXY CLUB
THE EASIEST YES IN THE FRIDGE.
SODA FOR KIDS
Made with fruits and veggies, just 5g of sugar and no artificial ingredients.
FIND IN STORE
VIEW FLAVORS
GALAXY GULP
CITRUS
FRUIT PUNCH
AVAILABLE IN STORES NATIONWIDE
meijer
Walmart
H-E-B
instacart
Harris Teeter
amazon
meijer
Walmart
H-E-B

# EXHIBIT C-2


National Institute of Standards
Store Locator – Roxberry
getroxberry.com/pages/store-locator
Incognito (2)
Free shipping over $50
SHOP
STORE LOCATOR
JOIN GALAXY CLUB
WHERE IN THE WORLD IS ROXBERRY?
Find Roxberry in stores near you
84101
Filters
Find In-Store
Buy Online
Walmart Supercenter 7.6mi
5469 South Redwood Road, Taylorsville, UT 84123
3 Products Found
Walmart Neighborhood Market 7.6mi
4570 South 4000 West, West Valley City, UT 84120
3 Products Found
Walmart Supercenter 7.8mi
3180 South 5600 West, West Valley City, UT 84120
3 Products Found
Walmart Supercenter 9.6mi
7250 Union Park Avenue, Midvale, UT 84047
3 Products Found
Walmart Neighborhood Market 11.0mi
3555 South 8400 West, Magna, UT 84044
3 Products Found
Salt Lake City
Salt Lake City International Airport
Temple Square
Lewis Peak
Grandview Peak
Gobblers Knob
Farnsworth Peak
Nelson Peak
Park City
Deer Valley Resort

# EXHIBIT C-3


Checkout - Roxberry
getroxberry.com/checkouts/cn/hWNFfDf88A6T39o4CzkLdrlp/en-us?_r=AQAB9rTCp0fWfM-VfExEgzTHUVYOCGMcgVj11ozaMlzYfMo&auto_redirect=false&edge_redirect=true&skip_shop_pay=true
Incognito (2)
Express checkout
shop
Pay
OR
Contact
Sign in
Email
Email me with news and offers
Delivery
Country/Region
United States
First name (optional)
Last name
Address
Apartment, suite, etc. (optional)
City
State
Utah
ZIP code
Shipping method
Enter your shipping address to view available shipping methods.
Payment
All transactions are secure and encrypted.
Galaxy Gulp Citrus
4 Cans
$5.99
Subtotal
$5.99
Shipping
Enter shipping address
Total
USD $5.99

# EXHIBIT C-4


Free shipping over $50
SHOP
STORE LOCATOR
✦ JOIN GALAXY CLUB
THE EASIEST YES IN THE FRIDGE.
SODA FOR KIDS
Made with fruits and veggies, just 5g of sugar and no artificial ingredients.
FIND IN STORE
VIEW FLAVORS
AVAILABLE IN STORES NATIONWIDE
H-E-B
instacart
Harris Teeter
amazon
meijer
FIND A STORE
OUR FIZZY FRUITRAGEOUS VEGETABULOUS FLAVORS
All of the yum, all from fruits and veggies
shhh...don't tell the kiddos ;)
24 | 7.5 OZ CANS
GALAXY GULP
Orange Citrus
24 Cans — $32.99
ADD TO CART | $32.99
PAIRS WITH: POPCORN SPACE TRAVEL MOVIES
PINK LAVA
Strawberry Lemonade
24 Cans — $32.99
ADD TO CART | $32.99
PAIRS WITH: POOLTIME SANDWITCHES
OCEAN POTION
Fruit Punch
24 Cans — $32.99
ADD TO CART | $32.99
PAIRS WITH: SIDEWALK CHALK KNOCK-KNOCK JOKES



PINK LAVA

## STRAWBERRY LEMONADE WITH BIG SODA ENERGY.

Classic strawberry lemonade flavor got an upgrade with no artificial ingredients and just 5g of sugar.

SHOP NOW FIND IN STORE

REAL FANS, REAL CANS

## LOVED BY KIDS AND THEIR PARENTS

Not even the tiniest critics can hide their love of Roxberry. Tap through, watch the pours, and see why Roxberry's the new lunchbox staple.







### NO ARTIFICIAL ANYTHING

No high-fructose syrups, no Red Dye 40s, just no weird stuff at all.

### NO SINGLE-USE PLASTIC

No throwaway plastic, all recyclable materials.

### PLANT-POWERED HYDRATION

Vitamins, antioxidants, and electrolytes, all powered by fruits and veggies.

### 40% LESS SUGAR THAN LEADING JUICE BOXES

Sweetened with monkfruit and cane sugar for great flavor.

# ONE MORE YES

## KIDS CAN BE KIDS AND PARENTS CAN CHEER THEM ON.

No parent likes to say no, but that's part of the job, isn't it? Saying no to all of the artificial, yet—let's face it—totally fun foods your kids love.

With Roxberry, you can say YES! We use entirely natural ingredients to make the fun stuff: delicious, nutrient-rich drinks and snacks that kids love and parents can encourage.

NOW LEAVING

ROXBERRY

COME BACK SOON!

BECOME A KREATURE. JOIN OUR GALAXY

Email

Phone number

GET YOUR PASSPORT

SHOP

STORE LOCATOR

ACCESSIBILITY

© Roxberry 2026

# EXHIBIT C-5

Free shipping over $50

ROXBERRY SHOP STORE LOCATOR

✦ JOIN GALAXY CLUB

# WHERE IN THE WORLD IS ROXBERRY?

Find Roxberry in stores near you

84101 | Filters

Find In-Store | Buy Online

Walmart Supercenter 7.6mi
5469 South Redwood Road, Taylorsville, UT 84123
3 Products Found

Walmart Neighborhood Market 7.6mi
4570 South 4000 West, West Valley City, UT 84120
3 Products Found

Walmart Supercenter 7.8mi
3180 South 5600 West, West Valley City, UT 84120
3 Products Found

Walmart Supercenter 9.6mi
7250 Union Park Avenue, Midvale, UT 84047
3 Products Found

Walmart Neighborhood Market 11.0mi
3555 South 8400 West, Magna, UT 84044
3 Products Found



# EXHIBIT C-6

ROXBERRY

Express checkout

shop | G Pay

OR

## Contact

Sign in

Email

Email me with news and offers

## Delivery

Country/Region
United States

First name (optional)

Last name

Address

Apartment, suite, etc. (optional)

City

State
Utah

ZIP code



1

Galaxy Gulp Citrus $5.99
4 Cans

Subtotal $5.99

Shipping Enter shipping address

**Total** USD **$5.99**