Thomas D. Briscoe (16788)
Chad S. Pehrson (12622)
Stephen C. Mouritsen (16523)
**KNH LLP**
50 W. Broadway, Suite 900
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
*tbriscoe@knh.law*
*cpehrson@knh.law*
*smouritsen@knh.law*

*Attorneys for Plaintiff and Counter-Defendant*
*Roxberry Licensing, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ROXBERRY LICENSING, LLC,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>ROXBERRY NATURALS, INC.,<br><br>Defendant and Counter-Plaintiff. | **SUPPLEMENTAL DECLARATION OF THOMAS D. BRISCOE IN SUPPORT OF PLAINTIFF'S REPLY**<br><br>Case No. 2:26-cv-00126-JNP-JCB<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

I, Thomas D. Briscoe, declare pursuant to 28 U.S.C. § 1746:

1. I am a partner at KNH LLP and counsel of record for Plaintiff Roxberry Licensing, LLC. I previously submitted a declaration in support of Plaintiff's Motion. I make this supplemental declaration from personal knowledge.

2. Attached as Exhibit D is a true and correct copy of the July 30, 2026 letter I received from Defendant's counsel, Aaron T. Brogdon.

3. After July 2, 2026, I did not communicate, and I am not aware of anyone at or on

behalf of Roxberry Licensing communicating, any further extension, suspension, or waiver of any obligation or deadline in Dkt. 45.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 19, 2026, at Salt Lake City, Utah.

/s/Thomas D. Briscoe
Thomas D. Briscoe

## CERTIFICATE OF SERVICE

I certify that on the 19th day of August, 2026, I caused the foregoing **SUPPLEMENTAL DECLARATION OF THOMAS D. BRISCOE IN SUPPORT OF PLAINTIFF'S REPLY** to be filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Thomas D. Briscoe*
Thomas D. Briscoe