David P. Johnson (USB No. 13260)
*djohnson@wnlaw.com*
Brittany Frandsen (USB No. 16051)
*bfrandsen@wnlaw.com*
WORKMAN NYDEGGER
60 East South Temple, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

Aaron T. Brogdon
*abrogdon@fbtgibbons.com*
FBT GIBBONS LLP
10 W. Broad St., Ste 2300
Columbus, OH 43215
Telephone: (614) 559-7262

*Attorneys for Defendant Roxberry Naturals, Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROXBERRY LICENSING, LLC,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>ROXBERRY NATURALS, INC.,<br><br>Defendant and Counter-Claimant. | Case No. 2:26-cv-00126-JNP-JCB<br><br>**STIPULATED MOTION FOR LEAVE FOR DEFENDANT TO FILE A SURREPLY TO PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S EXPEDITED MOTION TO CONFIRM AND ENFORCE THE STIPULATED PRELIMINARY INJUNCTION**<br><br>Judge Jill N. Parrish<br>Magistrate Judge Jared C. Bennett |

Pursuant to DUCivR 7-1(a)(9), Defendant Roxberry Naturals, Inc. ("Defendant") and Plaintiff Roxberry Licensing, LLC ("Plaintiff") file this stipulated motion seeking leave for Defendant to file a limited surreply to Plaintiff Roxberry Licensing, LLC's Reply in support of Plaintiff's Expedited Motion to Confirm and Enforce the Stipulated Preliminary Injunction, ECF No. 69.

Defendant contends that it should have an opportunity to address certain new materials submitted for the first time with Plaintiff's Reply — the revised proposed order, the supplemental declaration of Thomas D. Briscoe and its exhibit, and the declaration of Brad Davis, as identified in Defendant's August 26, 2026 email. Defendant points to the standard in *Green v. New Mexico*, 420 F.3d 1189, 1196 (10th Cir. 2005) ("Generally, the nonmoving party should be given an opportunity to respond to new material raised for the first time in the movant's reply."). Plaintiff does not agree that the Reply raised new matter and reserves its positions, but stipulates to the limited surreply described below.

Accordingly, the parties respectfully stipulate and request that the Court grant Defendant leave to file a surreply of no more than two pages, exclusive of caption and signature block, limited to addressing the materials identified above. The surreply will be filed promptly, and Plaintiff's Motion (ECF No. 63) will stand submitted upon its filing.

DATED this 28th day of August, 2026.

WORKMAN NYDEGGER

By: /s/ *Brittany Frandsen*
David P. Johnson
Brittany Frandsen

Aaron T. Brogdon
FBT GIBBONS LLP

*Attorneys for Roxberry Naturals, Inc.*

KNH LLP

By: /s/ Thomas D Briscoe
Thomas D. Briscoe
Stephen Mouritsen
Chad Pehrson

*Attorneys for Roxberry Licensing, LLC*