David P. Johnson (USB No. 13260)
*djohnson@wnlaw.com*
Brittany Frandsen (USB No. 16051)
*bfrandsen@wnlaw.com*
WORKMAN NYDEGGER
60 East South Temple, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 533-9800
Facsimile: (801) 328-1707

Aaron T. Brogdon
*abrogdon@fbtgibbons.com*
FBT GIBBONS LLP
10 W. Broad St., Ste 2300
Columbus, OH 43215
Telephone: (614) 559-7262

*Attorneys for Defendant Roxberry Naturals, Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROXBERRY LICENSING, LLC,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>ROXBERRY NATURALS, INC.,<br><br>Defendant and Counter-Claimant. | Case No. 2:26-cv-00126-JNP-JCB<br><br>**ORDER GRANTING STIPULATED MOTION FOR LEAVE TO FILE SURREPLY**<br><br>Judge Jill N. Parrish<br>Magistrate Judge Jared C. Bennett |

The Court, having considered the Stipulated Motion for Leave for Defendant to File a Surreply to Plaintiff's Reply in Support of Plaintiff's Motion to Confirm and Enforce the

Stipulated Preliminary Injunction, and for good cause appearing, hereby ORDERS that the Stipulated Motion is GRANTED.

The Court orders that Defendant Roxberry Naturals, Inc., may file a surreply no more than two pages in length, exclusive of caption and signature block, limited to addressing the materials identified in the Stipulated Motion. The surreply shall be filed promptly, and Plaintiff's Motion (ECF No. 63) shall stand submitted upon its filing.

DATED this ______ day of August, 2026.

BY THE COURT:

______________________________
Jill N. Parrish
United States District Judge