Thomas D. Briscoe (16788)
Stephen Mouritsen (16523)
Chad Pehrson (12622)
Nathan C. Gardner (19537)
**KNH LLP**
50 W. Broadway 9th Floor
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
tbriscoe@knh.law
smouritsen@knh.law
cpehrson@knh.law
ngardner@knh.law

*Attorneys for Plaintiff and Counter-Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ROXBERRY LICENSING, LLC, a Utah limited liability company,<br><br>Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>ROXBERRY NATURALS, INC., a Delaware corporation,<br><br>Defendant and Counterclaim Plaintiff. | **NOTICE OF APPEARANCE OF NATHAN C. GARDNER**<br><br>Case No. 2:26-cv-00126-JNP-JCB<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

**PLEASE TAKE NOTICE** that Nathan C. Gardner with the firm KNH LLP hereby enters his appearance as additional counsel for Plaintiff and Counterclaim Defendant Roxberry Licensing, LLC. The undersigned hereby requests that copies of all further pleadings and papers

filed in connection with the above captioned action be served upon him using the contact information provided.

DATED this 1st day of September 2026.

**KNH LLP**

*/s/Nathan C. Gardner*
Thomas D. Briscoe
Stephen Mouritsen
Chad Pehrson
Nathan C. Gardner

*Attorneys for Plaintiff and Counterclaim Defendant Roxberry Licensing, LLC*

**CERTIFICATE OF SERVICE**

I certify that on the 1st day of September 2026, I caused the foregoing **NOTICE OF APPEARANCE OF NATHAN C. GARDNER** to be filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/Nathan C. Gardner*