**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

Roxberry Licensing, LLC,

**Plaintiff(s),**

**vs.**

Roxberry Naturals, Inc.,

**Defendant(s).**

**Case No. 2:26-cv-00126-JNP**

**TRANSCRIPT PURCHASE NOTICE**

Notice is hereby given that the undersigned court reporter has received payment from or payment arrangements have been made by:

☒ Attorney: Thomas D. Briscoe

☐ Party: Click here to enter text.

for the following transcript(s):

| Hearing Date | Type of Hearing Held |
|---|---|
| 9/3/2026 | Motion to Quash |
| | |
| | |
| | |
| | |
| | |

**DOCKET CLERK:**
Please modify the above transcript(s) entry/document to allow this attorney/party to have access to the transcript(s) via PACER.

Date: September 9, 2026

Michelle Mallonee
Court Reporter