Thomas D. Briscoe (16788)
Chad S. Pehrson (12622)
Stephen C. Mouritsen (16523)
**KNH LLP**
50 W. Broadway, Suite 900
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
tbriscoe@knh.law
cpehrson@knh.law
smouritsen@knh.law

*Attorneys for Plaintiff and Counter-Defendant*
*Roxberry Licensing, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ROXBERRY LICENSING, LLC, a Utah limited liability company,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>ROXBERRY NATURALS, INC., a Delaware corporation,<br><br>Defendant and Counter-Claimant. | **STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br>Case No. 2:26-cv-00126-JNP-JCB<br><br>Judge Jill N. Parrish<br>Magistrate Judge Jared C. Bennett |

Plaintiff and Counter-Defendant Roxberry Licensing, LLC ("Plaintiff") and Defendant and Counter-Claimant Roxberry Naturals, Inc. ("Defendant") (together, the "Parties"), by and through their undersigned counsel, respectfully submit this Stipulated Motion to Amend Scheduling Order and state as follows:

1. On April 15, 2026, the Court entered the Scheduling Order in this matter (Dkt. 29) (the "Scheduling Order"). Section 4.b.2 of the Scheduling Order sets the deadline for fact discovery to close as of October 15, 2026. Several discovery issues remain unresolved and

under discussion by the parties, however, creating a need for additional time to complete discovery.

2. As the Court is aware from the parties' prior joint status reports, such issues include discovery concerning Defendant's sales, volume, and distribution data and the issues raised in Defendant's Motion to Quash Plaintiff's Subpoena to Walmart, Inc. (Dkt. 39) and Plaintiff's Short-Form Discovery Motion to Compel (Dkt. 52), as previously addressed in the parties' joint and supplemental joint status reports (Dkt. 61, Dkt. 65).

3. Fully addressing all current discovery issues and completing the remaining fact depositions will require a short additional period beyond the current October 15, 2026 deadline. The Parties have conferred and agree that a two-week extension of the fact discovery deadline—to October 29, 2026—is warranted and will not disrupt the remainder of the case schedule.

4. Good cause exists for the requested extension under Fed. R. Civ. P. 16(b)(4). The extension is short, is requested in good faith and not for purposes of delay, and will not affect the deadlines for expert discovery, dispositive motions, or any other deadline set forth in the Scheduling Order.

5. The Parties respectfully request that the Court amend Section 4.b.2 of the Scheduling Order as follows:

*Deadline for fact discovery to close: October 15, 2026* ***October 29, 2026***

6. Pursuant to DUCivR 7-1, undersigned counsel for the Parties have conferred regarding the relief requested herein, and this Motion is submitted as a joint stipulation of both Parties. A Proposed Order is submitted concurrently herewith.

WHEREFORE, the Parties respectfully request that the Court enter the accompanying

Proposed Order amending Section 4.b.2 of the Scheduling Order to extend the deadline for fact discovery to close from October 15, 2026 to October 29, 2026.

DATED this 15th day of September, 2026.

**KNH LLP**

*/s/Chad S. Pehrson*
Thomas D. Briscoe
Chad S. Pehrson
Stephen C. Mouritsen

*Attorneys for Plaintiff and Counter-Defendant Roxberry Licensing, LLC*

**FBT GIBBONS LLP**

*/s/Aaron T. Bogdon**
Aaron T. Brogdon
10 W. Broad St., Ste 2300
Columbus, Ohio 43215
Telephone: (614) 559-7262
abrogdon@fbtgibbons.com

*(*Signed with permission provided via email 9/15/26.)*

**WORKMAN NYDEGGER**
David P. Johnson (13260)
Brittany Frandsen (16051)
60 East South Temple, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 533-9800

*Attorneys for Defendant and Counter-Claimant Roxberry Naturals, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on the 16th day of September, 2026, I caused a true and correct copy of the foregoing **STIPULATED MOTION TO AMEND SCHEDULING ORDER** to be filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Chad S. Pehrson*