**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ROXBERRY LICENSING, LLC, a Utah limited liability company,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>ROXBERRY NATURALS, INC., a Delaware corporation,<br><br>Defendant and Counter-Claimant. | **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER**<br><br>Case No. 2:26-cv-00126-JNP-JCB<br><br>Judge Jill N. Parrish<br>Magistrate Judge Jared C. Bennett |

Before the Court is the Parties' Stipulated Motion to Amend Scheduling Order (the "Motion"). Having considered the Motion and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Section 4.b.2 of the Scheduling Order (Dkt. 29) is amended as follows: the deadline for fact discovery to close is extended from October 15, 2026 to **October 29, 2026**.

SO ORDERED this ____ day of __________, 2026.

BY THE COURT:

______________________
JARED C. BENNETT
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I certify that on the 16th day of September, 2026, I caused a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO AMEND SCHEDULING ORDER** to be filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Chad S. Pehrson*