Thomas D. Briscoe (16788)
Chad S. Pehrson (12622)
Stephen C. Mouritsen (16523)
KNH LLP
50 W. Broadway, Suite 900
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
tbriscoe@knh.law
cpehrson@knh.law
smouritsen@knh.law

*Attorneys for Plaintiff and Counter-Defendant*
*Roxberry Licensing, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ROXBERRY LICENSING, LLC,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>ROXBERRY NATURALS, INC.,<br><br>Defendant and Counter-Plaintiff. | **PLAINTIFF'S NOTICE OF DESIGNATION OF EXPERT WITNESSES PURSUANT TO DUCivR 26-1(a)(2)**<br><br>Case No. 2:26-cv-00126-JNP-JCB<br><br>Judge Jill N. Parrish<br>Magistrate Judge Jared C. Bennett |

Pursuant to DUCivR 26-1(a)(2) and Section 6(a)(1) of the Scheduling Order (Dkt. 29), Plaintiff and Counter-Defendant Roxberry Licensing, LLC ("Roxberry Licensing") designates the following expert witnesses whom it may call to testify on issues as to which it bears the burden of proof:

1. **Thomas Haymore, Ph.D.** (retained; Fed. R. Civ. P. 26(a)(2)(B))

   Provo, Utah.

   **Subjects of expertise:** Forensic economics and the quantification of economic damages. Dr. Haymore is expected to testify regarding the monetary remedies

Roxberry Licensing seeks under 15 U.S.C. § 1117(a) and applicable state law, including (a) the sales, revenues, costs, and profits of Defendant Roxberry Naturals, Inc. ("Defendant") attributable to goods sold under the ROXBERRY designation; (b) Roxberry Licensing's actual damages, including lost profits; (c) a reasonable royalty for Defendant's use of the ROXBERRY designation; (d) harm to Roxberry Licensing's goodwill and brand value; and (e) the cost of corrective advertising.

**2.** **Brad Davis** (non-retained; Fed. R. Civ. P. 26(a)(2)(C))

Founder and President, Roxberry Licensing, LLC, Sandy, Utah

**Subjects of expertise:** The juice, smoothie, and restaurant franchise industry, including franchise development, licensing, and expansion; franchise and brand-licensing economics, including royalty structures; and the development, value, and goodwill of the ROXBERRY brand. Mr. Davis, who is also a fact witness, is expected to testify based on his industry experience and his personal knowledge regarding Roxberry Licensing's business, its franchise and retail-channel expansion plans, and the effect of Defendant's use of the ROXBERRY designation on those plans and on the ROXBERRY brand.

Roxberry Licensing will serve the report required by Fed. R. Civ. P. 26(a)(2)(B) for Dr. Haymore and the disclosure required by Fed. R. Civ. P. 26(a)(2)(C) for Mr. Davis on or before October 9, 2026.

This Notice is limited to issues on which Roxberry Licensing bears the burden of proof. Roxberry Licensing will designate any experts on other issues—including Defendant's

counterclaims and affirmative defenses—on or before October 16, 2026.

Roxberry Licensing reserves the right to: (a) designate rebuttal experts in response to any expert Defendant designates; (b) elicit expert testimony from any expert Defendant designates; and (c) supplement or amend this Notice as permitted by the Federal Rules of Civil Procedure or order of the Court, including in light of outstanding discovery. Nothing in this Notice limits lay opinion testimony under Fed. R. Evid. 701.

DATED this 18th day of September 2026.

KNH LLP
/s/ Chad S. Pehrson
Chad S. Pehrson
Thomas D. Briscoe
Stephen C. Mouritsen

*Attorneys for Plaintiff and Counter-Defendant Roxberry Licensing, LLC*

**CERTIFICATE OF SERVICE**

I certify that on the 18th day of September 2026, I caused the foregoing **PLAINTIFF'S NOTICE OF DESIGNATION OF EXPERT WITNESSES PURSUANT TO DUCivR 26-1(a)(2)** to be filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Chad S. Pehrson
Chad S. Pehrson