**THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **ROXBERRY LICENSING, LLC, a Utah limited liability company,**<br><br>**Plaintiff/Counterclaim Defendant,**<br><br>**v.**<br><br>**ROXBERRY NATURALS, INC., a Delaware corporation,**<br><br>**Defendant/Counterclaim Plaintiff.** | **ORDER**<br><br>**Case No. 2:26-cv-00126-JNP-JCB**<br><br>**Chief District Judge Jill N. Parrish**<br><br>**Magistrate Judge Jared C. Bennett** |

Chief District Judge Jill N. Parrish referred this case to Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(A).[1] Before the court is the parties' stipulated motion to amend the scheduling order.[2] For the reasons set forth in the motion, for good cause shown, and based upon the parties' stipulation, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS that section 4.b.2. of the operative scheduling order[3] is amended as follows: the deadline for fact discovery to close is extended from October 15, 2026, to October 29, 2026.

[1] ECF No. 12.

[2] ECF No. 87.

[3] ECF No. 29.

IT IS SO ORDERED.

DATED this 24th day of September 2026.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge