Thomas D. Briscoe (16788)
Chad S. Pehrson (12622)
Stephen C. Mouritsen (16523)
KNH LLP
50 W. Broadway, Suite 900
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
*tbriscoe@knh.law*
*cpehrson@knh.law*
*smouritsen@knh.law*

*Attorneys for Plaintiff and Counter-Defendant Roxberry Licensing, LLC*

Aaron T. Brogdon (9796)
FBT Gibbons LLP
10 W. Broad St., Ste 2300
Columbus, Ohio 43215
Telephone: (614) 559-7262
abrogdon@fbtgibbons.com

David P. Johnson (13260)
Brittany Frandsen (16051)
WORKMAN NYDEGGER
60 East South Temple, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 533-9800

*Attorneys for Defendant and Counter-Plaintiff Roxberry Naturals, Inc.*

---

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ROXBERRY LICENSING, LLC,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>ROXBERRY NATURALS, INC.,<br><br>Defendant and Counter-Plaintiff. | **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:26-cv-00126-JNP-JCB<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counter-Defendant Roxberry Licensing, LLC (“Plaintiff”) and Defendant and Counter-Plaintiff Roxberry Naturals, Inc. (“Defendant”) (collectively, the “Parties”), by and through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned matter in its entirety, with prejudice, with each party to bear its own costs and fees.

DATED this 5th day of October 2026.

**KNH LLP**

*/s/ Chad S. Pehrson*
Thomas D. Briscoe (16788)
Chad S. Pehrson (12622)
Stephen C. Mouritsen (16523)
KNH LLP
50 W. Broadway, Suite 900
Salt Lake City, Utah 84101
Telephone: (801) 994-4646
*tbriscoe@knh.law*
*cpehrson@knh.law*
*smouritsen@knh.law*

*Attorneys for Plaintiff and Counter-Defendant Roxberry Licensing, LLC*

**FBT GIBBONS LLP**

*/s/ Aaron T. Brogdon*
Aaron T. Brogdon (9796)
10 W. Broad St., Ste 2300
Columbus, Ohio 43215
Telephone: (614) 559-7262
abrogdon@fbtgibbons.com

**WORKMAN NYDEGGER**

David P. Johnson (13260)
Brittany Frandsen (16051)
60 East South Temple, Suite 1000
Salt Lake City, Utah 84111
Telephone: (801) 533-9800

*Attorneys for Defendant and Counter-Plaintiff Roxberry Naturals, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on October 5, 2026, I caused the foregoing **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** to be filed using the Court's CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Aaron T. Brogdon*